UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 04-4188

RONALD M. GONDA,
Appellant

v.

METROPOLITAN LIFE INSURANCE COMPANY;
WILLIAM FREIDT, JR.

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil No. 00-cv-02286)
District Judge:  The Honorable Donetta W. Ambrose

Submitted Under Third Circuit LAR 34.1(a)
October 18, 2005

Before: SMITH, STAPLETON, and NYGAARD, Circuit Judges.

JUDGMENT

This cause came to be considered on the record from the United States District

Court for the Western District of Pennsylvania and was submitted pursuant to Third

Circuit LAR 34.1(a) on October 18, 2005.

On consideration whereof, it is now here ORDERED AND ADJUDGED by this

Court that the order of the said District Court entered on September 30, 2004, be, and the

same is hereby, REVERSED and REMANDED to the District Court for further proceedings

consistent with this opinion.

Costs taxed against appellees.

All of the above in accordance with the opinion of this Court.

ATTEST:

*Marcia M. Waldron*

Clerk

Date: November 17, 2005

Costs taxed in favor of Appellant as follows:

| | |
|---|---|
| Appellant's Brief | $182.80 |
| Appendix | $205.05 |
| Reply Brief | $148.00 |
| Docketing Fee | $255.00 |
| TOTAL | $790.85 |

**Certified as a true copy and issued in lieu of a formal mandate on 12/9/05**

**Teste:** *Marcia M. Waldron*

**Clerk, U.S. Court of Appeals for the Third Circuit.**