<u>NOT PRECEDENTIAL</u>

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 04-4188
_____

RONALD M. GONDA,
Appellant

v.

METROPOLITAN LIFE INSURANCE COMPANY;
WILLIAM FREIDT, JR.

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil No. 00-cv-02286)
District Judge: The Honorable Donetta W. Ambrose
_____

Submitted Under Third Circuit LAR 34.1(a)
October 18, 2005

Before: SMITH, STAPLETON, and NYGAARD, <u>Circuit</u> <u>Judges</u>.

(Filed November 17, 2005)
_____

OPINION OF THE COURT
_____

NYGAARD, <u>Circuit</u> <u>Judge</u>.

  Appellant Ronald Gonda appeals the District Court's grant of Appellee

Metropolitan Life Insurance's ("Met Life") motion for summary judgment on claims

arising from the purchase of a life insurance policy. We have jurisdiction pursuant to 28 U.S.C. § 1291 and, guided by our opinions in *Dilworth v. Metropolitan Life Insurance Co.*, 418 F.3d 345 (3d Cir. 2005) and *Tran v. Metropolitan Life Insurance Co.,* 408 F.3d 130 (3d Cir. 2005), we will reverse.

Because this case presents to us facts and issues almost identical to that in our not-precedential opinion in *Wyckoff v. Metropolitan Life Insurance Co.*, No. 04-4098 (3d Cir. 2005). we will accordingly reverse and remand for substantially the same reasons as set out therein.