IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ADRIENE DILWORTH,<br><br>    Plaintiff,<br><br>-vs-<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 01-128 |
| JASON A. SOLARCHICK, et al.,<br><br>    Plaintiffs,<br>-vs-<br><br>METROPOLITAN LIFE INSURANCE CO., et al.,<br><br>    Defendants. | ) ) ) ) ) ) ) Civil Action No. 01-444 ) ) ) ) |
| ROBERT WYCKOFF,<br><br>    Plaintiff,<br>-vs-<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | ) ) ) ) ) Civil Action No. 00-2248 ) ) ) ) ) ) |
| RONALD GONDA,<br><br>    Plaintiff,<br><br>-vs-<br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | ) ) ) ) Civil Action No.00-2286 ) ) ) ) ) ) |

| | |
|---|---|
| MAHENDRA GAJARAWALA, et al.,           ) | |
| )                                       | |
| Plaintiffs,           ) | Civil Action No. 00-2522 |
| )                                       | |
| -vs-                  ) | |
| )                                       | |
| METROPOLITAN LIFE INSURANCE COMPANY,  ) | |
| )                                       | |
| Defendant.            ) | |

| | |
|---|---|
| )                                       | |
| MICHAEL JOHNSON       ) | |
| )                                       | |
| Plaintiff,            ) | Civil Action No. 01-663 |
| )                                       | |
| -vs-                  ) | |
| )                                       | |
| METROPOLITAN LIFE INSURANCE COMPANY,  ) | |
| )                                       | |
| Defendant.            ) | |

AMBROSE, Chief District Judge.

## MEMORANDUM ORDER OF COURT

For the cases set forth above, master exhibit lists will no longer be acceptable. The parties must provide the other side with a case specific trial exhibit list listing only those exhibits intended to be used at trial for each party at least one month prior to the start of that particular trial. Within five (5) days of the filing of the Revised Exhibit List, counsel must file any and all motions *in limine*, briefs in support, and the exhibits in question. The other side must file their responsive brief within five (5) days thereafter.

With regard to Civil Action No. 01-444, the parties must exchange their Revised

Exhibit List by April 24, 2006. Motions in Limine, Briefs in Support and the Exhibits in question are due by April 28, 2006. Responses are due by May 3, 2006.

BY THE COURT:

_____

Donetta W. Ambrose,
Chief U. S. District Judge

DATE:  April **18**<sup>th</sup>, 2006