IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD GONDA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | )  Civil Action No.  00-2286 |
| | ) |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

AMBROSE, Chief District Judge.

## ORDER OF COURT

AND now this **16th** day of May, 2006, it is ordered that the pre-trial dates are changed as follows:

1. The case specific Exhibit List is due:  June 12, 2006.

2. Motions *in Limine* are due:  June 19, 2006.

3. Responses to the Motions *in Limine* are due:  June 26, 2006.

4. Joint Proposed Jury Instructions and Joint Proposed Verdict Slip are due: June 30, 2006.

BY THE COURT:

/S/   Donetta W. Ambrose

Donetta W. Ambrose,
Chief U. S. District Judge