**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RONALD GONDA, | : CIVIL ACTION NO. 00-2286 |
| | : |
| | : |
| Plaintiff, | : |
| v. | : CHIEF JUDGE AMBROSE |
| | : |
| | : |
| METROPOLITAN LIFE INSURANCE | : |
| COMPANY and WILLIAM FRIEDT, JR., | : |
| Defendants. | : |

**METROPOLITAN LIFE INSURANCE COMPANY'S AND WILLIAM FRIEDT'S
MOTION IN LIMINE TO EXCLUDE EXHIBITS 113 AND 114**

Metropolitan Life Insurance Company ("MetLife") and William Friedt, Jr., bring this Motion to Exclude Exhibits 113 and 114.

1.      In plaintiff's revised exhibit list dated June 12, 2006, plaintiff has identified a July 19, 1996 MetLife Corporate Internal Audit (the "1996 Audit Report") and a December 4, 1998 Corporate Internal Audit (the "1998 Audit Report") (Plaintiff's Proposed Exhibits 113 and 114, respectively), both of which are irrelevant to this case and highly prejudicial.  Copies of Proposed Exhibits 113 and 114 are attached as Exhibits A and B, respectively.

2.      Plaintiffs' Proposed Exhibits 113 and 114 should be excluded for the reasons set forth in detail in MetLife's and Mr. Freidt's Brief in Support of its Motion in Limine to Exclude Exhibits 113 and 114.

WHEREFORE, based on all of the foregoing reasons as well as those set forth in the accompanying brief, defendants respectfully request that this Court bar the introduction of the Audit Reports identified as Plaintiffs' Proposed Exhibits 113 and 114.

Respectfully Submitted,


s/ B. John Pendleton, Jr.
B. John Pendleton, Jr.
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

Attorneys for Defendants
Metropolitan Life Insurance Company
And William Friedt

Dated:  June 19, 2006

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on this 19th day of June, 2006, a true and correct

copy of the foregoing **METROPOLITAN LIFE INSURANCE COMPANY'S AND**

**WILLIAM FRIEDT'S MOTION IN LIMINE TO EXCLUDE EXHIBITS 115 AND 116**

was served upon the following via the electronic filing system:

Kenneth R. Behrend, Esquire
BEHREND & ERNSBERGER, P.C.
Union National Bank Building, 3rd Floor
306 Fourth Avenue
Pittsburgh, Pennsylvania 15222

s/ B. John Pendleton, Jr.

ME1\5705610.1