IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD GONDA, | : CIVIL ACTION NO. 00-2286 |
| Plaintiff, | : |
| v. | : CHIEF JUDGE AMBROSE |
| METROPOLITAN LIFE INSURANCE COMPANY and WILLIAM FRIEDT, JR., | : |
| Defendants. | |

**ORDER**

THIS MATTER, having come before the Court on the Motion in Limine to Exclude Exhibits 113 and 114 by defendants Metropolitan Life Insurance Company and William Friedt, Jr. in the above-referenced matter, and the Court having read the papers filed in support of and in opposition to the Motion, and for good cause appearing;

IT IS on this ____ day of _____, 2006, ORDERED that Defendants' Motion in Limine to Exhibits 113 and 114 is GRANTED; and it is further ORDERED:

1. Plaintiff is precluded from using any Audit Report evidence which does not relate to the transactions at issue. See Plaintiffs' Exs. 113 and 114;

2. Plaintiff and his attorneys are precluded from referring to or offering, either directly or indirectly, including during voir dire, opening statements, questions to witnesses or testimony by witnesses, and in closing argument, the aforementioned Audit Reports.

BY THE COURT:

_____
Chief Judge Donetta W. Ambrose, U.S.D.J.