# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD M. GONDA, | : | CIVIL ACTION NO. 00-2286 |
| | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | CHIEF JUDGE AMBROSE |
| | : | |
| | : | |
| METROPOLITAN LIFE INSURANCE | : | |
| COMPANY and WILLIAM FRIEDT, JR., | : | |
| | : | |
| Defendants. | | |

## DEFENDANTS METROPOLITAN LIFE INSURANCE COMPANY'S AND WILLIAM FRIEDT, JR.'S MOTION IN LIMINE TO EXCLUDE EXHIBITS 95 AND 107

Defendants Metropolitan Life Insurance Company ("MetLife") and William Friedt, Jr. bring this Motion to Exclude Exhibits 95 and 107.

1.      In plaintiff's revised exhibit list dated June 12, 2006, plaintiff has identified a videotape (Plaintiff's Proposed Exhibits 95 and 107[1]) produced by MetLife which is irrelevant to this case and is prejudicial.  A transcript of Proposed Exhibits 95 and 107 is attached as Exhibit A.

2.      Plaintiff's Proposed Exhibits 95 and 107 should be excluded for the reasons set forth in detail in MetLife's and Mr. Friedt's Brief in Support of Their Motion to Exclude Exhibits 95 and 107, which is incorporated by reference.

---

[1] Plaintiff has designated the same exhibit by two different exhibit numbers.

WHEREFORE, based on all of the foregoing reasons as well as those set forth in the accompanying brief, MetLife and Mr. Friedt respectfully request that this Court bar the introduction of Exhibits 95 and 107.

Respectfully Submitted,

s/ B. John Pendleton, Jr.
B. John Pendleton, Jr.
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

Attorneys for Defendant
Metropolitan Life Insurance Company and
William Friedt, Jr.

Dated: June 19, 2006

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 19th day of June, 2006, a true and correct copy of

the foregoing **DEFENDANTS METROPOLITAN LIFE INSURANCE COMPANY'S AND**

**WILLIAM FRIEDT, JR.'S MOTION IN LIMINE TO EXCLUDE EXHIBITS 95 AND 107**

was served upon the following via the electronic filing system:

Kenneth R. Behrend, Esquire
BEHREND & ERNSBERGER, P.C.
Union National Bank Building, 3rd Floor
306 Fourth Avenue
Pittsburgh, Pennsylvania  15222

s/ B. John Pendleton, Jr.