UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD M. GONDA, | : CIVIL ACTION NO. 00-2286 |
| Plaintiffs, | : |
| v. | : CHIEF JUDGE AMBROSE |
| METROPOLITAN LIFE INSURANCE COMPANY and WILLIAM FRIEDT, JR., | : |
| Defendants. | |

ORDER

THIS MATTER, having come before the Court on the Motion in Limine to Exclude Exhibits 95 and 107 by defendants Metropolitan Life Insurance Company and William Friedt, Jr. in the above-referenced matter, and the Court having read the papers filed in support of and in opposition to the Motion, and for good cause appearing;

IT IS on this ____ day of _____, 2006, ORDERED that Defendants' Motion in Limine to Exclude Exhibits 95 and 107 is GRANTED; and it is further ORDERED:

1. Plaintiff is precluded from using any videotape evidence which does not relate to the transactions at issue. See Plaintiff's Exs. 95 and 107;

2. Plaintiff and his attorneys are precluded from referring to or offering, either directly or indirectly, including during voir dire, opening statements, questions to witnesses or testimony by witnesses, and in closing argument, the aforementioned videotape.

BY THE COURT:

_____
Chief Judge Donetta W. Ambrose, U.S.D.J

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 19th day of June, 2006, a true and correct copy of the foregoing **DEFENDANTS METROPOLITAN LIFE INSURANCE COMPANY'S AND WILLIAM FRIEDT, JR.'S MOTION IN LIMINE TO EXCLUDE EXHIBITS 95 AND 107** was served upon the following via the electronic filing system:

> Kenneth R. Behrend, Esquire
> BEHREND & ERNSBERGER, P.C.
> Union National Bank Building, 3rd Floor
> 306 Fourth Avenue
> Pittsburgh, Pennsylvania 15222

s/ B. John Pendleton, Jr.

ME1\5701418.1