**MetLife**

9 3 0 2 1 1 1 6 4 6 9

January 26, 1993

Ronald P. Herrmann
Branch Manager
54B Butler PA

Re  92[REDACTED]A

Dear Ron

Following is my report regarding the situation surrounding the sale of the policy and the letter from Mr. and Mrs. [REDACTED].

When I first met with Mr. and Mrs. [REDACTED] they asked about a Universal Life policy they had through American General. We compared the difference between a UL with Met and the American General policy. Their letter incorrectly states the amount of coverage. The total amount is $100,000 - $50,000 on each of their lives. His is permanent and hers is a rider.

I met with these people on three separate occasions before I wrote an application. During these appointments, we discussed a great number of things - his present UL and how it will perform in the future, his need for a pension because of his self-employed status, their need for more insurance since he had only $50,000 with AG and she had a term rider that would drop.

The illustration for the PPA was shown to them to compare with an illustration on a UL from American General. I was trying to illustrate the cost of insurance and how it would affect the cash value growth. On the PPA illustration, you will notice that there are deposits of $60.00 per month, the same amount they invest in the American General policy and not the $100.00 a month paid to Met.

Metropolitan Life Insurance Company   Metropolitan Tower Life Insurance Company
Metropolitan Insurance and Annuity Company   MetLife Securities, Inc
Home Office: New York, NY
Metropolitan Property and Casualty Insurance Company
Home Office: Warwick, RI

MP2157000596

Ronald P. Herzmann                    -2-                    January 26, 1993

When I delivered the policy, it was placed in a three ring binder with APP and Summary Ledger illustrations. All forms and the policy were in plastic sleeves so they wouldn't be confused with the other products we discussed. I explained the policy to them showing them the guaranteed cash value and PUAR rider. This policy was a Whole Life with a PUAR presented as a tax-deferred accumulation plan and not a savings plan. We spoke of tax-deferred growth and the availability of using money before age 59 1/2 without a 10% penalty but not until after 13 years. This was presented as a long term investment, not a short term plan. I would have sold them an annuity, but they didn't like the idea of waiting until age 59 1/2 to use their money.

When I delivered this policy, the annuity illustration was not part of the delivery and there was a $40.00 difference per month on the annuity. They understood that the annuity was not part of the package. I also asked and recommended that they not replace their present life insurance since Mr. ███ needed more. He understood that keeping his insurance along with the new death benefit would give him more of the coverage he needed.

Sincerely

W. Gerald Friedt
Account Representative

WGF:jel

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO