

COMMONWEALTH OF PENNSYLVANIA
INSURANCE DEPARTMENT
P. O. BOX 6142
ERIE, PA 16512
TELEPHONE: (814) 871-4466

December 21, 1993

Metropolitan Life Insurance Company
Attn: Greg Doby
51 Madison Ave
New York, NY 10010

   RE: File No.  01582
     Complainant:
     Policy No:  see attached
     Claim:

Gentlemen:

  Enclosed is a copy of a complaint we have received from the above-captioned complainant(s).

  Would you kindly review this matter and advise this Department of your findings within ten (10) working days.

  Your cooperation in this matter will be appreciated.

          Sincerely yours,

         William P. Christ
         Erie Regional Manager

Enclosure
WFC/fcb

C4

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO



**COMMONWEALTH OF PENNSYLVANIA**
**INSURANCE DEPARTMENT**

**INSURANCE COMPLAINT FORM**
(Please Print or Type)

RECEIVED
DEC 21 1993
INSURANCE CONSUMER SERVICES
ERIE

In response to your request for assistance, we are sending this Insurance Complaint Form. In order that a review may be conducted, please complete this form and return it to the nearest regional office.

NAME: ███████████████
ADDRESS: ███████████████
███████████████
███████████████

INSURED NAME: _____
(if other than above)

DAYTIME TELEPHONE #
HOME: ███████████████
(area code)
WORK: (___) ___-____
(area code)

1. Type of Insurance     AUTO ☐   HOMEOWNERS ☐   COMMERCIAL ☐
   (Please Check One)
                         LIFE ☒   HEALTH ☐        OTHER ☐ _____
                                                              (specify)

2. (A) If your problem involves an insurance company, give the full name of the company:
   _Metropolitan Life_

   (B) With whom at the company have you dealt?  April Watt &
       Name: _Jere Frient_          Phone #: _Work there_    Neither one
                                                              Now.

3. If your problem involves an agent or broker, give his/her full name, address and phone #:
   _____

4. Policy #: _____    Claim #: _____

5. Date and location of accident or loss: _____

6. Have you previously reported this problem to our office or any other agency?
   Yes ☐    No ☒    If yes, to whom? _____

**PLEASE CHECK THE TYPE OF PROBLEM THAT APPLIES TO YOUR COMPLAINT.**

☐ Cancellation/Nonrenewal
☐ Claims Handling
☐ Billing/Premium Dispute
☒ Sales Misrepresentation
☐ Other (specify)

OFFICE USE ONLY
CSR: _WC_
FILE #: _____

PS-4 (Rev.06/92)          -continued on reverse side-          **CONFIDENTIAL**

**REDACTED CONFIDENTIAL POL INFO**

MP2157000616

Briefly in your own words please describe your problem and the assistance you are seeking from the Department. If more space is needed, please attach additional sheets. Attach copies of policies, correspondence and all supporting documentation.

_Letter of explanation enclosed._

PLEASE SIGN AND DATE THE STATEMENT BELOW.

To the best of my knowledge, the information contained herein is correct. I am attaching copies of my policy, papers and other correspondence relative to this problem. I understand that a copy of this form and attachments may be forwarded to the insurance company involved.

SIGNATURE ▪▪▪ 12/18/93
 DATE

**HARRISBURG REGIONAL OFFICE**
Room 1321 Strawberry Square
Harristown State Office Bldg. #1
Harrisburg, PA  17120
(717) 787-2317

**PITTSBURGH REGIONAL OFFICE**
Room 304 State Office Bldg.
300 Liberty Avenue
Pittsburgh, PA  15222
(412) 565-5020

**PHILADELPHIA REGIONAL OFFICE**
Room 1701 State Office Bldg.
1400 Spring Garden Street
Philadelphia, PA  19130
(215) 560-2630

**ERIE REGIONAL OFFICE**
Room 513 Baldwin Bldg.
Post Office Box 6142
Erie, PA  16512
(814) 871-4466

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO



Dec. 17, 1993

940218 19566

Dear Sir:

We have had a policy on ▓▓▓ policy # 66▓▓▓ A since approximately age 18. In 1986 we were approached by Met agent April Watt to take the cash build up of this policy and purchase a $50,000 Universal Life policy. Approximately $6400 was deposited in the new policy # 86▓▓▓ UL and was advised to put about $400-500 per year in the policy.

After this, we started receiving loan statements on our original policy. In the beginning we were told we didn't need to worry about this. However, after several years, upon questioning, we were advised to pay the loan interest every year. After several years of paying loan interest and not getting any further ahead, we were told that it would be a good idea to

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

MP2157000618

- 2 -

940218 19567

start repaying the loan.

Several years later we were approached once again by April Watt. She was trying to persuade us to purchase some sort of pension policy. She advised us to stop contributing to our employer's pension program and sign up with her company. We said that we would not be able to afford this new pension program in addition to the universal life premium. At this time she told us we could stop contributing to the universal life policy. This didn't make any sense to us since in the beginning she wanted us to pay $80 monthly toward the Universal Life policy — then she said all we needed was $400-500 per year; and now she said we didn't need to pay anything if we switched to the pension program! We did nothing at this time.

Shortly afterward we were advised by another agent during a phone conversation that universal life policies

**CONFIDENTIAL**

-3-

940218 19568

Can eventually expire if enough interest is not earned! We called the Metropolitan office to make sure this wasn't true.

Our agent at this time, Jere Niedt, was sent to go over our insurance. He told us that the policy should be changed to a whole life contract. The money from the Universal Life policy was to have been transferred to the whole life and we were to pay a minimum of $666 additional per year. This policy # 92▮▮▮▮ has been in force since 1992. In Nov. of 1993 we received a bill for $1889.00. When we called the Customer Service number, we were told that this total premium was due. But when we called the Met Life local office, the agent assured us that $600 would keep the policy in force forever.

However $292 was transferred from the UL policy and we paid an additional $650 yet our statement of 11-23-93 shows the cash value of the policy to

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO

-4-

940218 .19569

be $3939.99. We question how this policy can support itself forever with the cash value decreasing as much as it is.

To top things off, we recently received a loan statement from the Universal Life policy. The original amount deposited in the UL was $6400 in addition to some premium payments that we made. Once again, rather than money being directly transferred to the new policy a loan was made and it appears that we once again lost money as the loan amount on the Universal Life was $5292. Loan interest for the year was $309.69. The balance of the cash in the Universal Life appears to be $173.03 in Sept of 1993 and we received a statement on our new policy stating $173.03 was deposited in the new policy. So it appears to us that on top of losing money in the Universal Life (cash went from $6400 to $5292) we also lost $309.69

CONFIDENTIAL

MP2157000621

-5-

9402|B 19570

from loan interest accumulation from Sept 1992 to Sept 1993. We would like to have all of our money back from the beginning of all of these transactions as we feel all of our sales were mis-represented. We were never told the original transaction was a loan.

Sincerely ▮▮▮▮▮

P.S. We have since cancelled our latest policy #92▮▮▮▮A and received the balance of the cash value.

CONFIDENTIAL

REDACTED CONFIDENTIAL POL INFO



Sales agents explanation on how the whole life policy would work

When I called to have our agent come in November 1993 to explain our policy & how it could work. This was his illustration.

CONFIDENTIAL