Johnstown Administrative Office
500 Schoolhouse Road, Johnstown, PA 15904-1007

940218 19538

**MetLife**

WILLIAM F CHRIST INVESTIGATOR
PENNSYLVANIA INSURANCE DEPARTMENT
PO BOX 6142
ERIE PA 16512

Re   Insured
     Policies   92█████A, etc.
     Your File  01582

Dear Mr. Christ

This will supplement my letter dated January 28, 1994.

We have completed our investigation and we feel that a full refund is in order on policies 92█████A and 86█████UL.

The total gross deposits of $6,790.68, less an existing loan of $5,292.00 and less the cash surrender paid of $173.03 leaves a balance of $1,325.65 to be refunded to the insured on policy 86█████UL.

The total premiums applied, including money in a Paid Up Additions Rider totalling $6,085.03, less the cash surrender value paid of $3,939.99 leaves a balance of $2,145.04 to be refunded to the insured.

These checks will be mailed directly to the insured shortly.

Policies 86█████UL and 92█████A will now be void with no further value.

Sincerely

Russell J. Gramlich
Vice-President

February 10, 1994

RJG/jmk

CONFIDENTIAL

Metropolitan Life Insurance Company

REDACTED CONFIDENTIAL POL INFO