
**Metropolitan Life**
AND AFFILIATED COMPANIES

R82 Pittsburgh Region
Pittsburgh, PA

To Whom It May Concern:

In reference to the reissues on policy numbers 91▮▮▮▮▮A and 91▮▮▮▮▮A, these policies were reissued with higher face amounts and extra benefits. Policy number 91▮▮▮▮▮A has been reissued from a $250,000 L-98 without disability to a $300,000 L-98 with disability. The new policy number is 91▮▮▮▮▮A.

Policy number 91▮▮▮▮▮A has been reissued because a term rider had been overlooked during the underwriting process. I've enclosed the 1960 summaries to confirm the reinstatement of the above policies. Thank you for your assistance.

Sincerely,

*W. Gerald Friedt*

W. Gerald Friedt
Account Representative

January 29, 1991

WGF/cta

REDACTED CONFIDENTIAL POL INFO

CONFIDENTIAL

Metropolitan Life Insurance Company   Metropolitan Tower Life Insurance Company
Metropolitan Insurance and Annuity Company   MetLife Securities, Inc.
Home Office: New York, NY
Metropolitan Property and Liability Insurance Company

MP2157000264