```
ENTER COMMAND==>
FROM: LACHANCE, BARBARA           MSG: 91-00397066
TO  : BOB SCOTT, RA               SENT: 02/19/91  5:03 PM    PRIORITY: 2
SUBJ: SALES REP FRIEDT, BUTLER
-------------------------------UNVIEWED MAIL---------------------------------
```

DEAR BOB

PLEASE BE ADVISED THAT WE HAVE APPROVED, AS AN EXCEPTION, THE RECREDITING OF POLICY 91[REDACTED] A (COMM $1,214) TO THE 1990 RECORD. THIS WILL QUALIFY SALES REP FRIEDT FOR PRO-RATA LEADERS CONFERENCE WITH FINAL NPC TOTAL OF $27,007, 12.0% LAPSE RATE.

AS WE DISCUSSED, WE DO NOT APPROVE CASES ON THE LIFE OF THE SALES REP, REGARDLESS OF CIRCUMSTANCES, HOWEVER, HAVE MADE AN EXCEPTION. NOTE THAT IF THIS CASE IS NOT INFORCE AT THE END OF 1991, THE 1990 CONFERENCE QUALIFICATION WILL BE PULLED, REP WILL BE REQUIRED TO REPAY THE COMPANY FOR THE CONFERENCE TRIP AND MANAGEMENT WILL BE REQUIRED TO REPAY THE FULL AIC, LUMP SUM.

PLEASE SEE THAT THE TERMS OF THE APPROVAL ARE COMMUNICATED TO ALL PARTIES.

BARBARA LA CHANCE
  N/P PAGE:   NEXT UNVIEWED?   REPLY?   FORWARD?   REMOVE?   FILE?   RETURN?

**REDACTED CONFIDENTIAL POL INFO**                    **CONFIDENTIAL**

MP2157000271