**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RONALD GONDA, | : | CIVIL ACTION NO. 00-2286 |
| | : | |
| Plaintiff, | : | |
| v. | : | CHIEF JUDGE AMBROSE |
| | : | |
| METROPOLITAN LIFE INSURANCE | : | |
| COMPANY and WILLIAM FRIEDT, JR., | : | |
| Defendants. | : | |

**ORDER OF COURT**

On this _____ day of June, 2006, this matter having come before the Court upon Defendants

Motion in Limine to Exclude Evidence Regarding the Connecticut Market Conduct Report, it is hereby

ordered that the motion is GRANTED.  The Plaintiff is barred from introducing evidence of the

Connecticut Market Conduct Report at trial and are specifically barred from introducing into evidence

Plaintiff's Exhibit Nos. 58, 108, and 109.

BY THE COURT:

_____

ME1\5702932.1