IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD M. GONDA, <br><br> Plaintiff, <br><br> v. <br><br> METROPOLITAN LIFE INSURANCE COMPANY AND WILLIAM GERALD FRIEDT, JR., <br><br> Defendants | : CIVIL ACTION NO. 00-2286 <br> : <br> : <br> : <br> : CHIEF JUDGE AMBROSE <br> : <br> : <br> : <br> : |

**METROPOLITAN LIFE INSURANCE COMPANY'S AND WILLIAM GERALD FRIEDT, JR.'S MOTION IN LIMINE TO EXCLUDE EVIDENCE REGARDING THE FLORIDA MARKET CONDUCT EXAMINATIONS OF METROPOLITAN LIFE INSURANCE COMPANY**

Metropolitan Life Insurance Company ("MetLife") and William Gerald Friedt, Jr. hereby submit the following Motion in Limine to Exclude Evidence Regarding the Florida Market Conduct Report (the "Florida Report"):[1]

1. In Plaintiff's Exhibit List dated June 12, 2006, Plaintiff has identified the Florida Market Conduct Report as Exhibit 56, which is irrelevant to this case and highly prejudicial.

2. Plaintiff's Proposed Exhibits 56 should be excluded for the reasons set forth in detail in Defendant's Brief in Support of its Motion to In Limine to Exclude Evidence Regarding the Florida Market Conduct Examinations and Related Documents, which is incorporated by reference.

---

[1] A copy of the Florida Report, Plaintiffs' Exhibit 56, is attached as Exhibit A to Defendant's Motion. In support of the arguments set forth in detail in MetLife's Brief in Support of its Motion to In Limine to Exclude Evidence Regarding the Florida Market Conduct Examinations and Related Documents, Defendants enclose Ex. B, Drummond v. Alia – The Royal Jordanian Airline Corp., 11 Fed. R. Evid. Serv. 1904 (W.D. Pa. 1982).

**WHEREFORE**, Defendants respectfully request that this Court grant Metropolitan Life Insurance Company and William Gerald Friedt, Jr.'s Motion in Limine to Exclude Evidence Regarding Florida Market Conduct Report.

                                              Respectfully Submitted,

                                              s/ B. John Pendleton, Jr.
                                              _____

                                              B. John Pendleton, Jr.
                                              McCARTER & ENGLISH, LLP
                                              Four Gateway Center
                                              100 Mulberry Street
                                              Newark, NJ 07102
                                              (973) 622-4444

                                              Attorneys for Defendants
                                              Metropolitan Life Insurance Company
                                              And William Gerald Friedt, Jr.

Dated: June 19, 2006

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via the electronic case filing system, on this 19th day of June, 2006 on the following counsel of record:

>Kenneth R. Behrend, Esq.
>Behrend and Ernsberger, P.C.
>Union National Bank Building
>306 Fourth Avenue, Suite 300
>Pittsburgh, PA  15222

                                    __s/ B. John Pendleton, Jr._____