IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD M. GONDA,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND WILLIAM GERALD FRIEDT, JR.,<br><br>    Defendants | : CIVIL ACTION NO. 00-2286<br>:<br>:<br>:<br>:<br>: CHIEF JUDGE AMBROSE<br>:<br>:<br>:<br>:<br>: |

## **ORDER OF COURT**

On this _____ day of June, 2006, this matter having come before the Court upon Metropolitan Life Insurance Company and William Gerald Friedt, Jr.'s Motion in Limine to Strike the Demand for Attorneys' Fees under Plaintiff's Unfair Trade Practices and Consumer Protection Law Claim, it is hereby ordered that the motion is GRANTED. Plaintiff's claim for attorneys' fees under Plaintiff's Unfair Trade Practices and Consumer Protection Law claim are barred.

BY THE COURT:

_____

ME1\5702194.1