IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD M. GONDA, | CIVIL ACTION NO. 00-2286 |
| Plaintiff, | |
| v. | CHIEF JUDGE AMBROSE |
| METROPOLITAN LIFE INSURANCE COMPANY AND WILLIAM GERALD FRIEDT, JR., | |
| Defendants | |

## ORDER OF COURT

On this _____ day of June, 2006, this matter having come before the Court upon Metropolitan

Life Insurance Company and William Gerald Friedt, Jr.'s Motion in Limine to Exclude Plaintiff's Claim

for Punitive Damages, it is hereby ordered that the motion is GRANTED.  Plaintiff is barred from

introducing evidence in support of punitive damages.

BY THE COURT:

_____