IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD M. GONDA, <br><br> Plaintiff, <br><br> v. <br><br> METROPOLITAN LIFE INSURANCE COMPANY AND WILLIAM GERALD FRIEDT, JR., <br><br> Defendants | : CIVIL ACTION NO. 00-2286 <br> : <br> : <br> : <br> : CHIEF JUDGE AMBROSE <br> : <br> : <br> : <br> : |

**METROPOLITAN LIFE INSURANCE COMPANY'S AND WILLIAM GERALD FRIEDT, JR.'S MOTION IN LIMINE TO BIFURCTE PLAINTIFF'S CLAIM FOR PUNITIVE DAMAGES**

Metropolitan Life Insurance Company ("MetLife") and William Gerald Friedt, Jr. hereby submit the following Motion in Limine to Bifurcate Plaintiff's Claim for Punitive Damages:

1. Plaintiff has made a claim for punitive damages.

2. Plaintiff's claim for punitive damages should be bifurcated for the reasons set forth in detail in Defendant's Brief in Support of its Motion to In Limine to Exclude Plaintiff's Claim for Punitive Damages, which is incorporated by reference.[1]

**WHEREFORE**, Defendants respectfully request that this Court grant Metropolitan Life Insurance Company and William Gerald Friedt, Jr.'s Motion in Limine to Bifurcate Plaintiff's Claim for Punitive Damages.

Respectfully Submitted,

s/ B. John Pendleton, Jr.

_____

---

[1] In support of the arguments set forth in detail in Defendants' Brief in Support of its Motion to In Limine to Bifurcate Plaintiff's Claim for Punitive Damages, Defendants enclose Ex. A, <u>Maleski v.</u> <u>Metropolitan Life Ins. Co.,</u> A.D. No. 95-10451, Memo. Op. and Order of Court (C.C.P. Butler Cty. April 6, 2004).

-2-

>B. John Pendleton, Jr.
>McCARTER & ENGLISH, LLP
>Four Gateway Center
>100 Mulberry Street
>Newark, NJ 07102
>(973) 622-4444
>
>Attorneys for Defendants
>Metropolitan Life Insurance Company
>and William Gerald Friedt, Jr.

Dated: June 19, 2006

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via the electronic case filing system, on this 19th day of June, 2006 on the following counsel of record:

> Kenneth R. Behrend, Esq.
> Behrend and Ernsberger, P.C.
> Union National Bank Building
> 306 Fourth Avenue, Suite 300
> Pittsburgh, PA  15222

                                                                                    __s/ B. John Pendleton, Jr._____