THE COURT OF COMMON PLEAS OF BUTLER COUNTY, PENNSYLVANIA

RUTH MALESKI, individually and as ) Civil Division
Executrix for the Estate of EMIL E. )
MALESKI, )  No. A.D. 95-10451
    Plaintiffs )
)
   .vs. )
)
METROPOLITAN LIFE INSURANCE )
COMPANY, JOEL SHERMAN, and )
JOSEPH PHILLIPS, )
    Defendants )

Hancher, J.



*****************************************************************************

### ORDER OF COURT

AND NOW, this ___6th___ day of April, 2004, it is hereby ORDERED, ADJUDGED, and DECREED that Defendant MetLife and Joseph Phillips' Motion in Limine to Bifurcate and Limit Plaintiffs' Claim for Punitive Damages is Granted in part. We will bifurcate the punitive damages section of the trial, in accordance with Pennsylvania Rule of Civil Procedure 213(b). In addition, within the punitive damages section of trial, plaintiffs are limited to evidence occurring within the Commonwealth only. *State Farm Mutual Automobile Ins. Co. v. Campbell*, No. 01-1289, 2003 WL 1791206 (S. Ct. 2003). The remaining issues will be deferred to trial.

BY THE COURT:

_____
George H. Hancher, Judge

4/6/04 Copies of Order mailed to: Kenneth R. Behrend, Marilyn J. Larrimer, Kimberly A. Brown - William M. Wycoff - David J. Montgomery - Thorp Reed & Armstrong LLP, Penelope M. Taylor, Clare M. Bello - Melissa A. Barrett