IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD M. GONDA,<br><br>    Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND WILLIAM GERALD FRIEDT, JR.,<br><br>    Defendants | : CIVIL ACTION NO. 00-2286<br>:<br>:<br>:<br>:<br>: CHIEF JUDGE AMBROSE<br>:<br>:<br>:<br>:<br>: |

### ORDER OF COURT

On this _____ day of June, 2006, this matter having come before the Court upon Metropolitan Life Insurance Company and William Gerald Friedt, Jr.'s Motion in Limine to Bifurcate Plaintiff's Claim for Punitive Damages, it is hereby ordered that the motion is GRANTED.  Plaintiff is barred from introducing evidence in support of punitive damages.

BY THE COURT:

_____