PENNSYLVANIA

PREPARED FOR ██████████
PLAN:  LIFE PAID UP AT 95

BY RICHARD ANTONINO

| | CLASSIFICATION | AGE | SEX | AMOUNT OF INSURANCE |
|---|---|---|---|---|
| INSURED: | PREFERRED  NONSMOKER | 24 | FEMALE | $230,317 |

BASIC POLICY
DISABILITY WAIVER
TOTAL ANNUAL PREMIUM

ANNUAL PREMIUM    YRS PAYABLE
$1,951.63    71
$44.37    41
$2,000.00

ACCELERATED PAYMENT PLAN ILLUSTRATION
ANNUAL DIVIDENDS USED TO BUY PAID UP ADDITIONAL INSURANCE

| END OF POLICY YEAR | ANNUAL CASH OUTLAY FOR YEAR** | ANNUAL DIVIDEND | ILLUSTRATIVE CASH VALUE OF ADD. INS | GUARANTEED CASH VALUE | ILLUSTRATIVE CASH VALUE# | ILLUSTRATIVE DEATH BENEFIT## |
|---|---|---|---|---|---|---|
| 1 | 2,000 | NONE | NONE | NONE | NONE | 230,317 |
| 2 | 2,000 | 895 | 895 | NONE | 895 | 239,926 |
| 3 | 2,000 | 944 | 1,915 | 230 | 2,145 | 250,018 |
| 4 | 2,000 | 1,015 | 3,093 | 460 | 3,553 | 260,809 |
| 5 | 2,000 | 1,084 | 4,439 | 1,612 | 6,051 | 272,263 |
| 6 | 2,000 | 1,156 | 5,972 | 2,763 | 8,736 | 284,387 |
| 7 | 2,000 | 1,176 | 7,656 | 3,915 | 11,571 | 296,732 |
| 8 | NONE | 1,202 | 7,340 | 5,297 | 12,637 | 291,311 |
| 9 | NONE | 1,232 | 7,027 | 6,679 | 13,706 | 286,253 |
| 10 | NONE | 1,259 | 6,715 | 8,061 | 14,776 | 281,519 |
| 11 | NONE | 1,317 | 6,435 | 9,443 | 15,878 | 277,311 |
| 12 | NONE | 1,374 | 6,188 | 11,055 | 17,243 | 273,603 |
| 13 | NONE | 1,431 | 5,979 | 12,667 | 18,647 | 270,386 |
| 14 | NONE | 1,497 | 5,569 | 14,279 | 20,093 | 267,650 |
| 15 | NONE | 1,565 | 5,697 | 16,122 | 21,819 | 265,387 |
| 16 | NONE | 1,632 | 5,641 | 17,734 | 23,375 | 263,615 |
| 17 | NONE | 1,704 | 5,649 | 19,576 | 25,226 | 262,310 |
| 18 | NONE | 1,778 | 5,730 | 21,649 | 27,379 | 261,465 |
| 19 | NONE | 1,858 | 5,896 | 23,492 | 29,389 | 261,096 |
| 20 | NONE | 1,936 | 6,154 | 25,565 | 31,719 | 261,171 |
| 21 | NONE | 2,014+ | 6,519 | 27,638 | 34,157 | 261,718 |
| 22 | NONE | 2,113 | 7,001 | 29,710 | 36,711 | 262,720 |
| 23 | NONE | 2,199+ | 7,608 | 32,014 | 39,622 | 264,162 |
| 24 | NONE | 2,293+ | 8,358 | 34,317 | 42,675 | 266,060 |
| 25 | NONE | 2,404+ | 9,278 | 36,620 | 45,898 | 268,468 |
| 26 | NONE | 2,524+ | 10,390 | 39,153 | 49,544 | 271,410 |
| 27 | NONE | 2,646+ | 11,712 | 41,687 | 53,400 | 274,879 |
| 28 | NONE | 2,773+ | 13,265 | 44,451 | 57,716 | 278,882 |
| 29 | NONE | 2,911+ | 15,076 | 46,984 | 62,061 | 283,448 |
| 30 | NONE | 3,040+ | 17,157 | 49,978 | 67,136 | 288,537 |
| 31 | NONE | 3,176+ | 19,534 | 52,742 | 72,277 | 294,162 |
| 32 | NONE | 3,305+ | 22,225 | 55,736 | 77,962 | 300,295 |
| 33 | NONE | 3,427+ | 25,246 | 58,730 | 83,977 | 306,911 |
| 34 | NONE | 3,533+ | 28,611 | 61,955 | 90,567 | 313,957 |
| 35 | NONE | 3,627+ | 32,339 | 65,410 | 97,749 | 321,400 |

M129779220087

PAGE  3

METROPOLITAN LIFE INSURANCE COMPANY

6/02/92

MetLife

- 77 -

M9371

Notice: Production and Use Subject to Stipulation and Protective Order entered in MDL No. 1091 United States Dist. Ct.

PENNSYLVANIA

PREPARED FOR ████████████

BY RICHARD ANTONINO

### ACCELERATED PAYMENT PLAN ILLUSTRATION
ANNUAL DIVIDENDS USED TO BUY PAID UP ADDITIONAL INSURANCE

| END OF POLICY YEAR | ANNUAL CASH OUTLAY FOR YEAR** | ANNUAL DIVIDEND | ILLUSTRATIVE CASH VALUE OF ADD. INS. | GUARANTEED CASH VALUE | ILLUSTRATIVE CASH VALUE | ILLUSTRATIVE DEATH BENEFIT†† |
|---|---|---|---|---|---|---|
| 36 | NONE | 3,728+ | 36,463 | 68,864 | 105,327 | 329,261 |
| 37 | NONE | 3,837+ | 41,016 | 72,319 | 113,336 | 337,561 |
| 38 | NONE | 3,956+ | 46,040 | 76,004 | 122,045 | 346,331 |
| 39 | NONE | 4,095+ | 51,579 | 79,920 | 131,499 | 355,624 |
| 40 | NONE | 4,258+ | 57,680 | 83,645 | 141,285 | 365,504 |
| AGE 65 | NONE | 4,429+ | 64,388 | 87,520 | 151,908 | 375,991 |
| 42 | NONE | 4,608+ | 71,802 | 91,666 | 163,468 | 387,227 |
| 43 | NONE | 4,783+ | 79,917 | 95,581 | 175,499 | 399,094 |
| 44 | NONE | 4,956+ | 88,793 | 99,957 | 188,751 | 411,595 |
| 45 | NONE | 5,142+ | 98,500 | 104,103 | 202,604 | 424,767 |
| 46 | NONE | 5,334+ | 109,100 | 108,479 | 217,580 | 438,627 |
| 47 | NONE | 5,541+ | 120,653 | 113,084 | 233,738 | 453,220 |
| 48 | NONE | 5,753+ | 133,205 | 117,692 | 250,897 | 468,567 |
| 49 | NONE | 5,985+ | 146,800 | 122,298 | 269,098 | 484,723 |
| 50 | NONE | 6,211+ | 161,452 | 126,674 | 288,126 | 501,697 |
| 51 | NONE | 6,432+ | 177,188 | 131,280 | 308,469 | 519,505 |
| 52 | NONE | 6,646+ | 194,038 | 135,887 | 329,925 | 538,163 |
| 53 | NONE | 6,849+ | 212,039 | 140,263 | 352,302 | 557,679 |
| AGE 78 66 | NONE | 7,033+ | 231,239 | 144,683 | 375,878 | 578,085 |
| 55 | NONE | 7,213+ | 251,701 | 148,015 | 400,716 | 599,316 |
| 56 | NONE | 7,402+ | 273,487 | 153,391 | 426,878 | 621,505 |
| 57 | NONE | 7,610+ | 296,636 | 157,767 | 454,403 | 644,688 |
| 58 | NONE | 7,849+ | 321,200 | 161,912 | 483,113 | 668,941 |
| 59 | NONE | 7,114+ | 347,192 | 166,058 | 513,250 | 694,341 |
| 60 | NONE | 8,396+ | 374,630 | 169,973 | 544,604 | 720,953 |
| 61 | NONE | 8,680+ | 403,539 | 173,889 | 577,427 | 748,830 |
| 62 | NONE | 8,961+ | 433,963 | 177,344 | 611,307 | 778,015 |
| 63 | NONE | 9,235+ | 465,963 | 181,029 | 646,992 | 808,549 |
| 64 | NONE | 9,495+ | 499,629 | 184,253 | 683,882 | 840,469 |
| 65 | NONE | 9,756+ | 535,000 | 187,708 | 722,798 | 873,825 |
| 66 | NONE | 10,006+ | 572,511 | 190,932 | 763,444 | 908,656 |
| 67 | NONE | 10,182+ | 612,028 | 194,157 | 806,185 | 944,935 |
| 68 | NONE | 10,364+ | 653,935 | 197,611 | 851,547 | 982,719 |
| 69 | NONE | 10,578+ | 698,601 | 201,297 | 899,898 | 1,022,094 |
| 70 | NONE | 10,562+ | 746,277 | 205,442 | 951,720 | 1,062,853 |

M129779220088

PENNSYLVANIA

REPARED FOR ███████████

BY RICHARD ANTONINO

### ACCELERATED PAYMENT PLAN ILLUSTRATION
### ANNUAL DIVIDENDS USED TO BUY PAID UP ADDITIONAL INSURANCE

| END OF POLICY YEAR | ANNUAL CASH OUTLAY FOR YEAR** | ANNUAL DIVIDEND | ILLUSTRATIVE CASH VALUE OF ADD. INS. | GUARANTEED CASH VALUE | ILLUSTRATIVE CASH VALUE# | ILLUSTRATIVE DEATH BENEFIT## |
|---|---|---|---|---|---|---|
| 71 | NONE | 10,239+ | 797,043 | 210,049 | 1,007,092 | 1,104,709 |

+* THE CASH OUTLAY ILLUSTRATED SHOWS THE RESULTS IF THE CURRENT DIVIDEND SCALE
CONTINUES WITHOUT CHANGE. DIVIDENDS ARE NOT GUARANTEED AND MAY INCREASE OR
DECREASE IN THE FUTURE.  IF THE FUTURE DIVIDENDS DECREASE, IT IS POSSIBLE
THAT THE CASH VALUE OF ADDITIONAL INSURANCE MAY NOT BE SUFFICIENT IN SOME
FUTURE YEARS TO PAY THE FULL CURRENT PREMIUM AND SOME CASH OUTLAY MAY BE
REQUIRED.  IF PREMIUMS ARE MODAL, ANNUALIZED PREMIUM EQUALS THE MODAL
PREMIUM TIMES NUMBER OF PAY PERIODS FOR YEAR.
+ GUARANTEED CASH VALUE AND CASH VALUE OF ADDITIONAL INSURANCE
++ BASIC INSURANCE AND ADDITIONAL INSURANCE
++ AGE AT LIFE EXPECTANCY - U.S. POPULATION LIFE TABLES.
+ ANNUAL DIVIDEND GREATER THAN ANNUAL PREMIUM.

DIVIDENDS BASED ON JAN. 1992 SCALE THAT USES CURRENT INTEREST, MORTALITY AND
EXPENSE RATES.  ILLUSTRATIVE FIGURES ARE NOT GUARANTEES OR ESTIMATES FOR THE
FUTURE.



MDL CONFIDENTIAL

M129779220089

EXPLANATORY NOTES FORM 467 AND FORM 463-APP MUST BE ENCLOSED    PAGE  5

METROPOLITAN LIFE INSURANCE COMPANY

6/02/92

**MetLife**

M93?1

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091, United States Dist. Ct.

REDACTED
CONFIDENTIAL
POLICYHOLDER
INFORMATION

...RED FOR ███████████ 
PENNSYLVANIA
BY RICHARD ANTONINO

**ACCELERATED PAYMENT PLAN**

for Payment of Future Premiums from the Cash Value of Paid-up Additional Insurance or Accumulated Dividends with Interest

**IMPORTANT NOTICE**

Name of Insured ███████████          Name of Owner _____

Policy Number _____          Issue Date _____

Plan of Insurance **LIFE PAID UP AT 95**     Amount of Insurance   $230,317

Classification **PREFERRED** ███████    Sex __  Age at Issue __24__

Additional Benefits Included **DISABILITY WAIVER** _____

After premiums for your policy have been paid for .07 years, the Accelerated Payment Plan allows you to choose to pay future premiums as they fall due through the use of dividends, by withdrawing from the cash value of additional insurance or accumulated dividends with interest an amount which, together with the current dividend, will pay the current premium. When you wish to start this procedure, ask your Metropolitan Sales Representative to confirm that the dividends credited to your policy together with dividends based on the scale then in effect are sufficient to accomplish this objective. If dividends are sufficient, the procedure requires that future premium payments be paid annually (no outlay by you). Your Sales Representative will assist you in making this change if necessary and in putting this procedure in effect.

The number of years that premium payments in cash are required under the Accelerated Payment Plan is based on the dividend scale in effect at the time the policy is issued. Dividends, however, are not guaranteed. Changes in dividend scales after issue may increase or decrease the number of years shown. Also if future dividend scales decrease after this payment procedure is started, it is possible that dividends may not be sufficient in some future years to pay the then full current premium.

The Accelerated Payment Plan increases your flexibility. When dividends are sufficient, you may stop your cash outlay, or continue to pay your premiums as you normally do. Even if you have chosen to pay premiums by the Accelerated Payment Plan, you may return to paying your premiums as you previously did at any time.

Signature: _____          Sales Representative: _____

M129779220090

FORM 468

METROPOLITAN LIFE INSURANCE COMPANY          6/02/92

**MetLife**          - 80 -

M937?

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct.

STANDARD PRESENTATION LEDGER STATEMENT

PROPOSED FOR
METROPOLITAN LIFE INSURANCE COMPANY
ONE MADISON AVENUE, NEW YORK, NEW YORK 10010
$230,317 Life at 95

Female Age 24
Preferred Nonsmoker
Dividends Buy Paid-Up Additions

Annual Policy Premium : $   2,000.00

| BEG OF YR | ATT AGE | ANNUAL GROSS PREMIUM | END OF YEAR DIVIDEND | SURRENDER OF VALUES | ANNUAL LOAN | ANNUAL LOAN INTEREST | NET A/T OUTLAY | CUM NET OUTLAY | TOTAL LOAN | GUAR CASH VALUE | ILLUST NET CASH VAL | ILLUST NET DEATH BENEFIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 24 | 2,000 | 0 | 0 | 0 | 0 | 2,000 | 2,000 | 0 | 0 | 0 | 230,317 |
| 2 | 25 | 2,000 | 895 | 0 | 0 | 0 | 2,000 | 4,000 | 0 | 0 | 895 | 231,212 |
| 3 | 26 | 2,000 | 981 | 0 | 0 | 0 | 2,000 | 6,000 | 0 | 239 | 2,145 | 240,907 |
| 4 | 27 | 2,000 | 1,094 | 0 | 0 | 0 | 2,000 | 8,000 | 0 | 467 | 3,553 | 251,112 |
| 5 | 28 | 2,000 | 1,212 | 0 | 0 | 0 | 2,000 | 10,000 | 0 | 1,672 | 6,051 | 262,021 |
| 6 | 29 | 2,000 | 1,339 | 0 | 0 | 0 | 2,000 | 12,000 | 0 | 2,763 | 8,736 | 273,622 |
| 7 | 30 | 2,000 | 1,423 | 0 | 0 | 0 | 2,000 | 14,000 | 0 | 3,915 | 11,571 | 285,810 |
| 8 | 31 | 2,000 | 1,475 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 5,297 | 12,672 | 290,815 |
| 9 | 32 | 2,000 | 1,452 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 6,473 | 13,706 | 276,144 |
| 10 | 33 | 2,000 | 1,467 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 8,061 | 14,776 | 271,800 |
| 11 | 34 | 2,000 | 1,511 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 9,442 | 15,878 | 267,781 |
| 12 | 35 | 2,000 | 1,557 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 11,055 | 17,243 | 264,263 |
| 13 | 36 | 2,000 | 1,607 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 12,667 | 18,647 | 261,221 |
| 14 | 37 | 2,000 | 1,661 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 14,279 | 20,093 | 258,645 |
| 15 | 38 | 2,000 | 1,718 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 16,172 | 21,815 | 256,526 |
| 16 | 39 | 2,000 | 1,785 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 17,734 | 23,375 | 254,862 |
| 17 | 40 | 2,000 | 1,856 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 19,576 | 25,226 | 253,663 |
| 18 | 41 | 2,000 | 1,828 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 21,649 | 27,379 | 252,912 |
| 19 | 42 | 2,000 | 2,010 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 23,492 | 29,369 | 252,606 |
| 20 | 43 | 2,000 | 2,041 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 25,565 | 31,719 | 252,754 |
| 21 | 44 | 2,000 | 2,196 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 27,630 | 34,157 | 253,229 |
| 22 | 45 | 2,000 | 2,237 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 29,710 | 36,711 | 254,082 |
| 23 | 46 | 2,000 | 2,405 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 32,014 | 39,672 | 255,868 |
| 24 | 47 | 2,000 | 2,524 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 34,317 | 42,675 | 257,785 |
| 25 | 48 | 2,000 | 2,685 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 36,620 | 45,898 | 260,172 |
| 26 | 49 | 2,000 | 2,807 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 39,153 | 49,544 | 263,053 |
| 27 | 50 | 2,000 | 2,950 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 41,687 | 53,400 | 266,493 |
| 28 | 51 | 2,000 | 3,171 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 44,451 | 57,716 | 270,442 |
| 29 | 52 | 2,000 | 3,273 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 46,384 | 62,061 | 274,933 |
| 30 | 53 | 2,000 | 3,576 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 49,878 | 67,136 | 279,976 |
| 31 | 54 | 2,000 | 3,787 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 52,742 | 72,277 | 285,547 |
| 32 | 55 | 2,000 | 4,024 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 55,736 | 77,562 | 291,545 |
| 33 | 56 | 2,000 | 4,256 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 58,730 | 83,377 | 298,254 |
| 34 | 57 | 2,000 | 4,486 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 61,855 | 89,567 | 305,328 |
| 35 | 58 | 2,000 | 4,718 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 65,410 | 97,249 | 312,323 |
| 36 | 59 | 2,000 | 4,972 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 68,864 | 105,327 | 320,729 |
| 37 | 60 | 2,000 | 5,249 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 72,319 | 113,336 | 329,083 |
| 38 | 61 | 2,000 | 5,555 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 76,004 | 122,045 | 337,886 |
| 39 | 62 | 2,000 | 5,889 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 79,519 | 131,495 | 347,133 |
| 40 | 63 | 2,000 | 6,288 | 2,000 | 0 | 0 | 0 | 14,000 | 0 | 83,685 | 141,295 | 357,052 |

| Benefits Included | Initial Premium | | | |
|---|---|---|---|---|
| | Annual | Semi-Annual | Check-O-Matic | Yrs. to Pay |
| Base Policy | 1,951.63 | 1,053.87 | 176.74 | 71 |
| Disability Waiver | 48.37 | 25.33 | 4.61 | 4 |

M129779220091

This illustration is not valid unless accompanied by the SUPPLEMENTAL FOOTNOTE PAGE

The ALLOCATION OF VALUES page shows the allocation of premiums, death benefits and cash values between the base policy, term rider, if any, and the paid-up additions rider.

Plan:Variable Outlay(3)
06/23/1992

Prepared by:RICHARD RAYMOND
State: NJ

- 81 -

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct.

M9371

STANDARD PRESENTATION LEDGER STATEMENT

PROPOSED FOR
METROPOLITAN LIFE INSURANCE COMPANY
ONE MADISON AVENUE, NEW YORK, NEW YORK 10010
$230,317 Life at 95

Female Age 24
Preferred Nonsmoker
Dividends Buy Paid-Up Additions

Annual Policy Premium : $ 2,000.00

| BEG OF YR | ATT AGE | ANNUAL GROSS PREMIUM | END OF YEAR DIVIDEND | SURRENDER OF VALUES | ANNUAL LOAN | ANNUAL LOAN INTEREST | NET A/T OUTLAY | CUM NET A/T OUTLAY | TOTAL LOAN | BANK CASH VALUE | ILLUST NET CASH VAL | ILLUST NET DEATH BENEFIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 64 | 2,000 | 6,707 | 2,000 | 0 | 0 | 0 | 16,000 | | | 151,504 | 367,523 |
| 42 | 65 | 1,952 | 6,904 | 8,246 | 0 | 0 | -6,295 | 7,796 | 0 | 81,856 | 156,894 | 364,279 |
| 43 | 66 | 1,952 | 7,104 | 8,246 | 0 | 0 | -6,295 | 410 | 0 | 90,541 | 161,442 | 361,507 |
| 44 | 67 | 1,952 | 7,512 | 3,362 | 4,884 | 0 | -6,295 | -3,885 | 4,884 | 98,957 | 166,295 | 304,492 |
| 45 | 68 | 1,952 | 9,017 | 1,951 | 6,735 | 448 | -6,295 | -11,180 | 11,618 | 106,103 | 172,055 | 303,091 |
| 46 | 69 | 1,952 | 8,546 | 1,951 | 7,341 | 1,446 | -6,295 | -17,475 | 18,959 | 109,478 | 171,698 | 313,497 |
| 47 | 70 | 1,952 | 9,131 | 1,951 | 8,001 | 2,108 | -6,295 | -23,770 | 27,953 | 113,065 | 183,707 | 371,954 |
| 48 | 71 | 1,952 | 9,754 | 1,951 | 8,721 | 2,877 | -6,295 | -30,066 | 37,630 | 117,651 | 183,838 | 382,525 |
| 49 | 72 | 1,952 | 10,435 | 1,951 | 5,506 | 3,312 | -6,295 | -36,360 | 45,186 | 122,298 | 196,063 | 384,606 |
| 50 | 73 | 1,952 | 11,142 | 1,951 | 10,362 | 4,867 | -6,295 | -42,655 | 55,547 | 126,574 | 207,092 | 390,722 |
| 51 | 74 | 1,952 | 11,884 | 1,951 | 11,294 | 5,000 | -6,295 | -48,950 | 66,841 | 131,280 | 208,326 | 394,601 |
| 52 | 75 | 1,952 | 12,658 | 1,951 | 12,311 | 6,016 | -6,295 | -55,245 | 78,151 | 135,807 | 214,471 | 398,163 |
| 53 | 76 | 1,952 | 13,482 | 1,951 | 13,419 | 7,074 | -6,295 | -61,540 | 91,570 | 140,253 | 220,731 | 401,334 |
| 54 | 77 | 1,952 | 14,283 | 1,951 | 14,626 | 8,332 | -6,295 | -67,835 | 106,196 | 144,639 | 225,711 | 403,590 |
| 55 | 78 | 1,952 | 15,382 | 1,951 | 15,946 | 9,648 | -6,295 | -74,130 | 122,138 | 149,015 | 231,027 | 406,034 |
| 56 | 79 | 1,952 | 16,077 | 1,951 | 17,377 | 11,080 | -6,295 | -80,425 | 140,514 | 153,391 | 235,528 | 407,372 |
| 57 | 80 | 1,952 | 17,046 | 1,951 | 18,937 | 12,647 | -6,295 | -86,720 | 153,455 | 157,767 | 240,272 | 407,920 |
| 58 | 81 | 1,952 | 18,132 | 1,951 | 20,632 | 14,351 | -6,295 | -93,015 | 180,101 | 161,912 | 244,421 | 407,594 |
| 59 | 82 | 1,952 | 19,072 | 1,951 | 22,504 | 16,210 | -6,295 | -99,310 | 202,604 | 166,058 | 248,691 | 406,291 |
| 60 | 83 | 1,952 | 20,456 | 1,951 | 24,529 | 18,235 | -6,295 | -105,605 | 227,133 | 163,973 | 248,838 | 403,922 |
| 61 | 84 | 1,952 | 21,714 | 1,951 | 26,727 | 20,443 | -6,295 | -111,900 | 253,870 | 173,889 | 249,650 | 400,305 |
| 62 | 85 | 1,952 | 24,067 | 1,951 | 29,143 | 22,843 | -6,295 | -118,195 | 283,013 | 177,344 | 248,787 | 395,289 |
| 63 | 86 | 1,952 | 24,600 | 1,951 | 31,706 | 25,472 | -6,295 | -124,490 | 314,778 | 181,025 | 246,756 | 388,656 |
| 64 | 87 | 1,952 | 25,897 | 1,951 | 33,375 | 28,331 | -6,295 | -130,785 | 349,403 | 184,253 | 242,890 | 380,214 |
| 65 | 88 | 1,952 | 27,238 | 1,951 | 31,447 | | -6,295 | -137,080 | 387,144 | 187,708 | 237,115 | 363,795 |
| 66 | 89 | 1,952 | 28,823 | 1,951 | 44,138 | 34,843 | -6,295 | -143,375 | 438,281 | 190,572 | 229,412 | 358,872 |
| 67 | 90 | 1,952 | 30,358 | 1,951 | 44,040 | 38,546 | -6,295 | -149,670 | 473,121 | 194,167 | 219,532 | 341,372 |
| 68 | 91 | 1,952 | 31,877 | 1,951 | 48,876 | 42,501 | -6,295 | -155,965 | 521,997 | 197,611 | 207,788 | 322,884 |
| 69 | 92 | 1,952 | 33,723 | 1,951 | 53,275 | 46,980 | -6,295 | -162,260 | 575,271 | 201,237 | 193,936 | 301,108 |
| 70 | 93 | 1,952 | 35,351 | 1,951 | 58,969 | 51,775 | -6,295 | -168,555 | 633,340 | 205,442 | 178,038 | 275,451 |
| 71 | 94 | 1,952 | 36,790 | 0 | 63,296 | 57,001 | -6,295 | -174,850 | 696,635 | 210,049 | 153,662 | 245,453 |
| 72 | 95 | 0 | 37,419 | 0 | 68,982 | 62,698 | -6,295 | -181,145 | 765,627 | 217,234 | 138,172 | 210,947 |
| 73 | 96 | 0 | 39,183 | 0 | 75,204 | 68,907 | -6,295 | -187,440 | 840,838 | 217,649 | 113,048 | 171,085 |
| 74 | 97 | 0 | 41,397 | 0 | 81,970 | 75,655 | -6,295 | -193,735 | 922,797 | 221,334 | 82,858 | 125,428 |
| 75 | 98 | 0 | 43,573 | 0 | 89,346 | 83,052 | -6,295 | -200,030 | 1,012,143 | 224,329 | 43,579 | 59,355 |

M129779220092

| Benefits Included | Annual | Initial Premium Semi-Annual | Check-O-Matic | Pre. To Pay |
|---|---|---|---|---|
| Base Policy | 1,951.63 | 993.82 | 170.74 | |
| Disability Waiver | 48.37 | 25.33 | 4.54 | |

This illustration is not valid unless accompanied by the SUPPLEMENTARY FOOTNOTE PAGE.

The ALLOCATION OF VALUES page shows the allocation of premiums, death benefits and cash values between the base policy, term rider, if any, and the paid-up additions rider.

Plan/Variable Outlay(2): 06/22/1992

- 82 -

Prepared by RICHARD ANTONINI

Notice: Production and Use Subject to CMO in In re Prudential Sales Practices Orders in MDL No. 1061 United States Dist. Ct.

**MetLife**

INDIVIDUAL RETIREMENT BENEFIT (I.R.B.)

V.S.

INDIVIDUAL RETIREMENT ACCOUNT (I.R.A.)
CERTIFICATE OF DEPOSIT (C.D.)

| | | IRB | IRA | CD |
|---|---|---|---|---|
| 1. | DISABILITY FEATURE* | YES | NO | NO |
| 2. | TAX-FREE WITHDRAWAL | YES | NO | NO |
| 3. | COST OF LIVING ADJUSTMENT | YES | NO | NO |
| 4. | USE OF SAVINGS BEFORE AGE 59-1/2 | YES | NO | NO |
| 5. | PENALTY FOR EARLY WITHDRAWAL | NO | YES | YES |
| 6. | PREMATURE DEATH CLAUSE** | YES | NO | NO |
| 7. | TAX DEFERRED GROWTH | YES | YES | NO |
| 8. | 9 TO 12% LONG TERM RATE OF RETURN | YES | NO | NO |
| 9. | SELF-COMPLETING PROGRAM*** | YES | NO | NO |

*YOUR ANNUAL INVESTMENT IS CONTINUED AS LONG AS YOU ARE DISABLED.

**METROPOLITAN WILL COMPLETE YOUR SAVINGS PROGRAM FOR YOU IF YOU
SHOULD DIE PREMATURELY

***YOU WILL BE SECURE IN KNOWING THAT YOUR SAVINGS PROGRAM WILL BE
COMPLETED IF:

   A.   YOU LIVE AND ACHIEVE YOUR GOAL
   B.   YOU BECOME DISABLED
   C.   YOU DIE PREMATURELY

NOT CONFIDENTIAL

M129779220093

Metropolitan Life Insurance Company   Metropolitan Tower Life Insurance Company
Metropolitan Insurance and Annuity Company   Metr. H Securities Inc.
Home Office: New York, N.Y.
Metropolitan Property and Casualty Insurance Company
Home Office: Warwick, R.

M9371

- 83 -

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091 United States Dist. Ct.

**Metropolitan Life**
AND AFFILIATED COMPANIES

## METROPOLITAN INVESTMENT PROGRAM

INDIVIDUAL RETIREMENT BENEFIT (I.R.B.)

1.  SELF-COMPLETING PROGRAM:

    A.  SUPPLEMENTARY INCOME NEEDED AT RETIREMENT

    B.  DISABILITY PROVISION TO GUARANTEE INVESTMENT RETURN

    C.  IMMEDIATE TAX-FREE INCOME IN THE EVENT OF PRE-MATURE DEATH

2.  TAX-DEFERRED GROWTH

3.  NO PENALTY FOR EARLY WITHDRAWAL

4.  EMERGENCY SAVINGS PROGRAM

5.  COST OF LIVING ADJUSTMENT BUILT IN

6.  FLEXIBILITY IN PREMIUM PAYMENTS

7.  OPTION FOR EARLY MORTGAGE LIQUIDATION

8.  PEACE OF MIND OF BEING WITH A STRONG COMPANY

M129779220094

Metropolitan Life Insurance Company   Metropolitan Tower Life Insurance Company
Metropolitan Insurance and Annuity Corporation   MetLife Securities, Inc
Home Office New York NY
Metropolitan Property and Liability Insurance Company
Home Office Warwick RI

M9321

- 84 -

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct.

## IX.  RETIREMENT PLAN PROMOTIONS

Various marketing plans were developed and/or revised at both corporate and local levels, and were intended for use in soliciting the retirement market. The advertising used promoted retirement plans with heavy emphasis on "savings" and "deposits". The advertising made little or no mention of life insurance, even though the sales objective was to sell life insurance. These marketing plans had the capacity to mislead consumers into purchasing life insurance under the false presumption they were purchasing a retirement plan. It was also noted similar MetLife marketing practices and procedures were utilized in other states for the same purpose.

50/50 Plan:  (see pages 88 - 92)

A marketing plan, with track book, allegedly developed at, and within, the MetLife Pittsburgh regional agency, by Michael G. George, Regional Training Director, was designed to solicit the sale of Whole Life policies with Paid Up Addition Riders (PUAR) to Pennsylvania consumers. Portions of the track book, pre-approach letters, and telephone scripts presented the 50/50 Plan as an investment or savings vehicle rather than an insurance policy. The 50/50 Plan, as a marketing tool, was designed to allow targeting of any occupational group.

- 85 -

M129779220095

M93?1

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. CL.

A sample pre-approach letter from the 50/50 Plan track book (see page 88) described only savings and failed to mention insurance. A follow-up phone script from the 50/50 Plan track book (see page 88) referenced only a Metropolitan savings program when asking for an appointment.

The 50/50 Selling Points list (see page 90) from the 50/50 Plan track book failed to disclose that the solicitation was intended to propose insurance, and emphasizing "savings" and "retirement income" while pointing out that the prospective client could not "rely on Social Security" or their "employer." The 50/50 Plan track book benefits page (see page 91) also failed to disclose the solicitation as involving insurance. The 50/50 Plan track book contained standardized illustrations (see page 92) of the plan by sex and age, for monthly "deposits" of $100.00, showing cash value and monthly income generated at age 65. The illustrations failed to disclose the solicitation as involving insurance.

The plan was designed to identify an amount of "savings" by the consumer and then apply that amount as equal premium payments into a Whole Life policy and a PUAR. Review indicates that the MetLife agent force, encouraged by some office managers, deviated from the

- 86 -

M129779220096

M3371

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct.

equal payment amounts and caused the entire amount to be
paid into the Whole Life policy, with a PUAR for optional
payments.  The effect of this deviation was to provide
increased commission earnings for MetLife agents and sales
managers.

A benefits illustration page from the track book (see
page 91) entitled "Metropolitan 50/50, a plan to provide
for your personal savings" showed the plan as providing
investment and savings aspects.  No reference was made to
an insurance policy or payment of premiums.

No indication was found that MetLife had formally
approved use of the 50/50 Plan advertising, however,
MetLife officers Gary P. Antonino and Charles M. Kavitsky
were aware of the 50/50 Plan and had encouraged MetLife
regional offices to use the 50/50 Plan advertising for
marketing purposes.

- 87 -

M129779220097

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091 United States Dist. Ct.

General

Dear _____,

Do you have a tendency to spend as much as you earn? Would you like to start a savings plan that works?

Most savings plans fail for one of two reasons; they never get started or they lack discipline.

Metropolitan has a savings plan that makes it easy to save, has a great return, and is flexible for changing times.

It's Metropolitan's 50/50 Plan.

Regards,

Mike George
Account Representative
(412) 823-5706

MDL 1091

CONFIDENTIAL

M129779220098

- 88 -

M9371

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091, United States Dist. Ct.

PHONE SCRIPT
Follow-up -- Pre-Approach Letter

Hello _____. This is _____ from Metropolitan, do you
have a minute? I recently sent you a letter introducing
Metropolitan's new 50/50 savings program. I'll be in your area
next week and I would like to stop by and show you how it works.
Do you have ten minutes on _____?

MDL 10

CONFIDENTIAL

M129779220099

- M9371

- 89 -

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091 United States Dist. Ct.

50/50
SELLING POINTS

-- Savings

-- Retirement income

-- Discipline

-- If you don't take care of your personal savings who will?

-- The first thing to do with a savings plan is get it started!

-- Self-completion:  disability or death

-- Great return

-- Tax deferral

-- Simplicity

-- Flexibility

-- You can't rely on Social Security and your employer ??

MDL 109

CONFIDENTIAL

M129779220100

- 90 -

M9371

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct.

# METROPOLITAN 50/50

*a plan to provide for your personal savings*

## Our plan provides...

| | |
|---|---|
| **Discipline...** | through regular systematic deposits from your checking account. |
| **Flexibility...** | You can make unscheduled payments at your own convenience. |
| **Safety...** | Cash values increase steadily as deposits are made. |
| **Self Completion...** | in case of premature death or disability Metropolitan will complete the plan. |
| **Tax Deferral...** | Increasing values in the plan are not subject to personal income tax until actually paid as cash or income to you. Deposits may be withdrawn tax free. |
| **High Income...** | Metropolitan's life income payments are paid to you over your entire lifetime. |
| **Simplicity...** | no investment or reinvestment worries either during the cash accumulation period or pay-out period. |

M129779220101

– 91 –                    N9371

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct.

50/50 SAVINGS PLAN

|  | 50 | 50 |
|---|---|---|
| Monthly Deposit | 50.00 | 50.00 |

DEPOSITS MADE FOR _12_ YEARS:

| Cash Value at Age 65 | 9,171.00 | 250,648.00 |
|---|---|---|
| Monthly Income at Age 65 | 729.42 | 2,050.31 |

DEPOSITS MADE TO AGE 65:

| Cash Value at Age 65 | 171,664.00 | 417,804.00 |
|---|---|---|
| Monthly Income at Age 65 | 1,404.22 | 3,417.64 |

Death Benefit    58,749.00

MALE AGE 23

M129779220102

- 92 -

M9371

MDL 1091 CONFIDENTIAL

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct.

Nurses Insured Retirement Plan: (see pages 98 - 99)

A brochure (see page 98) promised tax deferred earnings, without clearly disclosing that the solicitation was for a Whole Life insurance policy with an option to purchase paid-up additional insurance. The full amount paid for a "retirement plan" was actually used to fund a Whole Life policy.

Nurses Guaranteed Retirement Plan: (see pages 100 - 103)

A prospecting letter (see page 100) targeted nurses and offered a "retirement savings plan" without any disclosure of insurance. A variation of this solicitation (see page 101) was referred to as a "New Retirement Savings Plan Now Available to All Nursing Professionals."

Health Professionals Retirement Plan: (see page 102)

A pre-approach letter (see page 102) was used in solicitation of a "Special Retirement Plan for Health Care Professionals." The solicitation did not mention the proposed sale of insurance. The letter did reference previous solicitations of Pennsylvania consumers by a MetLife group in Tampa, Florida. Testimony by MetLife sales representatives obtained during the examination indicated the solicitation techniques of the Florida

- 93 -

M129779220103

M95/1

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct.

marketing group were adopted for Pennsylvania solicitation by MetLife sales representatives in Pennsylvania.

Small Business Employee Guaranteed Retirement Savings Plan: (see page 103)

A prospecting letter targeting small business employees (see page 103) was found to originate from MetLife offices in Western Pennsylvania. This letter was of note since it failed to identify MetLife directly and further reflects the wide variation of retirement/savings plan solicitations.

Met Life State Street Wealth Accumulation Program: (see page 104)

A cover letter accompanying the delivery of a Whole Life policy, which had a disability waiver rider but no FWAR, depicted a marketing method used in obtaining the sale of a Whole Life policy in combination with the purchase of a MetLife State Street fund account (see page 104). The cover letter failed to disclose insurance as part of the program, while referring to the delivered policy as "Part A Insured Savings Summation," the policy's $40.00 premium as "Monthly Investment," and the policy's death benefit as an "Immediate Estate Value." The MetLife State Street portion of the plan was described as "Part B

- 94 -

M129779220104

W9371

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct.

Diversified Funds Summation," with a "Monthly Investment" of $40.00. The "Total Monthly Investment" of $80.00 promised a "Total Cash Accumulation at your age 65 of $89,773.00" without disclosures as to the non-guaranteed aspect of the insurance policy's dividends.

This variation was of note, as it paralleled instances detected during examination of replacement issues where MetLife policyholders had been induced to surrender existing insurance into MetLife State Street fund accounts and then purchase new insurance with funds taken from the accounts in order to circumvent MetLife's replacement and rewritten business rules. These advertising materials all appeared to be examples of advertising which had not been approved by MetLife for use by the MetLife field force.

Tax Advantaged Bonus Plan, Tax Advantaged Retirement Plan for Nurses, and Tax Advantaged Bonus Plan for Business Owners. (see pages 105 - 154)

During the examination MetLife provided copies of advertising for the above three (3) plans which had been approved by MetLife. The Insurance Department was subsequently informed by MetLife that these advertising pieces had inadvertently been made available to their field force upon approval by a marketing division of MetLife, without the usual required legal division

- 95 -

M129779220105

M93--

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct.

approval, and that only the Tax Advantaged Bonus Plan for
Nurses had penetrated into the Pennsylvania marketplace.
MetLife had allegedly recalled and destroyed all
unapproved issues of the advertising.  The MetLife
corporate advertising was found consistent with other
questioned advertising, in that it promoted the sale of
whole life policies of insurance through solicitations
promising earnings for retirement.  While containing
footnoted disclosure information, the various advertising
pieces possessed a capacity, through stating precise
earning values, to deceive consumers as to future
earnings.  Further, sales solicitation scripts employed by
telemarketers clearly avoided the presentation of the Tax
Advantaged Bonus Plan as insurance.  The Tax Advantaged
Bonus Plan was found to have evolved from 1991 to 1993
through the backing of MetLife Senior Vice President
Richard M. Maurer and was in fact, termed alternatively
"The Maurer Plan".  Charles M. Kavitsky, Territorial
Officer In Charge and Vice President, Mideastern
Territory, was found to have coordinated and provided
telemarketing support to MetLife sales representatives J.
Joel Sherman, Richard Antonino, and Ronald Schram in
Western Pennsylvania for the Tax Advantaged Bonus Plan.

- FINDINGS AND CONCLUSIONS -

Although the examination could not identify in detail
the full extent of market penetration gained by MetLife

- 96 -

M129779220106

M9371

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091 United States Dist. Ct.

through use of the various retirement/savings/investment
plan solicitations, testimony of consumers and MetLife
agents contacted during the examination indicated the
misleading solicitation methods were used routinely to
solicit Whole Life, Life to 95, and Life to 98 policies
sold by MetLife. It is clear the various forms of
advertising developed and used by MetLife sales
representatives were designed to preclude proper
disclosure of insurance sales to Pennsylvania consumers.
It was also noted, while the focus of the examination was
on a six (6) county Western Pennsylvania Region, the
various marketing schemes and practices occurred
throughout Pennsylvania.

- 97 -

M129779220107

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091 United States Dist. Ct.

# NURSES INSURED RETIREMENT PLAN



**Metropolitan Life**
AND AFFILIATED COMPANIES

Pittsburgh South District
Manor Oak Two, Suite 240
1910 Cochran Road
Pittsburgh, PA 15220
(412) 571-2500

For the Future a
Nurse Deserves . . .

**Metropolitan Life**
AND AFFILIATED COMPANIES

MDL 1011
CONFIDENTIAL

M129779220108

- 98 -

M9371

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct."

To "grow" a nest egg conveniently.

...ther you're regularly employed (in a public corporation ... or for you do private part-time duty, Metropolitan's Nurses Insured Retirement Plan is a convenient way for ... to accumulate ... for the future you ...rve

... New Insured retirement plan provides 5 ... important benefits.

## CONTROL
If you should leave your present nursing position, your retirement benefits can stay with you.

## FLEXIBILITY
Access ality of c...

## TAX BENEFITS
Tax deferred accumulation while providing a life insurance benefit.

## SECURITY
Can be used to provide lifetime income.

## DISABILITY
Your monthly contribution can continue to be deposited by Metropolitan should you become disabled.

... just for a moment... think about you...

... a nurse, you're always on call no matter where you work. Even if you're office-based or on private duty you have to be prepared for an emergency anytime.

... take for a few moments, think about yourself and what you'd like to be doing in the future. Have you taken the time to make plans?

At Metropolitan Life, we can help you build a solid foundation of financial security with our Nurses Insured Retirement Plan which can help you accumulate the money you need, tax-deferred, for your retirement years. If you've already started saving, we can suggest ways to make your money work harder. There's sure to be a strategy that will fit your financial situation today — with enough built-in flexibility for the years ahead!

And what's more, you'll have the security of knowing that your Nurses Insured Retirement plan is backed by Metropolitan Life and affiliated companies, a financial services leader with over a trillion in assets under management. Our quality products and services have earned us the highest ratings possible from

Moody's Investor Service
Aaa (For Financial Strength)
Standard & Poor's
AAA (For Claims-Paying Ability)
A.M. Best & Co.
A+ (For Soundness of Investment)

With an ongoing commitment to quality, MetLife is building on a historic tradition of financial stability and security.

**Metropolitan Life**
AND AFFILIATED COMPANIES

M129779220109

M9371

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct.

Regional
Office

METROPOLITAN INSURANCE COMPANY
3 Parkway Center East
2020 Ardmore Boulevard
Suite 120
Pittsburgh, PA   15221

## NURSES GUARANTEED RETIREMENT SAVINGS PLAN

If you qualify, Metropolitan has a Guaranteed Retirement Savings
Plan which is now available to <u>ALL NURSES IN THE STATE OF
PENNSYLAVANIA</u>.  This new Retirement Savings Plan is designed to
complement your existing benefits with <u>5 VERY IMPORTANT FEATURES</u>:

1. <u>CONTROL</u>             -Unlike traditional retirement
                              plans, if you should leave your
                              present nursing position, you will
                              not lose your retirement benefits.

2. <u>FLEXIBILITY</u>         -Availability of cash without
                              penalty.

3. <u>TAX BENEFITS</u>        -High tax sheltered growth.

4. <u>SECURITY</u>            -Provides a guaranteed lifntime
                              income.

5. <u>DISABILITY</u>          -Your monthly savings will continue
                              to be deposited by Metropolitan
                              should you become disabled.

The tax advantages, availability and guarantees make this <u>NEW
GUARANTEED RETIREMENT SAVINGS PLAN</u> one of the most widely
discussed in the investment world today.  Would you mind
completing the form below in order that we may furnish you
information on this New Retirement Savings Plan.

Sincerely,

Susan Zelenko
Nursing Representative

-------------------------------------------------------------

NAME

ADDRESS_____CITY

STATE_____ZIP CODE

HOME PHONE_____BUS PHONE

DATE OF BIRTH: MONTH_____DAY_____YEAR

M129779220110

Metropolitan Life®
AND AFFILIATED COMPANIES

- 100 -

M9371

Notice: Production and Use Subject to Case Management and Protective
Order in MDL No. 1091 United States Dist. Ct.

**❖ MetLife**

168 West Chestnut Street
Washington, Pa. 15301
Telephone: (412) 225-9090

## NOW AVAILABLE TO ALL NURSING PROFESSIONALS

If you qualify, MetLife now has a savings plan available
to all nurses. Would you mind giving us your name and date
of birth below in order that we may furnish you information
about a NEW RETIREMENT SAVINGS PLAN.

1. High rate of return.

2. The cash fund may be used for emergencies and
   opportunities.

3. Metropolitan makes deposits for you should you
   become disabled.

4. Pays a guaranteed income at retirement.

This is something new, one of the most widely discussed
retirement programs in the investment world today.

Sincerely,

Karen A. Donley
Account Representative

M129779220111

- 101 -            M9371

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091, United States Dist. Ct.

**Metropolitan Life**
AND AFFILIATED COMPANIES

521 NORTHERN BLVD.
CHINCHILLA, PA 18410
(717) 587-4731

### SPECIAL RETIREMENT PLAN FOR HEALTH CARE PROFESSIONALS

Do you know the three greatest forces that will effect your retirement and nest-egg? Interest rates, inflation, and taxes!! MetLife has a Special Retirement Plan available to overcome these obsticles. Our marketing group in Tampa, Florida has provided you with information on MetLife's Plan that is NOW AVAILABLE LOCALLY!! For the benefit of local service and financial planning, please give your name and date of birth below in order that we may furnish you with information about MetLife's RETIREMENT SAVINGS PLAN:

1. High Rate of Return

2. Tax Deferred Growth

3. No Government Penalties

4. Complete Security of Principal AND Interest

5. MetLife makes deposits for you should you become disabled

6. Pays a GUARANTEED income at your retirement

7. Plan follows you should you move to another job

THIS IS SOMETHING NEW--one of the most widely discussed retirement programs in the investment world today! MetLife leads the industry in the quality of its investment portfolio, which makes our retirement accounts some of the most secure and profitable to be found!

Sincerely,

Bruce J. Gordon
Retirement Advisor

-----------------------------------------------------------

NAME_____

ADDRESS_____STATE_____ZIP_____

HOME PHONE_____BUS.PHONE_____

DATE OF BIRTH_____

FOR MORE INFORMATION ON OTHER SPECIFIC PLANS, PLEASE CHECK:

( ) MORTGAGE CANCELLATION PROTECTION        ( ) I.R.A.
( ) DISABILITY INCOME PROTECTION            ( ) LIFE INSURANCE
( ) COLLEGE SAVINGS PLAN

- 102 -

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct.

M129779220112

## SMALL BUSINESS EMPLOYEE GUARANTEED RETIREMENT SAVINGS PLAN

IF YOU QUALIFY, we have a Guaranteed Retirement Savings Plan which is now available to ALL SMALL BUSINESS EMPLOYEES IN THE STATE OF PENNSYLVANIA.  This new Retirement Savings Plan is designed to complement your existing benefits with 5 VERY IMPORTANT FEATURES:

1. CONTROL              -Unlike traditional retirement plans, if you should leave your present position, you will not lose your retirement benefits.

2. FLEXIBILITY       -Availability of cash without penalty.

3. TAX BENEFITS      -High tax sheltered growth.

4. SECURITY          -Provides a guaranteed lifetime income.

5. DISABILITY       -Your monthly savings will continue to be deposited by Metropolitan should you become disabled.

The tax advantages, availability and guarantees make this NEW GUARANTEED RETIREMENT SAVINGS PLAN one of the most widely discussed in the investment world today.  Would you mind completing the form below in order that we may furnish you information on this New Retirement Savings Plan.

Sincerely,


Retirement Plan Representative

----------------------------------------------------------------

NAME_____

ADDRESS_____CITY_____

STATE_____ZIP CODE_____

HOME PHONE_____BUSINESS PHONE_____

DATE OF BIRTH:  MONTH_____DAY_____YEAR_____

M129779220113

- 103 -

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct.



**MetLife**

## MET LIFE STATE STREET WEALTH ACCUMULATION PROGRAM
### A TWO PART SERIES

Especially Prepared For _____

**Part A Insured Savings Summation**

1. Immediate Estate Value $ 75,577
   Disability Investment Waiver
2. Cash in $ Values

| Year 5 | 979.00 |
| Year 10 | 3,160.00 |
| Year 15 | 6,779.00 |
| Year 20 | 12,384.00 |
| Year 25 | 20,550.00 |
| Year 30 | 32,376.00 |
| Year 35 | 47,135.00 |
| Year 40 | 67,229.00 |
| Year 45 | 94,217.00 |

Monthly Investment $ 40.00

**Part B Diversified Funds Summation**

1. Money Market, Stocks, Bonds
2. Cash in $ Values

| Year 5 | 2,968.00 |
| Year 10 | 7,170.00 |
| Year 15 | 13,118.00 |
| Year 20 | 21,540.00 |
| Year 25 | 33,463.00 |
| Year 30 | 50,342.00 |
| Year 35 | 74,947.00 |
| Year 40 | 101,853.00 |
| Year 45 | 144,192.00 |

Monthly Investment $ 40.00

Total Monthly Investment
$ 80.00

Total Cash Accumulation
At Your Age 65
$ 89,773.00

**Part A Based on Current Dividend Scales**
Age __34__ Standard Non-Smoker Class

**Part B Based on a 10% Average Annual Return**

M129779220114

- 104 -

M-9371

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091 United States Dist. C. "

## TELEMARKETING SCRIPT USED FOR THE
## TAX-ADVANTAGED BONUS PLAN

*Prepared by*
*Ami M. Branman*
*P.I. Advanced Markets*

### INTRODUCTION

Hello, may I please speak with Mr./Ms.——.

### WHO'S CALLING?

This is —— calling for MetLife. (is Mr./Ms. —— available?) (Am I speaking with Mr./Ms.——?)

### WHAT'S THE CALL ABOUT?

I'm calling about a new retirement plan tailor designed for business owners. Could you please connect me to Mr./Ms. _____.

### PRESENTATION

Good (morning/afternoon), Mr./Ms. _____. My name is _____, and I'm contacting a select group of small business owners to let them know about an exciting new plan from MetLife that uses the business dollar to provide you with tax-free retirement income.

EARLY INTERRUPTION: This plan involves no personal out-of-pocket expense or paperwork while providing you with a Tax Free retirement income. I promise I'll only take a moment of your time. (CONTINUE)

In a nutshell:

With IRS intruding on almost all forms of retirement plans, will there be any true Tax-Free Retirement income vehicles left for the small business owner?

What would you say if we could show you how to have tax-free retirement income with no out-of-pocket expenses to you?

M129779220115

- 105 -

M5371

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct.

It's one of the few plans that can be for yourself only *or* any employee or employees you choose, but it's not a requirement. You can begin and end the program for you or your employee(s) at any time.

*And* . . . if you should die prior to retirement, it would provide your loved ones with tax-free death benefits.

There's no drafting formal plan documents or IRS approval needed.

One of our specially trained account executive will be in your area and happy to stop by and fill you in on all the benefits -. knowing how valuable your time is and this will only take 10 or 15 minute. May I arrange that for you?

**IF YES:**

Terrific, Let me just confirm your address. I have it here as (READ ADDRESS), is this correct? Fantastic. A rep will call you shortly to confirm the time and day. Thank you and have a great day.

**ANY QUESTIONS:**

That's why I'd like to have a rep. meet with you. They know the plan inside and out and can answers any and all questions. They'll also be glad to show you how to tailor the plan to your personal specifications. Again, I know how valuable your time is and the meeting will be very brief, but the benefits for you could be tremendous. Is (set appointment) good for you?

**IF NO:**

I understand and on behalf of MetLife, thank you for your time.

**I ALREADY HAVE LIFE INSURANCE**

This plan is tailored as a tax-free retirement income plan but does provide an outstanding tax-free death benefit should you pass away prior to retirement, its the best of both worlds. In addition it may be one of the last true tax-free retirement income vehicles. I would hate for you to miss this opportunity. May I have our Rep explain exactly how you can profit from the plan. Is (set appointment) good for you?

MET CONFIDENTIAL

M129779220116

M9371

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct.

## I ALREADY HAVE A RETIREMENT PLAN -

It's great to know that you're planning ahead. That's why you owe it to yourself to find out about this new plan- it has tax advantages that your current plan may not have, and it can give you a tax-free retirement income with no formal plan documents or personal out-of-pocket expenses. I'm sure you'll find it worth a few minutes of your time to let our Account Representative explain all the details. Is (set appointment) good for you?

## GENERAL PLAN INFORMATION: - not part of script

* Unlike almost all other retirement/benefit plans, the owner of the business does not have to offer it to all employees - it can be used only for the owner, or for any employee or employees chosen by the owner.

* contributions to the plan are made using business dollars which are tax deductible.

* On retirement, the participant will have a tax-free income.

* Tax-free death benefits are paid to survivors if the participant dies before retirement.

* There is not need to draft formal plan documents, there are no administrative fees, and there is no need to seek IRS approval.

* MetLife provides group benefits and retirement plans for 78 of the Fortune 100 companies.

M129779220117

- 107 -

M9371

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct

CONFIDENTIAL



**Tax-Advantaged Retirement Plan**

**MetLife**

M129779220118

M9371

Notice: "Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct."

# Tax-Advantaged Retirement Plan

*A new concept in retirement planning for you and your profession!*



## ADVANTAGES THAT BENEFIT YOU —

• **Affordable** — you decide how much you want to put away

• **Flexible** — you plan how much you need and when you will retire

• **Portable** — you take the plan with you wherever your work takes you

• **Uncomplicated** — you pay no professional fees and file no tax forms

• **Security** — you have retirement dollars you know will be there for you!

What if you as a nurse could create *your own retirement plan* — that allows you to contribute as much as you want and to provide yourself *tax-free retirement benefits*.

## Retirement with a Distinct Advantage

This is a retirement plan you can create *for yourself!* This is one plan that can give you those important *dollars for retirement* and also make available cash for more immediate needs, such as family emergencies.

## WHAT THIS PLAN CAN DO FOR YOU — IT CAN PROVIDE:

• *Tax-free* retirement benefits

• *Tax-free* survivor benefit for your family

• *Tax-deferred* cash values

• Contributions uninterrupted by disability with Waiver of Premium

• Cash reserve for personal or business needs



M 9371

– 109

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091. United States Dist. Ct.

M129779220119

# For Nurses

*What contributing
$100 a month now can
mean for your
retirement later!*

## An Example (Female Age 35 Retiring at 65)

### FUNDING PHASE

| In Year | Guaranteed Cash Value | Cash Value¹ | Survivor Benefit¹ |
|---------|----------------------|-------------|-------------------|
| 5 | $4,000 | $4,500 | $68,000 |
| 10 | $10,300 | $11,800 | $81,000 |
| 15 | $17,300 | $23,600 | $100,000 |
| 20 | $25,400 | $41,500 | $128,000 |
| 25 | $34,500 | $67,500 | $164,000 |
| 30 | $44,500 | $105,500 | $210,000 |

### RETIREMENT PHASE

| | |
|---|---|
| Annual Tax-free Benefit at 65 | $5,550 |
| Total Retirement Benefit to 85 | $111,000 |
| + Tax-free Survivor Benefit [Death at 85] | $208,000 |
| = Total Benefit¹ | $319,000 |
| − Total Premiums | $36,000 |
| = Net Gain | $283,000 |

## The more you contribute, the greater your benefits!

| Monthly Premium | Annual Benefit Age 65 | Total Benefit Ages 65–85 | Survivor Benefit Age 85 |
|-----------------|----------------------|--------------------------|-------------------------|
| $150 | $8,300 | $186,000 | $342,000 |
| $200 | $12,500 | $250,000 | $460,000 |

¹Cash value based on illustrative values of MetLife's Whole Life (Female 35, guaranteed face amount of $55,278) and PLAR using 1993 dividend schedule. Dividends are neither guaranteed nor estimates of the future.

Annual Tax-free Benefit through policy loans and withdrawals. Loan rates are not guaranteed, and policy must be kept in force until death. If policy lapses prior to death, there may be income taxes payable.

Additional charge if Waiver of Premium rider is included.

— 110 —

M9371

M129779220120

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091. United States Dist. Ct.





## How It Can Work for You

**Prepared For:** _____

How much do you want to contribute? _____
Your current age? _____
When do you plan to retire? _____  Your gender _____
How many years of income do you want? _____  Year/Month

### FUNDING PHASE

| In Year | Guaranteed Cash Value | Cash Value | Survivor Benefit |
|---------|----------------------|------------|------------------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### RETIREMENT PHASE

Total Tax-free Benefit at _____

| Total Retirement Benefit to _____ | |
|---|---|
| + Tax-free Survivor Benefit (Death at _____ ) | |
| = Total Benefit | + |
| − Your Contribution | − |
| = Your Net Gain | |

*Cash value based on illustrative values of MetLife $ _____ guaranteed face amount of $ _____ and PLAR
using current dividend schedule. Dividends are neither guarantees nor estimates for the future
benefits. Tax-free benefit through policy loans and withdrawals. Loan rates are not guarantees, and policy must be kept in
force until death. If policy lapses prior to death, there may be income taxes payable
additional charge is Waiver or Premium rider is included*

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091, United States Dist. Ct.

M129779220121

CONFIDENTIAL



Tax-Advantaged

Bonus Plan

*Taking Care*

*of Number One*

🔷 **MetLife**

🔷 **MetLife**

- 112 -

M9371

M129779220122

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091, United States Dist. Ct.

**Taking Care of Number One!**
**With a Tax-Advantaged Bonus Plan**

Your number one employer responsibility is
to your number one employee.

You!

It's up to you to make sure that your
business takes care of you and your family.

Your business should provide you with
retirement benefits and financial security
that you deserve for all your hard work.

Reward yourself with a Tax-Advantaged
Bonus Plan!

**As an employee...**
You'll like a Tax-Advantaged Bonus Plan
because it provides you with retirement
income, an emergency fund, and life
insurance benefits at no out-of-pocket cost
to you!

**As an employer...**
You'll like a Tax-Advantaged Bonus Plan
because it's a simple and flexible way to
provide additional benefits to just one or a
few key employees. There's no
administration, no IRS forms, and no
headaches!

Talk to a MetLife representative about what
a Tax-Advantaged Bonus Plan can do for you.

Do your business a favor by taking care of
Number One!

MetLife Business Planning Services

– 113 –

M9371

M129779220123

Notice: Production and Use Subject to Case Management and Protective
Orders in MDL No. 1091, United States Dist. Ct.

# CONFIDENTIAL



Tax-Advantaged

Bonus Plan

MetLife

M9371

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct.

MetLife Business Planning Services

### How Does It Work?

It's simple! The employee applies for a MetLife insurance policy with the Paid-Up Additions Rider. The premiums are paid from the Company checkbook and the Company gets a tax deduction for the premiums paid. The employee owns the policy and includes the premium as part of his or her taxable income. However, the employee can reimburse him or herself for the taxes paid from the cash value in the policy. This results in "$0" out-of-pocket cost to the employee.

At retirement, the plan pays income to the employee and at the employee's death, the plan pays a death benefit to the employee's beneficiaries. And both the retirement income and the death benefit are totally income tax-free.

**Employer Advantages:**

* Tax deductible contributions
* Recruits and retains your most productive employees
* No formal plan or documents
* No IRS approval
* No administrative costs
* No paperwork
* Plan can be discriminatory
* Total flexibility in changing or stopping bonus payment at any time

**Employee Advantages:**

* "$0" out-of-pocket cost
* Life insurance protection
* Retirement income
* Cash values grow tax-deferred
* Source of emergency funds
* Disability income benefits
* Income tax-free death benefits

MDL 1091 CONFIDENTIAL

M937

M129779220126

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091. United States Dist. Ct.



# Tax-Advantaged Bonus Plan

CONFIDENTIAL

**FOR BUSINESS OWNERS**

M9571

M129779220127

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist CL

# Tax-Advantaged Bonus Plan

*A new concept in retirement planning for you . . . the business owner!*



## ADVANTAGES THAT BENEFIT YOU —

- No IRS approval required
- **Exclusive** — for you and *you alone*
- **Practical** — design the plan the way you want it
- **Uncomplicated** — save money on professional fees
- **Affordable** — set a plan budget for yourself
- **Deductible** — reduce your business taxes

Today you're in charge of your business — someday you'll want to be in charge of your retirement.

What if you could create *just for yourself* a plan that would allow you to contribute as much as you want and provides you with a tax-free retirement benefit? And would that plan involve a deductible business expense with no out-of-pocket cost?

## WHAT THIS PLAN CAN DO FOR YOU — IT CAN PROVIDE:

- *Tax-free* retirement benefits
- *Tax-free* survivor benefit
- *Tax-deferred* cash values
- Contributions uninterrupted by disability with Waiver of Premium
- Cash reserve for personal or business needs
- *Reimbursement for income taxes* payable on bonus (optional)

## A Bonus with a Distinct Advantage

This is one bonus you can give yourself and no one else! This is one plan that will give you those most important dollars for retirement and also make available cash for more immediate needs, such as family emergencies.



- 118

M 9371

M129779220128

Notice: Production and Use Subject to Case Management and Protective Orders in MDL No. 1091 United States Dist. Ct.