# CONDENSED TRANSCRIPT

Deposition of: Ronald M. Gonda

September 10, 2003

Ronald M. Gonda vs.
Metropolitan Life Insurance Company, et al.



Powers Garrison & Hughes

*Court Reporting & Video Services*

600 Warner Centre
332 Fifth Avenue
Pittsburgh, PA 15222
412-263-2088

www.pghdepo.com

THIS TRANSCRIPT HAS BEEN LOADED INTO SUMMATION

SEP 25 2003

Ronald M. Gonda  
September 10, 2003

Ronald M. Gonda v.  
Metropolitan Life Insurance Company, et al.

Page 29

1   R. Gonda - by Ms. Lipman
2   ready.
3       A.   (Reviewing document.)
4           MS. LIPMAN: Let me put on the
5   record that the document that's been marked
6   Exhibit 5 has Bates numbers RMG 9 through 31 at
7   the bottom.
8       Q.   If we could, Mr. Gonda, flip to the
9   back of the document. There are some Bates
10  numbers.
11          Can you read the Bates numbers that
12  are on the bottom? There is a little number at
13  the right. Can you read those?
14      A.   Yes.
15      Q.   I want to go to the page marked 27.
16  Pages 27 through -- 27 through 30 are an
17  application for life insurance.
18          Have you seen this document before,
19  this portion of the document before?
20      A.   I'm not sure.
21      Q.   Is any of the handwriting on that
22  first page your handwriting?
23      A.   No.
24      Q.   Let's go to the page that's marked
25  at the bottom as 30. There is a signature in

Page 30

1   R. Gonda - by Ms. Lipman
2   the middle of the page to the right. Is that
3   your signature?
4       A.   I'm not sure. It could be. I'm not
5   sure.
6       Q.   Do you recall, in your first meeting
7   with Mr. Friedt, providing him any -- do you
8   recall him asking you any questions and you
9   providing him answers that he may have recorded
10  on an application for life insurance?
11      A.   I'm not sure. I don't know. That
12  was like ten years ago.
13      Q.   Do you have any reason to think that
14  the signature on page 30 is not your signature?
15      A.   I'm not sure.
16      Q.   Turning to the page that's been
17  marked -- that has the Bates No. 29 at the
18  bottom, do you see that in the middle of the
19  page it says, "C, applicant is replacing Pruco
20  life policy"?
21      A.   Yes.
22      Q.   Did you discuss that with Mr.
23  Friedt?
24      A.   Yes.
25      Q.   Is that a yes?

Page 31

1   R. Gonda - by Ms. Lipman
2       A.   Yes.
3           MS. LIPMAN: Could you mark
4   this document.
5           (Gonda Exhibit No. 6 was marked
6   for identification.)
7       Q.   For purposes of identification, the
8   document that's been marked Exhibit 6 is Bates
9   numbered at the side with MetLife Bates No. MP
10  2157000139.
11          Mr. Gonda, I would ask that you take
12  a look at that document and let me know when
13  you're ready.
14      A.   (Reviewing document.) Okay.
15      Q.   Have you seen this document before?
16      A.   I am not sure.
17      Q.   There is a signature at the bottom.
18  It is a little hard to see because this is a
19  copied document. Is that your signature?
20      A.   I'm not sure.
21      Q.   Is any of the handwriting on this
22  page your handwriting?
23      A.   No.
24      Q.   Do you think that the signature is
25  not your signature?

Page 32

1   R. Gonda - by Ms. Lipman
2       A.   I'm not sure. I don't know.
3       Q.   Do you think that it could be your
4   signature?
5       A.   It could be. I don't know.
6       Q.   When you met with Mr. Friedt for the
7   first time, is it your understanding that you
8   were applying for life insurance?
9       A.   No. He just wanted to come out and
10  talk to me about life insurance. I ended up
11  buying it off him.
12      Q.   You ended up buying it from him?
13      A.   Yes.
14          MS. LIPMAN: Let me just use
15  this again (indicating).
16          MS. ERNSBERGER: You can put
17  that one away.
18          MS. LIPMAN: These are the
19  marked exhibits.
20      Q.   Let's keep them here. Let's keep
21  those two in front of him, them (indicating).
22          I think you said, Mr. Gonda, that
23  the first meeting was maybe about a half hour;
24  is that right?
25      A.   Yes. Something like that.