IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD M. GONDA,<br><br>               Plaintiff,<br><br>               v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY AND WILLIAM GERALD FRIEDT, JR.,<br><br>               Defendants | CIVIL ACTION NO. 00-2286<br><br><br>CHIEF JUDGE AMBROSE |

**ORDER OF COURT**

On this _____ day of June, 2006, this matter having come before the Court upon Metropolitan Life Insurance Company and William Gerald Friedt, Jr.'s Motion in Limine to Exclude Evidence Regarding the Pennsylvania Market Conduct Report, it is hereby ordered that the motion is GRANTED. Plaintiff is barred from introducing evidence of the Pennsylvania Market Conduct Report, Plaintiff's Exhibit Nos. 55, at trial.

               BY THE COURT:

               _____

ME1\5702930.1