# CONDENSED TRANSCRIPT

Deposition of: Ronald M. Gonda

September 10, 2003

Ronald M. Gonda vs.
Metropolitan Life Insurance Company, et al.



Powers Garrison & Hughes

Court Reporting & Video Services

600 Warner Centre
332 Fifth Avenue
Pittsburgh, PA 15222
412-263-2088

www.pghdepo.com

THIS TRANSCRIPT HAS BEEN LOADED INTO SUMMATION

SEP 25 2003

Ronald M. Gonda  
September 10, 2003

Ronald M. Gonda v.  
Metropolitan Life Insurance Company, et al.

**Page 21**

1  R. Gonda - by Ms. Lipman  
2  Q. Mr. Gonda, let me just use this  
3  binder, representing to you that Exhibits 1 and  
4  2 are the last two pages in here.  
5  Do you recall receiving this binder  
6  from Mr. Friedt during the meeting at your  
7  house?  
8  A. Yeah. In the second meeting, I  
9  think.  
10  Q. It was at the meeting?  
11  A. Second one.  
12  Q. The second one. Did you receive  
13  anything at the first meeting?  
14  A. No. We just talked.  
15  Q. What did you talk about?  
16  A. He said about the policy being paid  
17  up inside of ten years.  
18  Q. Did you discuss how it would be paid  
19  up in ten years?  
20  A. Like 50 bucks a month.  
21  Q. So you discussed that if you paid  
22  premiums of $50 a month, the policy would be  
23  paid up after ten years?  
24  A. Yeah.  
25  Q. Did you discuss with Mr. Friedt how  

**Page 22**

1  R. Gonda - by Ms. Lipman  
2  premiums would be paid after ten years?  
3  A. Policy would be done after ten  
4  years, paid up. It was like a retirement  
5  thing. The policy, it was like he sold it back  
6  so I got $1800 out of it. He said the policy  
7  is paid up for three years, and I only have  
8  seven years to go and it will be paid up.  
9  Q. When you say it was supposed to be a  
10  retirement kind of thing, what kind of  
11  retirement kind of thing was it supposed to be?  
12  A. I was supposed to get like -- when I  
13  was 65 I could use it for retirement. It was  
14  supposed to be $64,000 or something like that.  
15  Leave it in there or take it out when I retire.  
16  Q. Did he explain to you or did you  
17  understand what feature of the policy permitted  
18  you to take money out when you were 65?  
19  A. It was a retirement thing. When I  
20  retired, I could take it out.  
21  Q. Did he ever discuss any terms of the  
22  policy with you? For instance, did he discuss  
23  dividends with you?  
24  A. No.  
25  Q. Did he discuss cash values with you?  

**Page 23**

1  R. Gonda - by Ms. Lipman  
2  A. No. It was supposed to be paid up  
3  in ten years for 50 bucks a month.  
4  Q. I think you said before and correct  
5  me if I'm wrong, do you know what the term  
6  dividend means?  
7  A. No. What does it mean?  
8  Q. I am asking you if you know.  
9  A. No. Sort of like get money back if  
10  you pay too much or something. Interest.  
11  Q. You think that it's something to do  
12  with interest?  
13  A. I think.  
14  Q. Do you know what cash value means?  
15  A. It's when you sell something for the  
16  cash.  
17  Q. Do you understand the term cash  
18  value in connection with life insurance?  
19  A. That's how much you sell it for when  
20  you sell your policy.  
21  Q. Now, you said before that you had  
22  two meetings with Mr. Friedt. Concentrating on  
23  the first meeting, did you discuss your present  
24  Pruco policy with him?  
25  A. Yes.  

**Page 24**

1  R. Gonda - by Ms. Lipman  
2  Q. What did you tell him about that  
3  policy?  
4  A. He told me it wasn't a very good  
5  policy. It was sort of shaky because it was  
6  like stock and bonds. He said this policy was  
7  better (indicating).  
8  Q. He said that the Pruco policy was  
9  related to stock and bonds?  
10  A. Yes.  
11  Q. How did he tell you this policy,  
12  this, meaning the MetLife policy, was better  
13  than the Pruco?  
14  A. This would be paid up in ten years.  
15  Q. Now, did you give him or did you  
16  show him the Pruco life policy at that time?  
17  A. Took it with him the first time.  
18  Q. What else did you discuss at that  
19  meeting?  
20  A. That's about it. He looked at my  
21  other policy. He said that was a good one, to  
22  keep that.  
23  Q. When you say the other policy, you  
24  are talking about the Prudential $10,000  
25  policy?  

6 (Pages 21 to 24)

Ronald M. Gonda  
September 10, 2003

Ronald M. Gonda v.  
Metropolitan Life Insurance Company, et al.

Page 57

R. Gonda - by Ms. Lipman
2 that sound to you like it would be paid up in
3 ten years?
4     A.   It's part of my age when I want to
5 retire. 62. It was a retirement thing.
6     Q.   The policy was?
7     A.   Yes.
8     Q.   That's why you bought it?
9     A.   Yes.
10     Q.   To provide some sort of income to
11 you when you retired?
12     A.   Yes.
13     Q.   In addition to that, your
14 understanding of the policy was that you only
15 had to pay $50 a month for ten years and then
16 you would have a certain amount of money
17 available to you when you retired; is that
18 right?
19     A.   Yes.
20     Q.   Would it be fair for me to say that
21 the amount at the front page of the policy,
22 which is the $64,667, is the amount that you
23 thought would be available to you at
24 retirement?
25     A.   Yes.

Page 58

R. Gonda - by Ms. Lipman
2         (Attorney/client discussion off
3 record.
4         MS. ERNSBERGER:   Wait until she
5 asks you a question.
6     Q.   Let's go back to this document,
7 Exhibit 1. And Exhibit 2. Take a look at
8 that. Looking at the document that's been
9 marked Exhibit 2, Mr. Gonda, there is a column
10 that says net payment, $1801. It goes from
11 year one through year ten.
12         Do you see that?
13     A.   Yes.
14     Q.   Do you think that this document was
15 the basis of your understanding that you only
16 had to pay for ten years?
17     A.   That's what he told me, ten years.
18     Q.   Do you know what the $1801 figure
19 is?
20     A.   No.
21     Q.   Do you recall discussing any of the
22 other columns on this page with Mr. Friedt?
23     A.   No. I don't think so.
24     Q.   What about the document that's been
25 marked as Exhibit 1? The net payment column,

Page 59

R. Gonda - by Ms. Lipman
2 which is the first column, shows 1801. It goes
3 from year one through year 20. Then on the
4 next page, it continues through year 40. It
5 decreases in amount in the year 28.
6         Did you have any understanding of
7 what that column meant?
8     A.   I don't think so. I don't remember.
9 I don't know.
10     Q.   You don't know if you discussed that
11 with Mr. Friedt?
12     A.   No. I'm not sure.
13     Q.   The third page of Exhibit 1, sort of
14 at the top it says, "Gross interest rate
15 required on a hypothetical."
16         Did you discuss anything with Mr.
17 Friedt related to interest rates?
18     A.   No.
19     Q.   Did you discuss with Mr. Friedt that
20 maybe this document was a hypothetical?
21     A.   I'm not sure. I don't know.
22     Q.   Did he ever use the word
23 "hypothetical" with you?
24     A.   I don't think so. No.
25     Q.   Other than what -- you can put that

Page 60

R. Gonda - by Ms. Lipman
2 document down -- other than what we have
3 discussed with respect to your initial
4 telephone conversation with Mr. Friedt, the two
5 meetings, and your meeting with a gentleman who
6 brought you your cash surrender check, did you
7 have any other discussions with anyone at
8 MetLife regarding this policy?
9     A.   No.
10     Q.   Did you have any discussions with
11 anyone regarding this policy?
12     A.   No.
13     Q.   Why did you decide to institute this
14 lawsuit or file this lawsuit?
15     A.   I was contacted by mail.
16     Q.   By whom?
17     A.   (Pointing.)
18     Q.   When you point to Ms. Ernsberger,
19 you mean the Behrend & Ernsberger firm?
20     A.   Yes.
21     Q.   What did you receive from them in
22 the mail?
23     A.   I received a letter and they told me
24 to call them.
25     Q.   Do you still have a copy of the

15 (Pages 57 to 60)