**METROPOLITAN LIFE INSURANCE COMPANY**
One Madison Avenue, New York, NY 10010-3690

**Robert G. Schwartz**
Chairman of the Board
President and Chief Executive Officer

**Metropolitan Life℠**
AND AFFILIATED COMPANIES

Ronald M Gonda
220 Hinchberger Rd
Butler, PA 16001

Dear Mr. Gonda

Thank you from the MetLife family of companies and your representative, William G Friedt Jr.

You are one of the growing number of people who are choosing MetLife to help them meet their insurance and other financial services needs. Largely because of the confidence you and millions of other policyholders have placed in us, MetLife and our affiliated companies today manage more than $143 billion in assets.

We take pride in having provided our policyholders with quality products and personalized service for more than 100 years. And while we carry on the important MetLife traditions of financial soundness and integrity, we are also working hard to be a forward-looking and innovative financial services organization.

In this spirit, we promise to provide you and your family with the kind of quality service we know you expect--now and in the future. For any information you might need about your new policy or our other services, just contact your representative.

Again, thanks for placing your confidence in the MetLife family. We hope to continue to meet your financial services needs for many years to come.

Sincerely

*[signature: Robert A. Schwartz]*

Chairman of the Board
President and Chief Executive Officer

RMG 000001

# My Insurance, Financial and Estate Plans

## MetLife



Jere Friedt Jr.
Account Representative

National Quality Award
Graduate, LUTC
Leaders Conference

Registered Representative

Cooperstown Professional Building, PO Box 685
Valencia, PA 16059
Tel 412 898-3400

Variable life insurance and variable annuities offered
through Metropolitan Life Insurance Company
Mutual Funds offered through MetLife Securities, Inc.

RMG 000002

**MetLife**

## 50/50 PERSONAL SAVINGS PLAN
### VS.
### INDIVIDUAL RETIREMENT ACCOUNT (I.R.A.)
### CERTIFICATE OF DEPOSIT (C.D.)

|    |                                    | 50/50 | IRA | CD  |
|----|------------------------------------|-------|-----|-----|
| 1.)| DISABILITY FEATURE                 | YES   | NO  | NO  |
| 2.)| TAX – FREE WITHDRAWAL              | YES   | NO  | NO  |
| 3.)| COST OF LIVING ADJUSTMENT          | YES   | NO  | NO  |
| 4.)| USE OF SAVINGS BEFORE AGE 59 1/2   | YES   | NO  | YES |
| 5.)| PENALITY FOR EARLY WITHDRAWAL      | NO    | YES | YES |
| 6.)| PREMATURE DEATH CLAUSE             | YES   | NO  | NO  |
| 7.)| TAX DEFERRED GROWTH                | YES   | YES | NO  |
| 8.)| 9 TO 12 % LONG RATE OF RETURN      | YES   | NO  | NO  |
| 9.)| SELF COMPLETING PROGRAM *          | YES   | NO  | NO  |

\* YOU WILL BE SECURE IN KNOWING THAT YOUR SAVINGS
   PROGRAM WILL BE COMPLETED IF:

   a. YOU LIVE AND ACHIEVE YOUR GOAL
   b. YOU BECOME DISABLED
   c. YOU DIE PREMATURELY

Prepared By : Jere Friedt Jr.

03/23/92

Metropolitan Life Insurance Company   Metropolitan Tower Life Insurance Company
Metropolitan Insurance and Annuity Company   MetLife Securities, Inc.
Home Office: New York, NY
Metropolitan Property and Casualty Insurance Company
Home Office: Warwick, RI

RMG 000003

# WHOLE LIFE PLUS

## ILLUSTRATION OF VALUES
## OF
## THE FUNDING OF A RETIREMENT PLAN

VALUES PAGE: 1    DATE: 4/30/1992    FOR: RONALD GONDA

| MALE AGE | TAX BRACKET | INITIAL PAYMENT | INITIAL DEATH BENEFIT |
|---|---|---|---|
| 38 | 28.00% | 1,801 | 66,436 |

| YEAR | (1) NET PAYMENT | (2) CASH VALUE INCREASE* | (3) YEAR END CASH VALUE* | (4) DEATH BENEFIT |
|---|---|---|---|---|
| 1 | 1,801 | 516 | 516 | 66,436 |
| 2 | 1,801 | 641 | 1,157 | 68,292 |
| 3 | 1,801 | 1,398 | 2,555 | 70,176 |
| 4 | 1,801 | 1,584 | 4,139 | 72,115 |
| 5 | 1,801 | 1,723 | 5,862 | 74,155 |
| 6 | 1,801 | 1,825 | 7,687 | 76,362 |
| 7 | 1,801 | 1,987 | 9,674 | 78,703 |
| 8 | 1,801 | 2,040 | 11,714 | 81,219 |
| 9 | 1,801 | 2,314 | 14,028 | 83,960 |
| 10 | 1,801 | 2,429 | 16,457 | 86,991 |
| 11 | 1,801 | 2,732 | 19,189 | 90,431 |
| 12 | 1,801 | 3,032 | 22,221 | 94,386 |
| 13 | 1,801 | 3,475 | 25,696 | 98,992 |
| 14 | 1,801 | 3,745 | 29,441 | 103,943 |
| 15 | 1,801 | 4,034 | 33,475 | 109,244 |
| 16 | 1,801 | 4,347 | 37,822 | 114,915 |
| 17 | 1,801 | 4,751 | 42,573 | 120,979 |
| 18 | 1,801 | 5,054 | 47,627 | 127,458 |
| 19 | 1,801 | 5,513 | 53,140 | 134,366 |
| 20 | 1,801 | 6,006 | 59,146 | 141,729 |
| | 36,020 | | | |

*THIS ILLUSTRATION IS TO BE USED IN CONNECTION WITH THE ATTACHED METROPOLITAN LIFE INSURANCE COMPANY PROPOSAL SHOWING DETAILS, GUARANTEES AND ASSUMPTIONS FOR WLP.

20 YEAR SUMMARY

| | |
|---|---|
| CUM. PAYMENTS | 36,020 |
| CASH VALUE | 59,146 |
| DEATH BENEFIT | 141,729 |

ALL YIELDS, INTEREST RATES AND TAX BRACKETS ARE ASSUMED AND ARE FOR ILLUSTRATIVE PURPOSES ONLY.

MetLife

RMC 000004    01416-50 (078)

# WHOLE LIFE PLUS

## ILLUSTRATION OF VALUES
## OF
## THE FUNDING OF A RETIREMENT PLAN

VALUES PAGE: 2     DATE: 4/30/1992     FOR: RONALD GONDA

| MALE AGE | TAX BRACKET | INITIAL PAYMENT | INITIAL DEATH BENEFIT |
|---|---|---|---|
| 38 | 28.00% | 1,801 | 66,436 |

| YEAR | (1) NET PAYMENT | (2) CASH VALUE INCREASE* | (3) YEAR END CASH VALUE* | (4) DEATH BENEFIT |
|---|---|---|---|---|
| 21 | 1,801 | 6,403 | 65,549 | 149,570 |
| 22 | 1,801 | 6,977 | 72,526 | 157,937 |
| 23 | 1,801 | 7,446 | 79,972 | 166,835 |
| 24 | 1,801 | 8,082 | 88,054 | 176,297 |
| 25 | 1,801 | 8,687 | 96,741 | 186,321 |
| 26 | 1,801 | 9,330 | 106,071 | 196,966 |
| 27 | 1,801 | 10,010 | 116,081 | 208,247 |
| 28 | 1,220 | 10,246 | 126,327 | 219,411 |
| 29 | 1,220 | 10,973 | 137,300 | 231,242 |
| 30 | 1,220 | 11,748 | 149,048 | 243,770 |
| 31 | 1,220 | 12,510 | 161,558 | 257,028 |
| 32 | 1,220 | 13,449 | 175,007 | 271,054 |
| 33 | 1,220 | 14,309 | 189,316 | 285,892 |
| 34 | 1,220 | 15,344 | 204,660 | 301,590 |
| 35 | 1,220 | 16,289 | 220,949 | 318,202 |
| 36 | 1,220 | 17,275 | 238,224 | 335,776 |
| 37 | 1,220 | 18,363 | 256,587 | 354,362 |
| 38 | 1,220 | 19,443 | 276,030 | 374,006 |
| 39 | 1,220 | 20,647 | 296,677 | 394,757 |
| 40 | 1,220 | 21,860 | 318,537 | 416,661 |
|   | 64,467 |   |   |   |

*THIS ILLUSTRATION IS TO BE USED IN CONNECTION
WITH THE ATTACHED METROPOLITAN LIFE INSURANCE
COMPANY PROPOSAL SHOWING DETAILS, GUARANTEES
AND ASSUMPTIONS FOR WLP.

40 YEAR SUMMARY
---
CUM. PAYMENTS     64,467
CASH VALUE        318,537
DEATH BENEFIT     416,661

ALL YIELDS, INTEREST RATES AND TAX BRACKETS ARE ASSUMED AND ARE FOR ILLUSTRATIVE PURPOSES ONLY.

MetLife

RMG 000005   01416-60 (0791)

WHOLE LIFE PLUS

ILLUSTRATION OF VALUES
OF
THE FUNDING OF A RETIREMENT PLAN

VALUES PAGE: 3        DATE: 4/30/1992        FOR: RONALD GONDA

| MALE AGE | TAX BRACKET | INITIAL PAYMENT | INITIAL DEATH BENEFIT |
|---|---|---|---|
| 38 | 28.00% | 1,801 | 66,436 |

GROSS INTEREST RATE REQUIRED ON
A HYPOTHETICAL TAXABLE AND NON-TAXABLE INVESTMENT
TO MATCH WHOLE LIFE PLUS POLICY VALUES OVER 40 YEARS.
(EXECUTIVE'S NET PAYMENTS USED AS THE HYPOTHETICAL INVESTMENT.)

|  |  | HYPOTHETICAL TAXABLE ALTERNATIVE | HYPOTHETICAL NON-TAXABLE ALTERNATIVE |
|---|---|---|---|
| TO MATCH CASH VALUE OF: | $313,537 | 8.93% | 6.43% |
| TO MATCH DEATH BENEFIT OF: | $416,661 | 10.29% | 7.41% |

INCOME TAX CONSIDERATIONS

1. a. A HYPOTHETICAL TAXABLE INVESTMENT: Interest is taxed as earned.
   b. A HYPOTHETICAL NON-TAXABLE INVESTMENT: Interest is tax exempt.

2. WHOLE LIFE PLUS:
   a. Death Benefit including cash value component is income tax free.
   b. Loans are income tax free.
   c. Withdrawals and other non-loan policy cash flow up to cost basis (not in violation of IRC Section 7702) are income tax free.
   d. Cash values shown assume most favorable combination of b and/or c.

*THIS ILLUSTRATION IS TO BE USED IN CONNECTION
WITH THE ATTACHED METROPOLITAN LIFE INSURANCE
COMPANY PROPOSAL SHOWING DETAILS, GUARANTEES
AND ASSUMPTIONS FOR WLP.

ALL YIELDS, INTEREST RATES AND TAX BRACKETS ARE ASSUMED AND ARE FOR ILLUSTRATIVE PURPOSES ONLY.

MetLife

RMG 000006    01416-60 (0791)

## WHOLE LIFE PLUS (APP)
## ILLUSTRATION OF VALUES
## OF
## THE FUNDING OF A RETIREMENT PLAN

VALUES PAGE: 1        DATE: 4/30/1992        FOR: RONALD GONDA

| MALE AGE | TAX BRACKET | INITIAL PAYMENT | INITIAL DEATH BENEFIT |
|---|---|---|---|
| 38 | 28.00% | 1,801 | 66,436 |

| YEAR | (1) NET PAYMENT | (2) CASH VALUE INCREASE* | (3) YEAR END CASH VALUE* | (4) DEATH BENEFIT |
|---|---|---|---|---|
| 1  | 1,801 | 516   | 516    | 66,436 |
| 2  | 1,801 | 641   | 1,157  | 68,292 |
| 3  | 1,801 | 1,398 | 2,555  | 70,176 |
| 4  | 1,801 | 1,584 | 4,139  | 72,115 |
| 5  | 1,801 | 1,723 | 5,862  | 74,155 |
| 6  | 1,801 | 1,825 | 7,687  | 76,362 |
| 7  | 1,801 | 1,987 | 9,674  | 78,703 |
| 8  | 1,801 | 2,040 | 11,714 | 81,219 |
| 9  | 1,801 | 2,314 | 14,028 | 83,960 |
| 10 | 1,801 | 2,429 | 16,457 | 86,991 |
| 11 | 0     | 810   | 17,267 | 85,606 |
| 12 | 0     | 948   | 18,215 | 84,624 |
| 13 | 0     | 1,217 | 19,432 | 84,171 |
| 14 | 0     | 1,299 | 20,731 | 83,926 |
| 15 | 0     | 1,386 | 22,117 | 83,877 |
| 16 | 0     | 1,481 | 23,598 | 84,032 |
| 17 | 0     | 1,652 | 25,250 | 84,397 |
| 18 | 0     | 1,706 | 26,956 | 84,979 |
| 19 | 0     | 1,897 | 28,853 | 85,777 |
| 20 | 0     | 2,101 | 30,954 | 86,800 |
|    | 18,010 |      |        |        |

*THIS ILLUSTRATION IS TO BE USED IN CONNECTION
WITH THE ATTACHED METROPOLITAN LIFE INSURANCE
COMPANY PROPOSAL SHOWING DETAILS, GUARANTEES
AND ASSUMPTIONS FOR WLP (APP).

20 YEAR SUMMARY
------------------------
CUM. PAYMENTS    18,010
CASH VALUE       30,954
DEATH BENEFIT    86,800

ALL YIELDS, INTEREST RATES AND TAX BRACKETS ARE ASSUMED AND ARE FOR ILLUSTRATIVE PURPOSES ONLY.

MetLife

01416-60 (0791)

## WHOLE LIFE PLUS (APP)
## ILLUSTRATION OF VALUES
## OF
## THE FUNDING OF A RETIREMENT PLAN

VALUES PAGE: 2   DATE: 4/30/1992   FOR: RONALD GONDA

| MALE AGE | TAX BRACKET | INITIAL PAYMENT | INITIAL DEATH BENEFIT |
|---|---|---|---|
| 38 | 28.00% | 1,801 | 66,436 |

| YEAR | (1) NET PAYMENT | (2) CASH VALUE INCREASE* | (3) YEAR END CASH VALUE* | (4) DEATH BENEFIT |
|---|---|---|---|---|
| 21 | 0 | 2,189 | 33,143 | 88,055 |
| 22 | 0 | 2,428 | 35,571 | 89,562 |
| 23 | 0 | 2,545 | 38,116 | 91,317 |
| 24 | 0 | 2,804 | 40,920 | 93,325 |
| 25 | 0 | 3,012 | 43,932 | 95,592 |
| 26 | 0 | 3,235 | 47,167 | 98,129 |
| 27 | 0 | 3,469 | 50,636 | 100,934 |
| 28 | 0 | 3,800 | 54,436 | 104,147 |
| 29 | 0 | 4,067 | 58,503 | 107,643 |
| 30 | 0 | 4,350 | 62,853 | 111,427 |
| 31 | 0 | 4,587 | 67,440 | 115,510 |
| 32 | 0 | 4,972 | 72,412 | 119,903 |
| 33 | 0 | 5,247 | 77,659 | 124,622 |
| 34 | 0 | 5,674 | 83,333 | 129,687 |
| 35 | 0 | 5,990 | 89,323 | 135,119 |
| 36 | 0 | 6,324 | 95,647 | 140,937 |
| 37 | 0 | 6,739 | 102,386 | 147,156 |
| 38 | 0 | 7,108 | 109,494 | 153,767 |
| 39 | 0 | 7,558 | 117,052 | 160,843 |
| 40 | 0 | 7,965 | 125,017 | 168,332 |
|   | 18,010 |   |   |   |

*THIS ILLUSTRATION IS TO BE USED IN CONNECTION WITH THE ATTACHED METROPOLITAN LIFE INSURANCE COMPANY PROPOSAL SHOWING DETAILS, GUARANTEES AND ASSUMPTIONS FOR WLP (APP).

ALL YIELDS, INTEREST RATES AND TAX BRACKETS ARE ASSUMED AND ARE FOR ILLUSTRATIVE PURPOSES ONLY.

### 40 YEAR SUMMARY

| CUM. PAYMENTS | 18,010 |
|---|---|
| CASH VALUE | 125,017 |
| DEATH BENEFIT | 168,332 |

MetLife

RMG 000008   01416-60 (0791)