**MetLife**

## 50/50 PERSONAL SAVINGS PLAN
### VS.
### INDIVIDUAL RETIREMENT ACCOUNT (I.R.A.)
### CERTIFICATE OF DEPOSIT (C.D.)

|    | | 50/50 | IRA | CD |
|---|---|---|---|---|
| 1.) | DISABILITY FEATURE | YES | NO | NO |
| 2.) | TAX - FREE WITHDRAWAL | YES | NO | NO |
| 3.) | COST OF LIVING ADJUSTMENT | YES | NO | NO |
| 4.) | USE OF SAVINGS BEFORE AGE 59 1/2 | YES | NO | YES |
| 5.) | PENALITY FOR EARLY WITHDRAWAL | NO | YES | YES |
| 6.) | PREMATURE DEATH CLAUSE | YES | NO | NO |
| 7.) | TAX DEFERRED GROWTH | YES | YES | NO |
| 8.) | 9 TO 12 % LONG RATE OF RETURN | YES | NO | NO |
| 9.) | SELF COMPLETING PROGRAM * | YES | NO | NO |

\* YOU WILL BE SECURE IN KNOWING THAT YOUR SAVINGS
   PROGRAM WILL BE COMPLETED IF:

    a. YOU LIVE AND ACHIEVE YOUR GOAL
    b. YOU BECOME DISABLED
    c. YOU DIE PREMATURELY

Prepared By : Jere Friedt Jr.

    03/23/92

Metropolitan Life Insurance Company   Metropolitan Tower Life Insurance Company
Metropolitan Insurance and Annuity Company   MetLife Securities, Inc.
Home Office: New York, NY
Metropolitan Property and Casualty Insurance Company
Home Office: Warwick, RI

RMG 000003