WHOLE LIFE PLUS

ILLUSTRATION OF VALUES
OF
THE FUNDING OF A RETIREMENT PLAN

VALUES PAGE: 3        DATE: 4/30/1992         FOR: RONALD GONDA

| MALE AGE | TAX BRACKET | INITIAL PAYMENT | INITIAL DEATH BENEFIT |
|---|---|---|---|
| 38 | 28.00% | 1,801 | 66,436 |

GROSS INTEREST RATE REQUIRED ON
A HYPOTHETICAL TAXABLE AND NON-TAXABLE INVESTMENT
TO MATCH WHOLE LIFE PLUS POLICY VALUES OVER 40 YEARS.
(EXECUTIVE'S NET PAYMENTS USED AS THE HYPOTHETICAL INVESTMENT.)

|  |  | HYPOTHETICAL TAXABLE ALTERNATIVE | HYPOTHETICAL NON-TAXABLE ALTERNATIVE |
|---|---|---|---|
| TO MATCH CASH VALUE OF: | $319,537 | 8.93% | 6.43% |
| TO MATCH DEATH BENEFIT OF: | $416,661 | 10.29% | 7.41% |

INCOME TAX CONSIDERATIONS

1. a. A HYPOTHETICAL TAXABLE INVESTMENT: Interest is taxed as earned.
   b. A HYPOTHETICAL NON-TAXABLE INVESTMENT: Interest is tax exempt.

2. WHOLE LIFE PLUS:
   a. Death Benefit including cash value component is income tax free.
   b. Loans are income tax free.
   c. Withdrawals and other non-loan policy cash flow up to cost basis (not in violation of IRC Section 7702) are income tax free.
   d. Cash values shown assume most favorable combination of b and/or c.

*THIS ILLUSTRATION IS TO BE USED IN CONNECTION
WITH THE ATTACHED METROPOLITAN LIFE INSURANCE
COMPANY PROPOSAL SHOWING DETAILS, GUARANTEES
AND ASSUMPTIONS FOR WLP.

ALL YIELDS, INTEREST RATES AND TAX BRACKETS ARE ASSUMED AND ARE FOR ILLUSTRATIVE PURPOSES ONLY.

MetLife

RMG 000006

## WHOLE LIFE PLUS (APP)

## ILLUSTRATION OF VALUES
## OF
## THE FUNDING OF A RETIREMENT PLAN

| MALE AGE | TAX BRACKET | INITIAL PAYMENT | INITIAL DEATH BENEFIT |
|---|---|---|---|
| 38 | 28.00% | 1,801 | 66,436 |

| YEAR | (1) NET PAYMENT | (2) CASH VALUE INCREASE* | (3) YEAR END CASH VALUE* | (4) DEATH BENEFIT |
|---|---|---|---|---|
| 1 | 1,801 | 516 | 516 | 66,436 |
| 2 | 1,801 | 641 | 1,157 | 68,292 |
| 3 | 1,801 | 1,398 | 2,555 | 70,176 |
| 4 | 1,801 | 1,584 | 4,139 | 72,115 |
| 5 | 1,801 | 1,723 | 5,862 | 74,155 |
| 6 | 1,801 | 1,825 | 7,687 | 76,362 |
| 7 | 1,801 | 1,987 | 9,674 | 78,703 |
| 8 | 1,801 | 2,040 | 11,714 | 81,219 |
| 9 | 1,801 | 2,314 | 14,028 | 83,960 |
| 10 | 1,801 | 2,429 | 16,457 | 86,991 |
| 11 | 0 | 810 | 17,267 | 85,606 |
| 12 | 0 | 948 | 18,215 | 84,624 |
| 13 | 0 | 1,217 | 19,432 | 84,171 |
| 14 | 0 | 1,299 | 20,731 | 83,926 |
| 15 | 0 | 1,386 | 22,117 | 83,877 |
| 16 | 0 | 1,481 | 23,598 | 84,032 |
| 17 | 0 | 1,652 | 25,250 | 84,397 |
| 18 | 0 | 1,706 | 26,956 | 84,979 |
| 19 | 0 | 1,897 | 28,853 | 85,777 |
| 20 | 0 | 2,101 | 30,954 | 86,800 |
| | 18,010 | | | |

*THIS ILLUSTRATION IS TO BE USED IN CONNECTION WITH THE ATTACHED METROPOLITAN LIFE INSURANCE COMPANY PROPOSAL SHOWING DETAILS, GUARANTEES AND ASSUMPTIONS FOR WLP (APP).

### 20 YEAR SUMMARY

| | |
|---|---|
| CUM. PAYMENTS | 18,010 |
| CASH VALUE | 30,954 |
| DEATH BENEFIT | 86,800 |

ALL YIELDS, INTEREST RATES AND TAX BRACKETS ARE ASSUMED AND ARE FOR ILLUSTRATIVE PURPOSES ONLY.

MetLife

RMC 000007    01416-50 (0791)

## WHOLE LIFE PLUS (APP)

## ILLUSTRATION OF VALUES
## OF
## THE FUNDING OF A RETIREMENT PLAN

| MALE AGE | TAX BRACKET | INITIAL PAYMENT | INITIAL DEATH BENEFIT |
|---|---|---|---|
| 38 | 28.00% | 1,801 | 66,436 |

| YEAR | (1) NET PAYMENT | (2) CASH VALUE INCREASE | (3) YEAR END CASH VALUE | (4) DEATH BENEFIT |
|---|---|---|---|---|
| 21 | 0 | 2,189 | 33,143 | 86,055 |
| 22 | 0 | 2,428 | 35,571 | 87,562 |
| 23 | 0 | 2,545 | 38,116 | 91,317 |
| 24 | 0 | 2,804 | 40,920 | 93,325 |
| 25 | 0 | 3,012 | 43,932 | 95,592 |
| 26 | 0 | 3,235 | 47,167 | 98,129 |
| 27 | 0 | 3,469 | 50,636 | 100,934 |
| 28 | 0 | 3,800 | 54,436 | 104,147 |
| 29 | 0 | 4,067 | 58,503 | 107,643 |
| 30 | 0 | 4,350 | 62,853 | 111,427 |
| 31 | 0 | 4,587 | 67,440 | 115,510 |
| 32 | 0 | 4,972 | 72,412 | 119,903 |
| 33 | 0 | 5,247 | 77,659 | 124,622 |
| 34 | 0 | 5,674 | 83,333 | 129,687 |
| 35 | 0 | 5,990 | 89,323 | 135,119 |
| 36 | 0 | 6,324 | 95,647 | 140,937 |
| 37 | 0 | 6,739 | 102,386 | 147,156 |
| 38 | 0 | 7,108 | 109,494 | 153,787 |
| 39 | 0 | 7,558 | 117,052 | 160,843 |
| 40 | 0 | 7,965 | 125,017 | 168,332 |
|  | 18,010 |  |  |  |

*THIS ILLUSTRATION IS TO BE USED IN CONNECTION WITH THE ATTACHED METROPOLITAN LIFE INSURANCE COMPANY PROPOSAL SHOWING DETAILS, GUARANTEES AND ASSUMPTIONS FOR WLP (APP).

**40 YEAR SUMMARY**

| | |
|---|---|
| CUM. PAYMENTS | 18,010 |
| CASH VALUE | 125,017 |
| DEATH BENEFIT | 168,332 |

ALL YIELDS, INTEREST RATES AND TAX BRACKETS ARE ASSUMED AND ARE FOR ILLUSTRATIVE PURPOSES ONLY.

MetLife

RMG 000008   01416-50 (0791)