# TUNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD GONDA, | : | CIVIL ACTION NO. 00-2286 |
| | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CHIEF JUDGE AMBROSE |
| | : | |
| | : | |
| METROPOLITAN LIFE INSURANCE | : | |
| COMPANY and WILLIAM FRIEDT, JR. | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

## ORDER OF COURT

On this _____ day of June, 2006, this matter having come before the Court upon

Metropolitan Life Insurance Company's and William Friedt's Motion to Exclude References to

"Retirement" and "Savings" Sales, it is hereby ordered that the motion is GRANTED and it is

further ORDERED:

1.    Plaintiff is precluded from introducing evidence regarding "retirement" or

"savings" sales.  <u>See</u> Plaintiff's Exs. 4, 6-8, 32 and 40.

2.    Plaintiff and his attorneys are precluded from referring to or offering,

either directly or indirectly, including during voir dire, opening statements,

questions to witnesses or testimony by witnesses, and in closing argument,

references to "retirement" or "savings" sales.

BY THE COURT:

_____

Chief Judge Donetta W. Ambrose, U.S.D.J.