UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD GONDA, | : CIVIL ACTION NO. 00-2286 |
| Plaintiff, | : |
| v. | : CHIEF JUDGE AMBROSE |
| METROPOLITAN LIFE INSURANCE COMPANY and WILLIAM FRIEDT, JR. | : |
| Defendants. | : |

**DEFENDANTS METROPOLITAN LIFE INSURANCE COMPANY'S AND MOTION IN LIMINE TO PRECLUDE EVIDENCE REGARDING THE RECOVERY OF PURPORTED EXPECTATION DAMAGES**

Defendants Metropolitan Life Insurance Company ("MetLife") and William Friedt, Jr., by and through their attorneys, McCarter & English, LLP, present this Motion in Limine to Preclude Evidence Regarding the Recovery of Purported Expectation Damages.

1. Plaintiff is not entitled to "benefit of the bargain," or "expectation" damages, in this matter. Pennsylvania law is clear that expectation damages are not available in actions grounded in fraud. Rather, plaintiff's damages -- if any -- should be limited to the recovery of his actual, out-of-pocket losses. The expert report of Robert Boyd Carter, CLU, ChFC, which purports to assess plaintiff's alleged damages, contemplates expectation damages.[1]

2. Plaintiff should be precluded from introducing any evidence of expectation damages and from recovering expectation damages for the reasons set forth in detail in MetLife's and Mr.

---

[1] The Opinion prepared by Robert Boyd Carter is attached as Exhibit A to Defendants' Motion. In support of the arguments set forth in detail in MetLife's Brief in Support of its Motion to In Limine to Preclude Evidence regarding the Recovery of Purported Expectation Damages, MetLife encloses Ex. B, Notice of Replacement sent to Ronald Gonda; Ex. C, Letter from Nicsky to Pruco; Ex. D, Bryant v. Metropolitan Life Ins Co., G.D. No. 99-19511, Decision and Award; Ex. E, Bauer v. Metropolitan Life Ins. Co., G.D. No. 95-15814, Decision and Award; Ex. F, Eck v. Metropolitan Life Ins. Co., G.D. No. 95-17150, Opinion and Order of Court; and Ex. G, Braeudigam v. Metropolitan Life Ins. Co., G.D. No. 95-16429, Decision and Award.

-2-

Friedt's Brief in Support of their Motion in Limine to Preclude Evidence Regarding the Recovery of Purported Expectation Damages.

WHEREFORE, based on all of the foregoing reasons as well as those set forth in the accompanying brief, MetLife and Mr. Friedt respectfully request that this Honorable Court determine that any evidence regarding expectation damages is excluded and that plaintiff may not recover expectation damages at the time of trial.

                                                      Respectfully Submitted,

                                                      s/ B. John Pendleton, Jr.
                                                      B. John Pendleton, Jr.
                                                      McCARTER & ENGLISH, LLP
                                                      PA I.D. No. 41162
                                                      Four Gateway Center
                                                      100 Mulberry Street
                                                      Newark, NJ 07102
                                                      (973) 622-4444

                                                      Attorneys for Defendants
                                                      Metropolitan Life Insurance Company
                                                      And William Friedt, Jr.

Dated:  June 19, 2006

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via the electronic filing service, on this 19th day of June 2006 on the following counsel of record:

>Kenneth R. Behrend, Esq.
>Behrend and Ernsberger, P.C.
>Union National Bank Building
>306 Fourth Avenue, Suite 300
>Pittsburgh, PA  15222

　　　　　　　　　　　　　　　　　　　　__s/ B. John Pendleton, Jr. _____