GONDA V. METLIFE    MP2157000030

Our Local Office is Locked Mei
FILE COPY
DISTRICT #: 548
CASE NUMBER: 19215905$
UNDERWRITER: DON MOODY

PRUDENTIAL INS CO OF AMERICA
P O BOX 388
FORT WASHINGTON, PA. 19034

Gentlemen:

We have received an application which indicates that insurance inforce in your company may be lapsed, surrendered, reduced or otherwise so affected as to be considered a replacement.

We are giving you this information so that you will also be able to bring to your policyholder's attention any matters with which he or she interest. Your policy should be continued in force.

A Notice Regarding Proposed Replacement of Life Insurance or Annuity is enclosed.

Sincerely yours,

*Leonard Mighty*

Leonard Mighty, Director
New Business Processing
Johnstown Administrative Office

April 02, 1992

FILE COPY