## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD GONDA, | : CIVIL ACTION NO. 00-2286 |
| Plaintiff, | : |
| v. | : CHIEF JUDGE AMBROSE |
| METROPOLITAN LIFE INSURANCE COMPANY and WILLIAM FRIEDT, JR. | : |
| Defendants. | : |

## ORDER OF COURT

On this _____ day of June, 2006, this matter having come before the Court upon Metropolitan Life Insurance Company's and William Friedt's Motion in Limine to Preclude Evidence Regarding the Recovery of Purported Expectation Damages, it is hereby ordered that the motion is GRANTED. Plaintiff is precluded from introducing evidence or testimony regarding the recovery of purported expectation damages at trial.

BY THE COURT:

_____

ME1\5705395.1