## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD M. GONDA, | : CIVIL ACTION NO. 00-2286 |
| Plaintiff, | : |
| v. | : CHIEF JUDGE AMBROSE |
| METROPOLITAN LIFE INSURANCE COMPANY and WILLIAM FRIEDT, JR., | : |
| Defendants. | : |

### DEFENDANTS METROPOLITAN LIFE INSURANCE COMPANY'S AND WILLIAM FRIEDT, JR.'S MOTION IN LIMINE TO EXCLUDE THE DEPOSITION TESTIMONY OF WILHELMENIA TAYLOR

Metropolitan Life Insurance Company ("MetLife") and William Friedt, Jr. (collectively, "defendants"), bring this Motion to exclude the irrelevant and highly prejudicial deposition testimony of Wilhelmenia Taylor, identified as plaintiff's Exhibits 41 and 42.

1.  In plaintiff's revised exhibit list dated June 12, 2006, plaintiff has identified the September 26, 2002, and October 1, 2002, deposition testimony of Wilhelmenia Taylor in <u>Ihnat v. Metropolitan Life Insurance Company</u>.  Copies of Proposed Exhibits 41 and 42 are attached as Exhibits A and B, respectively.

2.  Plaintiff's Proposed Exhibits 41 and 42 should be excluded for the reasons set forth in detail in defendants' Brief in Support of their Motion in Limine to Exclude the Deposition Testimony of Wilhelmenia Taylor.

WHEREFORE, based on all of the foregoing reasons as well as those set forth in the accompanying brief, defendants respectfully request that this Court bar the introduction of the irrelevant and highly prejudicial deposition testimony of Wilhelmenia Taylor identified as Plaintiff's Proposed Exhibits 41 and 42.

          Respectfully Submitted,

          <u>s/ B. John Pendleton, Jr.</u>
          B. John Pendleton, Jr.
          McCARTER & ENGLISH, LLP
          Four Gateway Center
          100 Mulberry Street
          Newark, NJ 07102
          (973) 622-4444

          Attorneys for Defendant
          Metropolitan Life Insurance Company
          and William Friedt, Jr.

Dated: June 19, 2006

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 19th day of June, 2006, a true and correct copy of the foregoing **METROPOLITAN LIFE INSURANCE COMPANY'S MOTION IN LIMINE TO EXCLUDE THE DEPOSITION TESTIMONY OF WILHELMENIA TAYLOR** was served upon the following via the electronic filing system:

> Kenneth R. Behrend, Esquire
> BEHREND & ERNSBERGER, P.C.
> Union National Bank Building, 3rd Floor
> 306 Fourth Avenue
> Pittsburgh, Pennsylvania 15222

s/ B. John Pendleton, Jr.