4

WILHELMENIA J. TAYLOR

1

2    that point.  If anybody, anybody in

3    Pittsburgh or here wants to go first with

4    their questions.

5             MR. NOSTRAMO:  Get started and go as

6    far as you can.

7             MR. LABOVITZ:  Please begin.

8        Q    Ms. Taylor, I went through some of

9    your background information yesterday, I'm not

10   going to cover that again today.

11            I wanted to ask you again if you

12   agree to testify on behalf of Metropolitan Life as

13   to its position regarding the Accelerated Payment

14   Plan, pursuant to Pennsylvania Rule 407.1E,

15   regarding corporate designees?

16       A    Yes.

17       Q    Ms. Taylor, could you define the term

18   Accelerated Payment Plan?

19            MS. TAYLOR:  Objection as to form.

20            MR. LABOVITZ:  Join.

21       A    The Accelerated Payment Arrangement

22   is an option, optional way of customers paying

23   premiums versus paying them out-of-pocket.  The

24   customer is using dividends to pay their premiums.

25       Q    What I just asked you about,

8

1             WILHELMENIA J. TAYLOR

2        Q      When did the Accelerated Payment Plan

3    first come to be at Metropolitan Life?

4        A      My recollection is that was about

5    1980.

6        Q      Why did Metropolitan Life start using

7    or offering the Accelerated Payment Plan?

8             MS. TAYLOR:   I just want to make an

9             outstanding objection, in that I think Ms.

10            Taylor said she would use the term

11            "Accelerated Payment Arrangement".  I don't

12            want to interrupt you and object to form as

13            to every question.  Go ahead.

14            MR. LABOVITZ:   I join in that.

15            MR. BARTHOLOMAEI:   I think Ms. Taylor

16            said up until the point sometime in the

17            '80s they used the term "Accelerated

18            Payment Plan".  I think when it was first

19            started it was also called the Accelerated

20            Payment Plan.  In other documents,

21            Arrangement as well.  That's what it was at

22            the time.

23            MS. TAYLOR:   I think both terms were

24            used if you look at documents.  What

25            happens, on the team they decided, let's

9

1                    WILHELMENIA J. TAYLOR

2          all use one term.  I do think arrangement

3          was also, it's not as if it was one word

4          and then suddenly it was changed.

5                    Anyway, let's just move on.

6                    MS. TAYLOR:  I agree.

7          Q     I was asking you about when the

8    Accelerated Payment Plan or Arrangement was first

9    being used at Metropolitan Life and why they

10   offered that Accelerated Payment Plan?

11         A     All though I wasn't involved with the

12   Accelerated Payment Arrangement or Plan when it

13   was initially introduced, I believe that it was

14   just another option to pay premiums that was

15   offered to customers.  It was just another option

16   to paying premiums out-of-pocket.

17         Q     Did you say an option that would give

18   them a chance, instead of paying premiums

19   out-of-pocket?

20         A     They could continue to pay premiums

21   out-of-pocket or choose the Accelerated Payment

22   Arrangement if and when they become eligible for

23   it.

24         Q     What does that mean, become eligible

25   for it?

10

1          WILHELMENIA J. TAYLOR

2          A      The Accelerated Payment Arrangement

3    was paid on the use of dividends and because

4    dividends weren't guaranteed, customers may or may

5    not have been eligible to participate in the plan

6    based on the dividends in their policy.

7          Q      How did one become eligible?  Is that

8    something you could define?

9          A      How did one become eligible?  The

10   policy become eligible to participate in the plan

11   based on the dividends that were credited in the

12   plan over time.

13         Q      Was there some type of mathematical

14   formula or a certain point that defined when the

15   policy become eligible with participation in the

16   plan?

17         A      I'm not sure about a mathematical

18   formula, but when a policy was, when someone

19   requested AP eligibility, a test was done to

20   determine if there was enough dividends in the

21   policy and based on the current year's dividend

22   scale would that policy be eligible to participate

23   in it in the AP Arrangement.  I don't know about

24   the calculations behind that test.

25         Q      Is there a certain percentage or a

14

1                  WILHELMENIA J. TAYLOR

2   perform the test for eligibility?

3          A      It's my recollection that both the

4   sales representatives and the service centers were

5   able to perform the test when the eligibility

6   software became available.  I don't recall if

7   someone came in prior to that software being

8   available, how they would determine eligibility.

9   Probably a manual process at the head offices.

10         Q      When did the software became

11  available?

12         A      I believe sometime in 1988, early

13  '88.

14         Q      Who was it that designed that

15  software?

16         A      I think it was our actuarial

17  department.

18         Q      Can you give me the names of any

19  people that were involved with that?

20         A      I believe Mike Levine was involved in

21  creating the software.

22         Q      Anybody else?

23         A      That's the only name I can remember.

24         Q      Have you heard the term "vanishing

25  premium"?

15

1       WILHELMENIA J. TAYLOR

2       A    Yes.

3       Q    What's the difference between

4   vanishing premium and the Accelerated Payment

5   Plan?

6            MS. TAYLOR:  Objection as to form.

7            MR. LABOVITZ:  Join.

8       A    I think --

9       Q    Is there a difference?

10      A    I think the word "vanishing premium"

11  is more of an industry term or using dividends in

12  the way I described the Accelerated Payment works.

13  The insurance industry used that term more to

14  describe that process.

15      Q    Was that a term used at Metropolitan

16  Life?

17      A    I think I've seen, it was used in

18  internal memorandums, but basically we used the

19  term "Accelerated Payment Arrangement" when we

20  spoke to our customers and reps mostly.  That term

21  was used somewhat.

22      Q    When you are referring to internal

23  memorandums, what does that mean?

24      A    Memorandums between me and another

25  staff member, between one Metropolitan Life person

16

1              WILHELMENIA J. TAYLOR

2   and another Life person.  Memorandums to a

3   customer.

4          Q      What would be the reason to use the

5   term "vanishing premium" as opposed to Accelerated

6   Payment Plan or Arrangement?

7          A      We may use the term to say the

8   Accelerated Payment Arrangement, also known in the

9   industry as vanishing premium.  Something like

10  that.

11         Q      Was the term "vanishing premium" used

12  at Metropolitan Life to describe any of its

13  products?

14         A      Not that I can recall.  It could be

15  in memorandums.  I didn't readily use it to

16  describe a product.

17         Q      Can you give me a definition of a

18  vanishing premium?

19         A      As I said before.  I believe the

20  industry used vanishing premium to describe the

21  use of dividends sometime in the future to pay

22  premiums on the policy.

23         Q      Did Metropolitan Life produce any

24  illustrations which contained the term "vanishing

25  premium"?

20

1              WILHELMENIA J. TAYLOR

2    customer would be receiving a paid-up policy?

3         A    No.

4         Q    Was the Accelerated Payment Plan used

5    as a marketing tool to market policies to

6    customers?

7         A    It's my recollection that the

8    Accelerated Payment Arrangement, because it

9    provided some flexibility to customers, the

10   payment of their premiums, that it was used in the

11   marketing of life insurance.

12        Q    Did Metropolitan Life have any type

13   of tracking system to determine if a policy had

14   been sold using an Accelerated Payment Plan

15   illustration?

16        A    Did the company?  I don't believe the

17   company had a tracking system to know if the

18   representative used an Accelerated Payment

19   illustration, no.

20        Q    Was there any way for the company to

21   determine whether the sales representative had

22   used an Accelerated Payment Plan illustration in

23   the sales process?

24        A    Not that I can recall.

25        Q    What had to occur for a policy to

21

1           WILHELMENIA J. TAYLOR

2     perform as illustrated in the Accelerated Plan

3     illustration?

4               MS. TAYLOR:  Objection as to form.

5               MR. LABOVITZ:  Join.

6          Q     For example, did the dividend sale

7     have to remain the same throughout the life of the

8     illustration or did the interest rates remain the

9     same?  I'm wondering what variables had to remain

10    constant for the Accelerated Payment Plan to

11    remain as illustrated?

12              MS. TAYLOR:  Objection as to form.

13              MR. LABOVITZ:  Join.

14         A     The best way I can answer your

15    question is the AP illustration dealt, the sales

16    illustration dealt with the AP Arrangement by

17    showing the customer on the illustration that if

18    that current year's dividend remained the same

19    throughout the life of the contract, then the

20    policy would be eligible for the Accelerated

21    Payment Arrangement.

22         Q     What happened if the dividend changed

23    in the future, the dividend was different the next

24    year?

25         A     If the dividend was different the

CITTONE REPORTERS
(212)286-9222

22

1            WILHELMENIA J. TAYLOR

2    customer, the AP year could be changed to be more

3    or less.

4        Q    In the event the dividend rate

5    changed after the illustration was produced and

6    shown to the customer, were customers contacted to

7    let them know that the AP year would change?

8            MR. LABOVITZ:  Objection as to form.

9            MS. TAYLOR:  Objection as to form.

10       A    What period of time are we talking

11   about?

12       Q    Any period of time, it doesn't

13   matter.

14       A    Because the illustration clearly

15   stated that the dividends weren't guaranteed and

16   that the AP year was based on dividends and they

17   weren't guaranteed.

18           If a dividend changed the next year

19   or one year, we did not send out a letter to the

20   customer to tell the customer that the AP year had

21   changed, even if the AP year was shorter or

22   longer, because the customer had the option of

23   either asking for that Arrangement or not asking

24   for that Arrangement.

25       Q    You say asking for the Arrangement --

26

1                    WILHELMENIA J. TAYLOR

2          A      They could read it in the newspaper.

3          Q      Was that something that was

4    advertised in newspapers?

5          A      Not necessarily by Metropolitan Life,

6    but the whole idea of not paying all your premiums

7    out-of-pocket for the life of the contract,

8    customers could have read that idea anywhere and

9    asked us about it.

10         Q      Did Metropolitan Life advertise the

11   Accelerated Payment Plan or Arrangement in

12   newspapers or other publications?

13         A      Not that I'm aware of.

14               MS. TAYLOR:  Objection as to form,

15         lack of foundation.

16         Q      How were policyholders advised if the

17   company dividend rate changed?

18         A      I don't think we used the term

19   "dividend rate" when talking to customers, but --

20         Q      What's a better term?

21         A      The dividend scale.

22               The company, we didn't send something

23   out to customers that the dividend scale changed.

24   We informed them of what their dividend was for

25   that particular year.

27

1           WILHELMENIA J. TAYLOR

2       Q      How were they informed of that?

3       A      Either one, billing, anniversary-type

4    statements to the customer.

5           MR. BARTHOLOMAEI:  I think I need to

6       take a break.

7           (RECESS TAKEN) (AFTER RECESS).

8       Q    Ms. Taylor, before the short break I

9    was asking you, was a customer notified about what

10   you call the dividend scale.  You said they would

11   find out about that whatever the dividend was

12   through the anniversary statement; is that right?

13          MS. TAYLOR:  I think she also said

14       billing notices.

15      Q    Let me ask a different question.

16          Earlier you had said that if the

17   dividend sale changed, their AP year could change.

18   Then I asked how would they find out about the

19   billing scale, you said anniversary statement or

20   billing statement.

21          I'm asking how would they find out

22   how the AP year changed?

23          MS. TAYLOR:  Objection as to form.

24       Lack of foundation.  I think you are

25       mischaracterizing the testimony.

28

1                    WILHELMENIA J. TAYLOR

2          A     If a customer was operating on the AP

3    Arrangement, they were told if they were no longer

4    eligible for AP required out-of-pocket premiums.

5    Is that what you are referring to?

6          Q     My understanding, there would be a

7    certain year when the dividends would be enough to

8    pay the premiums, they wouldn't have to pay

9    anymore premiums out-of-pocket.  Is that right?

10                MS. TAYLOR:   Objection as to form.

11                MR. LABOVITZ:   Join.

12         A     No, that's not right.

13         Q     Earlier you used the term "AP year".

14   What does that mean?

15         A     I believe I was referring to the year

16   illustrated on the sales illustration as to when

17   the AP Arrangement may be requested by the

18   customer based on that year's dividend scale.

19         Q     You say may be requested.  Is that

20   the same thing as when the year would be eligible

21   for the AP plan?

22         A     It may be eligible, but of course,

23   like I said before, it all depended how dividends

24   formed.  The dividends weren't guaranteed.  That

25   may be the year.

29

1          WILHELMENIA J. TAYLOR

2      Q      Let me show you a document.

3          MS. TAYLOR:    For the purpose of

4  everyone's information, Taylor 1 is a documented

5  entitled A Proposed Strategy for the Accelerated

6  Payment Plan (APP), prepared by Wilhemenia Taylor

7  and Jacqueline Thoresz.    Bates number is MP

8  4011003489 through 3498.

9          There is another Bates number which

10  is MO 59701650694 through 703.

11          (Document titled A Proposed

12  Strategy for the Accelerated Payment Plan (APP),

13  November 18, 1993, is received and marked Taylor 1

14  for identification.)

15      Q      Ms. Taylor, have you seen this

16  document before?

17      A      Yes.

18      Q      As Ms. Taylor, counsel, just said,

19  this was prepared by yourself and Ms. Thoresz.

20          Can you tell me which part of this

21  document you prepared or are there specific parts

22  of this document you prepared?

23      A      It's my recollection that we really

24  did it together.   It wasn't like she took half and

25  I took another half.  She was part of the natural

30

WILHELMENIA J. TAYLOR

1

2  work team, we just worked on this document

3  together.

4        Q    What was the reason for the creation

5  of this document?

6        A    Jackie and I believed we needed to

7  take a look at the Accelerated Payment

8  Arrangement.  We had been hearing questions from

9  the field.  We had hired new reps who were

10  servicing existing customers and they had

11  questions about how the Arrangement worked.

12             Dividends went down in 1992 and that

13  was the first time I can remember that dividends

14  had went down.  We wanted to be proactive and

15  provided what information we could to the reps and

16  our customers as well as make sure our systems

17  were working correctly with respect to the AP

18  Arrangement.  That's what I could recollect.

19        Q    What was the significance of

20  dividends going down in 1992 with respect to the

21  Accelerated Payment Plan?

22        A    It was, the Accelerated Payment Plan

23  is dependent on dividends.  1992 was the first

24  year at Metropolitan Life that I remember that the

25  dividends actually went, the dividend scale went

31

1          WILHELMENIA J. TAYLOR

2    down.  That would have an impact or could have an

3    impact on certain customers becoming eligible for

4    the AP Arrangement.

5          Q      Is it possible that any of the

6    Accelerated Payment Plan illustrations were

7    performed as illustrated where the illustration

8    was generated prior to 1992?

9                    MS. TAYLOR:  Objection as to form.

10                   MR. LABOVITZ:  Join.

11         A      Could you ask that question again.

12         Q      Were any of the illustrations hold

13   true where the illustration was generated prior to

14   1992?

15                   MS. TAYLOR:  Objection as to form.

16                   MR. LABOVITZ:  Join.

17         A      Based on the scales -- you say prior

18   to 1992.

19                   It's my recollection prior to 1992

20   the dividend scale had been going up, either going

21   up or remaining the same.  So it's very possible

22   that policies that were illustrated with the AP

23   arrangement were fine.  Some of them may have had,

24   1992 dividend scale may have had an impact, that

25   was one year.  We wanted to make sure we were

33

WILHELMENIA J. TAYLOR

1

2    year, that current year's dividend.  If the

3    current year's dividend was a lower number than

4    1992 and this is the first time a dividend ever

5    went down, those policies that were illustrated

6    that way could be fine.

7         Q     What about the policies that were

8    sold in 1991, what would happen with respect to

9    those policies?

10        A     Those policies may have been impacted

11   by the 1992 dividend scale.  But if it was only

12   one year, the scale could have gone up in 1993 or

13   some subsequent year and made up for any

14   deficiencies on the dividend balances.

15        Q     Did the scale go up in 1993?

16        A     No, it went down in 1993.

17        Q     When was the next time the scale ever

18   went up or did it go up again?

19        A     I don't believe it ever went up

20   again.  I think it stayed the same in 1995, it

21   didn't change.

22             MS. TAYLOR:  I don't know if she

23        knows without showing her a document that

24        shows the dividend history, that she

25        necessarily remembers every year since