## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD M. GONDA, | : CIVIL ACTION NO. 00-2286 |
| Plaintiff, | : |
| v. | : CHIEF JUDGE AMBROSE |
| METROPOLITAN LIFE INSURANCE COMPANY and WILLIAM FRIEDT, JR., | : |
| Defendants. | : |

### ORDER

THIS MATTER, having come before the Court on the Motion in Limine to Exclude the Deposition Testimony of Wilhelmenia Taylor by defendants Metropolitan Life Insurance Company and William Friedt, Jr., in the above-referenced matter, and the Court having read the papers filed in support of and in opposition to the Motion, and for good cause appearing;

IT IS on this _____ day of _____, 2006, ORDERED that defendants' Motion in Limine to Exclude the Deposition Testimony of Wilhelmenia Taylor is GRANTED; and it is further ORDERED:

1. Plaintiff is precluded from using the deposition testimony of Wilhelmenia Taylor. See Plaintiff's Exs. 41 and 42;

2. Plaintiff and his attorneys are precluded from referring to or offering, either directly or indirectly, including during voir dire, opening statements, questions to witnesses or testimony by witnesses, and in closing argument, the aforementioned deposition.

BY THE COURT:

_____
Chief Judge Donetta W. Ambrose, U.S.D.J

ME1\5706892.1