IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD GONDA, | : CIVIL ACTION NO. 00-2286 |
| Plaintiff, | : |
| v. | : CHIEF JUDGE AMBROSE |
| METROPOLITAN LIFE INSURANCE COMPANY AND WILLIAM FRIEDT, JR., | : |
| Defendants. | : |

**METROPOLITAN LIFE INSURANCE COMPANY AND WILLIAM FRIEDT, JR.'S MOTION IN LIMINE TO EXCLUDE FROM EVIDENCE PLAINTIFF'S EXHIBIT NOS. 47, 48, AND 49, APPROVAL PROCESS OF ACCELERATED PREMIUM PLAN-RELATED DOCUMENTS**

Metropolitan Life Insurance Company and William Friedt, Jr.'s, ("defendants") bring this Motion in Limine to Exclude From Evidence Plaintiff's Exhibit Nos. 47, 48, and 49, which discuss the Approval Process of Accelerated Premium Plan-Related Documents.

1. In Plaintiff's revised exhibit list dated June 12, 2006, plaintiff has identified documents relating to the approval of illustrations. A copy of proposed Exhibit Nos. 47, 48, and 49, are attached as Exhibits A, B, and C

2. Plaintiff's Proposed Exhibit Nos. 47, 48, and 49, should be excluded for the reasons set forth in detail in defendants' Brief in Support of its Motion in Limine to Exclude Exhibit Nos. 47, 48, and 49, which discuss the approval process of accelerated premium plan-related documents.

WHEREFORE, based on all of the foregoing reasons as well as those set forth in the accompanying brief, MetLife and William Friedt, Jr., respectfully request that this Court bar the

introduction of the irrelevant and highly prejudicial Exhibit Nos. 47, 48, and 49, which discuss the approval process of accelerated premium plan-related documents.

Respectfully Submitted,

s/ B. John Pendleton, Jr.
B. John Pendleton, Jr.
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

Attorneys for Defendants
Metropolitan Life Insurance Company
and William Friedt, Jr.

Dated: June 19, 2006

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 19th day of June, 2006, a true and correct copy of the foregoing **METROPOLITAN LIFE INSURANCE COMPANY AND WILLIAM FRIEDT, JR.'S MOTION IN LIMINE TO EXCLUDE FROM EVIDENCE PLAINTIFFS' EXHIBIT NOS. 47, 48, and 49, APPROVAL PROCESS OF ACCELERATED PREMIUM PLAN-RELATED DOCUMENTS** was served upon the following via the electronic filing system:

> Kenneth R. Behrend, Esquire
> BEHREND & ERNSBERGER, P.C.
> Union National Bank Building, 3rd Floor
> 306 Fourth Avenue
> Pittsburgh, Pennsylvania 15222

s/ B. John Pendleton, Jr.