# EXHIBIT A

MP401114971S

Project Review-Section III

**REDACTED - ATTORNEY CLIENT**

Mr. F.A. Risley

Product Management

Marketing and Training Services

Area 4H

Re: _Short Term Payment Plan Illustrations_
_(AI and Acc Dividends Illustrations)_

☐ Approved for print (without change)

☐ Approved for print (with changes as noted on the attached copy)

☒ Not approved for print at this time

Remarks: The Illustrations have been reviewed by
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ P. I
Consulting Svs, Actuarial-Math and the
Contract Bureau. Suggested revisions are
indicated. however additional questions have been raised.
A copy of Mr. K. Kurk's (Act-Math) memo is
attached. The illustrations can not be approved
until the questions he raised are resolved.
Also attached is a copy of Mr. K. Pelkei's (P.I
Consulting Svs) memo. In addition to his
comment on the notice he has brought up
some points on the illustration.
Please, let us know when the questions
are resolved.

Mr. James Lackner    Extension 3883

Actuarial Personal

Personal Insurance Contract Bureau

Area 21V

Date February 4, 1980                          **CONFIDENTIAL**

Mr. Jamie Lekner
Personal Insurance Contract Bureau
Actuarial Personal

Re   Short Term Payment Plan Illustrations

We have attempted to spotcheck the attached two manually prepared
illustrations and we have the following comments.

The basic guaranteed values on both illustrations are found to be
accurate.  However, we have many problems with    illustrative
values.  One of the reasons we are finding differences is that we
are unsure as to what exactly the illustration is suppose to be
showing.  The values are listed next to policy years but, are they
values as of the beginning of the year, or as of the end of the
year.  Also, do the illustrative figures assume that the next
year's premium is paid, and if so, how was it paid?  We have also
found inconsistencies with the rounding being used in the illustrations
and we disagree with the life expectancy shown.

Due to the above we have not been able to verify the accuracy of these
illustrations.  To do so we will need to know the answers to our
questions above as well as what the intention of the illustration is.
Is it to demonstrate the shortest payment period possible or just an
arbitrary shortened period?

Once we have this information we will be able to accurately check
these illustrations.


Kevin Kirk
Mathematical Section
PLI Rates & Values
Actuarial Personal

January 25, 1980


cc  Hutter


**CONFIDENTIAL**

MP401114971?

Mr. Jamie Lakner
Actuarial Personal
Personal Insurance Contract Bureau
Area 21-V

Re   Short Term Payment Plan Illustrations

We have the following comments concerning the above.

1. We object to the use of the phrase "Short Term Payment Plan" as a
title for this type arrangement.  The implementation of this plan,
fourteen years after issue, can hardly be called "short term".
We would prefer retention of less misleading title such as "Premium
Reduction Plan" rather than the suggested title.

2. The production of the illustrations can proceed prior to the approval
and finalization of the notice that is to be forwarded with the
policies.  Therefore, we will withhold our comments on the notice
until further consultation with P.L.I. Methods and Planning.  We
would first have to hear what administrative procedures are involved
in signaling the start of such a plan before commenting on the text
of the notice.

3. We strongly suggest that for both illustrations there be a column
added to show the "Net Premium Due", illustrating the amount still
due after the annual dividend is applied toward premium reduction.
In this manner, we would still be conveying the idea that there is
a premium amount to be paid which will be withdrawn from the cash
value of A.I. or from D.I. as the case may be.  This may necessitate
an additional page of the illustration, however, as the illustration
stands now, there is no indication that a premium is still due each
year.

   Perhaps an additional column showing Annual Premium should also be
added, since there is no guarantee that the annual dividend plus
the cash value of A.I. or D.I. will be sufficient to pay the premiums.

4. There should be a note on the illustration that if you want to have
premiums paid in this manner, then you must change your dividend
option to premium reduction after the 13th policy year.  Also, the

CONFIDENTIAL

MP401-49718

- 2 -

note should mention that in the 14th policy year you must notify us that you want the net premium due paid by withdrawal from the cash value of A.I. or D.I. if applicable.

Any further comments that we may have concerning the notice will be forthcoming after discussion with P.L.I. Methods and Planning.

*K. A. Pelker*

K. A. Pelker
P. I. Consulting Services

January 29, 1980

KAP:gtc

cc: Mr. J. J. Ryan

**CONFIDENTIAL**



# Metropolitan
## Life Insurance Company

*Accelerated*
### SHORT TERM PAYMENT PLAN

For Payment of Future Premiums From the Cash Value of Paid-up Additional Insurance or Accumulated Dividends with Interest

#### IMPORTANT NOTICE – PLEASE KEEP WITH YOUR POLICY

Name of Insured _____    Name of Owner _____

Policy Number _____    Issue Date _____

Plan of Insurance _____    Amount of Insurance _____

Classification _____  Sex _____  Age at Issue _____

Benefits Included _____    _____    _____

After premiums for your policy have been paid for ____ *years, the Short Term Payment Plan allows you ~~the opportunity~~ to pay future premiums each year through the use of dividends, by withdrawing from the cash value of additional insurance or accumulated dividends with interest the amount which, together with the current dividend, would pay the current premium. To ~~implement~~ the Short Term Payment Plan, ask your Metropolitan Sales Representative to ~~verify~~ that the dividends credited to your policy together with the dividend scale then in effect ~~are sufficient to accom-~~ plish this objective. If dividends are sufficient, the mode of premium payment should ~~be changed~~ to annual if another mode of premium payment is in effect.

*See Insert A*

When your annual premium notice is received each year, the owner of the policy should complete and sign the following note, attach it to the premium notice and return it to Metropolitan:

> "Please pay the annual premium by withdrawing from the cash value of additional insurance or accumulated dividends with interest the amount which together with the current dividend is sufficient to pay the annual premium. I am enclosing a check for any loan interest due."

*based on*

*The number of years (that premium payments in cash are required under the Short Term Payment Plan is ~~determined by~~ the dividend scale in effect at the time the policy is issued. Dividends, however, are not guaranteed. Changes in dividend scales after issue may increase or decrease the number of years ~~indicated~~. ~~In~~ Also, ~~addition,~~ if future dividend scales decrease after the Short Term Payment Plan is implemented, ~~it may be possible that~~ dividends may not be sufficient in some future years to pay the full current premium.

→ Form No.

**CONFIDENTIAL**

MP4011149719

MP46

J720

Insert A

After premiums have been paid for _____ *
years, you must notify Metropolitan each
year by sending a copy of the following
paragraph, signed and attached to your
annual premium notice.

"Please credit my current dividend toward
the annual premium. Pay the rest of the
premium by withdrawing the required
sum from the cash value of additional
insurance or dividends left on deposit
with interest. I am enclosing a check
for any loan interest due."

**CONFIDENTIAL**



**Metropolitan**

Especially Prepared For

**CONFIDENTIAL**

MP401114 9721

MP4C

.9722

PLAN OF    WHOLE LIFE
INSURANCE
CLASSIFICATION   PREFERRED

**Metropolitan**
Life Insurance Company

AGE  35-MALE

ANNUAL PREMIUM
$1,792.00

AMOUNT OF
INSURANCE  $100,000
YEARS PAYABLE
LIFETIME

BASIC POLICY

### Dividends And Any Other Illustrative Figures Shown Are Not Guarantees Or Estimates For The Future.*
### Short Term Payment Plan Illustration
### Annual Dividends to Accumulate at Interest %

The Short Term Payment Plan illustration assumes that premiums for the first thirteen years will
be paid in cash and that future premiums will be paid each year through the use of dividends by
withdrawing from the accumulated dividends with interest the amount which together with the
current dividend would pay the current premium.

| Summary for period shown | Age 65 | Age 76 & |
|---|---|---|
| Total Cash Outlay ** | $ 23,296 | $ 23,296 |
| Guaranteed Death Benefit | 100,000 | 100,000 |
| Accumulated Dividends with Interest | 7,129 | 33,281 |
| Terminal Dividend | 3,500 | 3,500 |
| Illustrative Death Benefit | 110,629 | 136,781 |
| Guaranteed Cash Value | 50,700 | 69,100 |
| Accumulated Dividends with Interest | 7,129 | 33,281 |
| Terminal Dividend | 3,500 | 3,500 |
| Illustrative Total Cash Value | 61,329 | 105,881 |
| Guaranteed Monthly Life Income - (10 Years Certain) | 316.88 | 567.31 |
| Illustrative Monthly Life Income - (10 Years Certain) | 502.63 | 1,046.51 |

| Interest - Adjusted (5%) Indexes per $1,000: | For 10 Yrs. | For 20 Yrs. |
|---|---|---|
| Life Insurance Surrender Cost Index | $ 5.40 | $ 2.96 |
| Life Insurance Net Payment Cost Index | 15.17 | 12.61 |
| Equivalent Level Annual Dividend | 2.75 | 5.31 |

*Illustrative monthly life income based on January 1979 settlement option rates.*

* Dividends based on January 1980 scale.
% 3% guaranteed; 6.65% current; interest is subject to federal income tax.
** The cash outlay illustrated shows the results if the current dividend scale continues
without change. If future dividends are reduced, it is possible that the accumulated
dividends with interest together with the current dividend may not be sufficient in some
future years to pay the full current premium.
& Age at life expectancy.

*Is this correct for a male age 35*

Page 1 of 2 pages        See Explanation on Reverse Side        Date  1/80

**CONFIDENTIAL**

PLAN OF    WHOLE LIFE
INSURANCE
CLASSIFICATION   PREFERRED                AGE  35 MALE    AMOUNT OF
                                                          INSURANCE  $100,000
                                          ANNUAL PREMIUM  YEARS PAYABLE
BASIC POLICY                                  $1,792.00     LIFETIME


Metropolitan
Life Insurance Company

MP4011149723

### Dividends And Any Other Illustrative Figures Shown Are Not Guarantees Or Estimates For The Future.*

Short Term Payment Plan Illustration
Annual Dividends to Accumulate at Interest %

| Policy Year | Cash Outlay ** | Annual Dividend | Accumulated Dividends With Interest | Guaranteed Cash Value | Illustrative ~~Total~~ Cash # value | Illustrative Death Benefit ## |
|---|---|---|---|---|---|---|
| 1 | $1,792 | $ NONE | $ NONE | $ NONE | $ NONE | $100,000 |
| 2 | 1,792 | 117 | 117 | 100 | 217 | 100,117 |
| 3 | 1,792 | 189 | 314 | 1,100 | 1,414 | 100,314 |
| 4 | 1,792 | 228 | 563 | 2,500 | 3,063 | 100,563 |
| 5 | 1,792 | 282 | 882 | 4,000 | 4,882 | 100,882 |
| 6 | 1,792 | 343 | 1,284 | 5,500 | 6,784 | 101,284 |
| 7 | 1,792 | 404 | 1,773 | 7,100 | 9,073 | 101,973 |
| 8 | 1,792 | 461 | 2,352 | 8,700 | 11,452 | 102,752 |
| 9 | 1,792 | 522 | 3,030 | 10,300 | 14,030 | 103,730 |
| 10 | 1,792 | 588 | 3,820 | 12,000 | 16,720 | 104,720 |
| 11 | 1,792 | 649 | 4,723 | 13,700 | 19,623 | 105,923 |
| 12 | 1,792 | 723 | 5,760 | 15,400 | 22,660 | 107,260 |
| 13 | 1,792 | 795 | 5,146 | 17,200 | 24,046 | 106,846 |
| 14 | 0 | 867 | 4,563 | 19,000 | 25,563 | 106,563 |
| 15 | 0 | 945 | 4,019 | 20,800 | 27,119 | 106,319 |
| 16 | 0 | 1,116 | 3,611 | 22,700 | 28,811 | 106,111 |
| 17 | 0 | 1,192 | 3,251 | 24,600 | 30,551 | 105,951 |
| 18 | 0 | 1,263 | 2,938 | 26,500 | 32,238 | 105,738 |
| 19 | 0 | 1,340 | 2,681 | 28,400 | 34,081 | 105,681 |
| 20 | 0 | 1,419 | 2,487 | 30,300 | 35,987 | 105,687 |
| 21 | 0 | 1,492 | 2,352 | 32,300 | 38,052 | 105,752 |
| 22 | 0 | 1,740 | 2,457 | 34,300 | 40,257 | 105,957 |
| 23 | 0 | 1,839 | 2,667 | 36,300 | 42,467 | 106,167 |
| AGE 65 | 0 | 2,402 + | 7,129 | 50,700 | 61,329 | 110,629 |
| AGE 70 | 0 | 3,010 + | 15,722 | 59,600 | 78,822 | 119,222 |
| AGE 76 & | 0 | 3,359 + | 33,281 | 69,100 | 105,881 | 136,781 |

* Dividends based on January 1980 scale.
% 3% guaranteed; 6.65% current; interest is subject to federal income tax.
** The Cash outlay illustrated shows the results if the current dividend scale continues without change.  If future dividends are reduced it is possible that the accumulated dividends with interest together with the current dividend may not be sufficient in some future years to pay the full current premium.
+ Annual dividend greater than annual premium.
& Age at life expectancy.
# Guaranteed cash value, accumulated dividends and any terminal dividend.
## Basic insurance, accumulated dividends and any terminal dividend.

Page 2 of 2 pages          See Explanation on Reverse Side          Date  1/80

**CONFIDENTIAL**

MP401-#9724

### Term Plans

Term Life Insurance policies and Term Insurance Riders provide insurance protection, but do not provide any cash surrender values except for the Term Life Insurance to age 65 policy which provides a cash surrender value but not a loan value prior to age 65.

### Dividend Information

Metropolitan is a mutual Company; it has no stockholders and is operated for the benefit of its policyholders and contractholders. The excess of (a) premiums or annuity purchase payments and investment earnings, over (b) the amounts needed to assure that contractual benefits will be provided, forms the basis for determining the annual and terminal dividends that are returned to policyholders and contractholders. (A terminal dividend is payable upon termination of a Life or Endowment policy if premiums have been paid on it for a sufficient period — generally 10 to 15 years.)

The amount available for dividends depends on changing business, economic and other conditions. Dividend scales will, therefore, be changed from time to time. This illustration shows what the results would be if the current dividend scale were continued without change. Also, if dividends are used to purchase one-year term insurance, the cost of one-year term insurance is based upon current rates. The illustrative dividend figures, as well as the cost of one-year term insurance, should not be regarded as either guarantees or estimates of future results.

### Illustrative Life Income

Any illustrative life income figure shown is based upon our rates for life income settlements which are currently commencing. These rates are more favorable than the minimum rates provided by the policy, but are not guarantees or estimates for settlements which commence at a future date. The rates for future settlements will be changed from time to time, depending on the conditions at the date when settlement payments commence. Once the monthly life income payments begin they will be fixed in amount.

### Interest Adjusted Indexes

These Indexes, if shown, are rough gauges of the comparative cost of the policy under stated assumptions. They provide additional means for evaluating policy data and can be useful in comparing similar plans of insurance — a lower index being better than a higher one. (Indexes are inapplicable for certain plans and, hence, are not shown.)

The time when payments are made either by or to the policyholder can have a significant effect on costs, because money earns interest. This principle is recognized in the calculation of Interest-Adjusted Indexes, where an assumed rate of interest is applied in averaging premiums, dividends, and cash values payable over a specified period of time. It should be understood, though, that these Indexes are necessarily theoretical and approximate since they involve various assumptions (including the rate of interest used, the dividends being paid in cash, and the continuation of current dividend scales). The Indexes should not be considered substitutes for actual policy data, nor do they measure the value of an agent's service or the soundness and quality of a company.

Indexes apply to the basic policy only, including the cost of any Disability Waiver of Premiums Benefit if so indicated. Note that the indexes exclude premiums for any optional riders such as Additional Indemnity or Family Income.

Note — Figures, if shown, such as "Total Premiums Less Illustrative Cash Value", "Total Premiums Less Total Dividends", "Net Increase or Decrease in Business Surplus", etc. should not be used in policy cost comparisons because they do not take into consideration the effect interest could have on payments made at different points in time. However, they can sometimes be useful, e.g. for accounting purposes. The word "Surplus" in Business Insurance situations refers to the effect on the account books of the business purchasing the policy; however, policies that are individually owned by the partners or stockholders would have no effect on the surplus of the business.

Any application for insurance will be subject to Metropolitan's underwriting rules.

01416-4 H.O. (2-79) Printed in U.S.A.    (Reverse side of illustration)

**CONFIDENTIAL**



# Metropolitan
Life Insurance Company

MF40114972S

### SHORT TERM PAYMENT PLAN

For Payment of Future Premiums From the Cash Value of Paid-up Additional
Insurance or Accumulated Dividends with Interest

IMPORTANT NOTICE - PLEASE KEEP WITH YOUR POLICY

Name of Insured _____ Name of Owner _____

Policy Number _____ Issue Date _____

Plan of Insurance _____ Amount of Insurance _____

Classification _____ Sex _____ Age at Issue _____

Benefits Included _____ _____ _____

After premiums for your policy have been paid for _____ *years, the Short Term
Payment Plan allows you ~~the opportunity~~ to pay future premiums each year through
the use of dividends, by withdrawing from the cash value of additional insurance
or accumulated dividends with interest the amount which, together with the current
dividend, would pay the current premium. To ~~implement~~ the Short Term Payment Plan,
ask your Metropolitan Sales Representative to ~~verify~~ that the dividends credited to
your policy together with the dividend scale then in effect ~~are sufficient to accom-~~
plish this objective. If dividends are sufficient, the mode of premium payment
should be changed to annual if another mode of premium payment is in effect.

*See Insert A*

When your annual premium notice is received each year, the owner of the policy should
complete and sign the following note, attach it to the premium notice and return it
to Metropolitan:

   "Please pay the annual premium by withdrawing from the cash value of
   additional insurance or accumulated dividends with interest the amount
   which together with the current dividend is sufficient to pay the
   annual premium. I am enclosing a check for any loan interest due."

*The number of years ~~that~~ premium payments in cash are required under the Short
Term Payment Plan is ~~determined~~ by the dividend scale in effect at the time the
policy is issued. Dividends, however, are not guaranteed. Changes in dividend
scales after issue may increase or decrease the number of years indicated. ~~In~~ Also,
~~addition,~~ if future dividend scales decrease after the Short Term Payment Plan
is implemented, ~~it may be possible that~~ dividends may not be sufficient in some
future years to pay the full current premium.

*based on*

→ Form No.

**CONFIDENTIAL**

(Insert A)

After premiums have been paid for _____ *
years, you must notify Metropolitan each
year by sending a copy of the following
paragraph, signed and attached to your
annual premium notice.

"Please credit my current dividend toward
the annual premium. Pay the rest of the
premium by withdrawing the required
sum from the cash value of additional
insurance or dividends left on deposit
with interest. I am enclosing a check
for any loan interest due."

**CONFIDENTIAL**

# EXHIBIT B

MP4011149687

**Office Memorandum**

*Ken P.*
*Pls review & comment*

**Metropolitan** Life Insurance Company

M. _A. P. Robinson_                    Mr. _J. Ryan, Manager_
Section _P.I. Contract Bureau_    Section _____    Section _P.D. Consulting Services_
Division _Actuarial  21-V_  Division _____    Division _P.I. Administration_
(Fl/Area)                    (Fl/Area)                    (Fl/Area)

Re _01416 -A-46 B  H.O. - Ins. Adv. Ill - Descriptive Insert_
    _for Accelerated Payment Plan_

_Attached for your review and approval is a revision_
_of the above insert sheet. This insert sheet was_
_previously reviewed by you as part of an illustration_
_package, formerly entitled "Short Term Payment Plan"._

_May we please have your comments and/or approval_
_of this revised insert by June 12, 1980._

Date _6/9/80_    Signature _Dorothy Gordon_    Division—Section _Actuarial - P.I. Contract Bureau_

**(Continue on the Reverse Side if Necessary)**

3255 (3-77) Printed in U.S.A.

**REDACTED - ATTORNEY CLIENT**                    **CONFIDENTIAL**

Re: _____

_____ *Insert for Accelerated Payment Plan* _____

The attached sales material is being submitted for your review. Please complete this Section of the Project Review form below by filling in the name of reviewer(s) and the date that you return material to P.I.C.B. Reviewer should notify P.I.C.B. immediately if target date cannot be met. Please return completed material to me.

Departments to which sent:

☒ Mr. P.A. Rabenau

Division: Actuarial-Personal

Section: Personal Insurance Contract Bureau
Area:    21V

*Info only*

☐ Post-Action Review

Date Sent:
Target Date for Return:
Actual Date Returned:
Reviewer(s):

████████████████████████████████████████████████

☒ Mr. John Ryan

Division: Personal Insurance Administration

Section: P.I. Consulting and Claims Services
Area:    13U

☐ Post Action Review

Date Sent: 6/9/80
Target Date for Return: 6/12/80
Actual Date Returned:
Reviewer(s):

☐ Mr.

Division:

Section:
Area:

☐ Post-Action Review

Date sent:
Target Date for Return:
Actual Date Returned:
Reviewer(s):

☐ Mr.

Division:

Section:
Area:

☐ Post Action Review

Date Sent:
Target Date for Return:
Actual Date Returned:
Reviewer(s):

Mrs. Dorothy Goodwin                          Extension  3883

Actuarial Personal
Personal Insurance Contract Bureau
Area 21V

Date  6/6/80

**CONFIDENTIAL**

**REDACTED - ATTORNEY CLIENT**

MP404 149688

*Metropolitan Life Insurance Company* _[handwritten]_

⟨ ACCELERATED PAYMENT PLAN ⟩    *I believe this title is now up in the air* _[handwritten]_

**For Payment of Future Premiums from the Cash Value of Paid-up
Additional Insurance or Accumulated Dividends with Interest**

**IMPORTANT NOTICE — PLEASE KEEP WITH YOUR POLICY**

Name of Insured _____    Name of Owner _____

Policy Number _____    Issue Date _____

Plan of Insurance _____    Amount of Insurance _____

Classification _____    Sex ____ Age at Issue _____

Additional Benefits Included _____

After premiums for your policy have been paid for ~~a number of years~~ *choose years* [handwritten]
the Accelerated Payment Plan allows you to ~~elect~~ a procedure
that provides for the ~~automatic~~ payment of future premiums as
they fall due through the use of dividends, by withdrawing from
the cash value of additional insurance or accumulated dividends
with interest ~~each year~~ an amount which, together with the current
dividend, will pay the current premium. When you wish to start
this procedure ask your Metropolitan Sales Representative to confirm
that the dividends credited to your policy together with dividends
based on the scale currently in effect are sufficient to accomplish
this objective. If dividends are sufficient, the procedure requires
that future premium payments be paid annually (no outlay by you).
Your Sales Representative will assist you in making this change,
if necessary, and in putting this procedure in effect.

*[left margin handwritten: Offers lead themselves impression Considering the burden placed on brier to start this]*
*[right margin handwritten: new name is being proposed each year — not an election]*

The number of years that premium payments in cash are required
under the Accelerated Payment Plan is based on the dividend scale
in effect at the time the policy is issued. Dividends, however, are
not guaranteed. Changes in dividend scales after issue may increase
or decrease the number of years shown. Also, if future dividend
scales decrease after the automatic payment procedure is started,
it is possible that dividends may not be sufficient in some future
years to pay the full current premium.

The Accelerated Payment Plan increases your flexibility. When
dividends allow, you may ~~stop paying premiums~~, or ~~continue to pay~~
them to achieve higher policy values. Even after premium payments
are stopped, you may start them again at any time.

*[handwritten left: new part]*

*[handwritten bottom left: See suggested text for this paragraph on back]*

*[handwritten bottom right: No! you never stop paying premiums; however you may stop your cash outlay.]*

01416 A-46B H.O. (5-80)

**CONFIDENTIAL**

The APP increases your flexibility. When dividends are sufficient, you may stop your cash outlay, or continue to pay your premiums as you normally do which will allow you to purchase additional insurance if you so wish. Even if you have chosen to pay premiums by the APP, you may return to paying your premium as you previously did at anytime.

CONFIDENTIAL

MP4011149690

MP401114959l

Office Memorandum

✠ Metropolitan
Life Insurance Company

M _P. Rikani_ ✓          M _____          Mr _J. Ryan, Manager_

Section _P.I. Control Bureau_    Section _____    Section _P.I. Consulting Services_

Division _Actuarial    21-K_    Division _____    Division _P.I. Administration's_
(FI/Area)                         (FI/Area)                    (FI/Area)

Re _01416 -A-46 B   H.O. - Ins. Adv. Ill. - Descriptive Insert_
_for Accelerated Payment Plan_

_Attached for your review and approval is a revision_
_of the above insert sheet. This insert sheet was_
_previously reviewed by you as part of an illustration_
_package, formerly entitled "Short Term Payment Plan"_

_May we please have your comments and/or approval_
_of this revised insert by June 12, 1980._

Date _6/9/80_    Signature _Dorothy Goodwin_    Division—Section _Actuarial - P.I. Control Bureau_

—3255 (3-77) Printed in U.S.A.    (Continue on the Reverse Side if Necessary)

_Dottie_
_Some suggestions_
_for your consideration_
_Phil_

**DACTED - ATTORNEY CLIENT**                    **CONFIDENTIAL**

Re:

*Insert for Accelerated Payment Plan*

The attached sales material is being submitted for your review. Please complete this Section of the Project Review form below by filling in the name of reviewer(s) and the date that you return material to P.I.C.B. Reviewer should notify P.I.C.B. immediately if target date cannot be met. Please return completed material to me.

Departments to which sent:

☒ Mr. P.A. Rabenau

Division: Actuarial-Personal

Section: Personal Insurance Contract Bureau
Area:    21V

*Info only*

☐ Post-Action Review

Date Sent:
Target Date for Return:
Actual Date Returned:
Reviewer(s):

---

☒ Mr. John Ryan

Division: Personal Insurance Administration

Section: P.I. Consulting and Claims Services
Area:    13U

☐ Post Action Review

Date Sent: 6/9/80
Target Date for Return: 6/12/80
Actual Date Returned:
Reviewer(s):

---

☐ Mr.

Division:

Section:
Area:

☐ Post-Action Review

Date sent:
Target Date for Return:
Actual Date Returned:
Reviewer(s):

---

☐ Mr.

Division:

Section:
Area:

☐ Post Action Review

Date Sent:
Target Date for Return:
Actual Date Returned:
Reviewer(s):

---

Mrs. Dorothy Goodwin                    Extension  3883

Actuarial Personal
Personal Insurance Contract Bureau
Area 21V

Date  6/6/80

**CONFIDENTIAL**

**REDACTED - ATTORNEY CLIENT**

MP401114969Z

# EXHIBIT C

MF4011149681

Mr. F.A. Risley
P.I. Marketing
Area 4-H

Re    01416-A 46B H.O. Descriptive Insert for Accelerated Payment Plan *Illustration*

The above insert has been reviewed by ▮▮▮ P.I. Consulting and Claim
Services and the Contract Bureau. Several changes and/or comments have
been noted on the attached copy.

Please note the following additional comments:

(1)  We understand that the title "Accelerated Payment Plan" is not final
     and when the new title has been approved it should be included in
     this insert.

(2)  It was pointed out by the reviewers that you do not stop paying
     premiums under this procedure and "Copy A" is a suggested revision
     of the last paragraph of the form.

In addition, it is our understanding that the Accelerated Payment Plan
procedure is not "automatic" and must be chosen by the policyholder
each year. This does not seem to be Marketing's intention and until
this problem is resolved, the insert does not have final approval.

*Dorothy Goodwin*
Dorothy Goodwin
Personal Insurance Contract Bureau

*vdl 6/19/80*

June 19, 1980

DG/dc

REDACTED - ATTORNEY CLIENT                    CONFIDENTIAL