IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD GONDA, | : CIVIL ACTION NO. 00-2286 |
| Plaintiff, | : |
| v. | : CHIEF JUDGE AMBROSE |
| METROPOLITAN LIFE INSURANCE COMPANY AND WILLIAM FRIEDT, JR., | : |
| Defendants. | : |

ORDER

THIS MATTER, having come before the Court on the Motion in Limine to Exclude Exhibit Nos. 43 and 44, unrelated testimony and exhibits of James Rayl, by defendant Metropolitan Life Insurance Company in the above-referenced matter, and the Court having read the papers filed in support of and in opposition to the Motion, and for good cause appearing;

IT IS on this ____ day of _____, 2006, ORDERED that MetLife's Motion in Limine to Exclude Exhibit Nos. 43 and 44, unrelated testimony and exhibits of James Rayl, is GRANTED; and it is further ORDERED:

1. Plaintiff is precluded from using the Exhibit Nos. 43 and 44, unrelated testimony and exhibits of James Rayl,. See Plaintiff's Ex. 123 and 124.

2. Plaintiff and his attorneys are precluded from referring to or offering, either

directly or indirectly, including during voir dire, opening statements, questions to witnesses or testimony by witnesses, and in closing argument, the aforementioned exhibits.

BY THE COURT:

_____
Chief Judge Donetta W. Ambrose, U.S.D.J