IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD GONDA, | : CIVIL ACTION NO. 00-2286 |
| Plaintiff, | : |
| v. | : CHIEF JUDGE AMBROSE |
| METROPOLITAN LIFE INSURANCE COMPANY and WILLIAM FRIEDT, JR., | : |
| Defendants. | : |

ORDER

THIS MATTER, having come before the Court on the Motion in Limine to Exclude Exhibit Nos. 33, 34, 35, 41, 47, 48, 51, 54, and 61, documents authored by and relating to James Rayl by defendants Metropolitan Life Insurance Company and William Friedt, Jr., in the above-referenced matter, and the Court having read the papers filed in support of and in opposition to the Motion, and for good cause appearing;

IT IS on this ____ day of _____, 2006, ORDERED that defendants' Motion in Limine to Exclude Exhibit Nos. 33, 34, 35, 41, 47, 48, 51, 54, and 61, documents authored by and relating to James Rayl, is GRANTED; and it is further ORDERED:

1. Plaintiff is precluded from using the Exhibit Nos. 33, 34, 35, 41, 47, 48, 51, 54, and 61, documents authored by and relating to James Rayl. See Plaintiff's Exhibit Nos. 33, 34, 35, 41, 47, 48, 51, 54, and 61.

2. Plaintiff and his attorneys are precluded from referring to or offering, either

directly or indirectly, including during voir dire, opening statements, questions to witnesses or testimony by witnesses, and in closing argument, the aforementioned exhibits.

BY THE COURT:

_____
Chief Judge Donetta W. Ambrose, U.S.D.J