IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD GONDA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) |
| | )  Civil Action No. 00-2286 |
| | ) |
| METROPOLITAN LIFE INSURANCE COMPANY | ) |
| and WILLIAM FRIEDT, JR., | ) |
| | ) |
| Defendant. | ) |

AMBROSE, Chief District Judge.

## ORDER OF COURT

On June 19, 2006, Defendants filed a Motion *in LImine* to Exclude Exhibits 95 and 107,[1] which is a videotape made in September of 1996 of MetLife sales representatives discussing confusion they or their customers have had regarding the accelerated payment ("AP") arrangement. (Docket No. 46). I have made it abundantly clear to counsel that time is of the essence in filing timely responses. Counsel were well aware of the due date for filing responses and the need for filing the responses timely. *See,* Docket No. 41. Plaintiff, however, has failed to file a response to the Motion filed at Docket No. 46. Since it appears as though Plaintiff does not oppose the Defendants' Motion *in LImine* to Exclude Exhibits 95 and 107,

---

[1] Plaintiff has identified the same document twice on its exhibit list dated June 12, 2006: once as Exhibit 95 and once as Exhibit 107. (Docket No. 43).

said Motion is granted.

THEREFORE, this **28th** day of June, 2006, it is ordered that the Motion (Docket No. 46) is granted.

BY THE COURT:

/S/   Donetta W. Ambrose

Donetta W. Ambrose,
Chief U. S. District Judge