**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| RONALD GONDA, | : | CIVIL ACTION NO. 00-2286 |
| Plaintiff, | : | |
| | : | CHIEF JUDGE AMBROSE |
| v. | : | |
| METROPOLITAN LIFE INSURANCE COMPANY and WILLIAM FRIEDT, JR. | : | |
| Defendants. | : | |

**DEFENDANTS METROPOLITAN LIFE INSURANCE COMPANY'S AND WILLIAM FRIEDT, JR.'S FIRST SUPPLEMENTAL PRETRIAL STATEMENT**

Defendants Metropolitan Life Insurance Company ("MetLife") and William Friedt, Jr. (collectively, the "defendants"), set forth the following Supplemental Pretrial Statement:

1. Defendants incorporate by reference their original Pretrial Statement filed on June 12, 2006.

2. Defendants attach an amended exhibit list amending Exhibit ML-D. Exhibit ML-D is a complete policy illustration Bates Numbered MP2157000691-702, which was produced to plaintiff on June 29, 2006.

Dated: June 29, 2006
By: s/B. John Pendleton, Jr.
B. John Pendleton, Jr.
McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
(973) 622-4444

Attorneys for Defendants
Metropolitan Life Insurance Company
and William Friedt, Jr.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via the electronic filing service, on this 29th day of June 2006, on the following counsel of record:

>Kenneth R. Behrend, Esq.
>Behrend and Ernsberger, P.C.
>Union National Bank Building
>306 Fourth Avenue, Suite 300
>Pittsburgh, PA  15222

    __s/ B. John Pendleton, Jr. _