# EXHIBIT 2

## Gonda v. Metropolitan Life Insurance Co. et al.

### DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY'S PROPOSED LIST OF TRIAL EXHIBITS

| No. | Date | Description |
| --- | --- | --- |
| ML-A | 04/27/92 | **Policy No. 925 207 015 A [RMG 000009-000031; MP 2157000001-2157000024]** |
| ML-B | 03/25/92 | Application for Policy No. 925 207 015 A [RMG 000027-000030; MP 2157000018-2157000023] |
| ML-C | 03/25/92 | Notice Regarding Replacement of Life Insurance and Annuities [MP 2157000139] |
| ML-D | 03/25/92 | Illustration for $64,667 Whole Life Policy [MP MP2157000691-702] |
| ML-E | 04/02/92 | Letter from Leonard Nicsky of MetLife to Prudential Insurance Co. re: replacement of Ronald Gonda's policy [MP 2157000030] |
| ML-F | 04/28/92 | Letter to Ronald Gonda from MetLife re: Paid-Up Additions Rider [RMG 000032] |
| ML-G | 04/30/92 | Illustrations prepared for Ronald Gonda [RMG 000004-000008] |
| ML-H | 05/01/92 | Request for Check-o-Matic Arrangement [MP 2157000101] |
| ML-I | 05/06/92 | Letter to Ronald Gonda from Don Roddy re: nicotine usage [MP 2157000036] |
| ML-J | 04/27/93 | Notice of Payment Due for Policy No. 925 207 015 A [RMG 000035-36] |
| ML-K | 06/18/93 | Service Request Form for Policy No. 925 207 015 A [MP 2157000080] |
| ML-L | 08/11/93 | Check from MetLife to Ronald Gonda [MP 2157000102] |
| ML-M | 01/21/94 | Service Request Form for Policy No. 925 207 015 A [MP 2157000025] |

| No. | Date | Description |
|---|---|---|
| ML-N | 01/28/94 | Notice of Cash Surrender Payment for policy No. 925 207 015 A [RMG 000033-34] |
| ML-O | 01/26/94 | Check from MetLife to Ronald Gonda [MP 2157000103] |
| ML-P | 12/08/99 | Consumer Relations Screens for Policy No. 925 207 0015 A [MP 2157000104-215000136] |
| ML-Q | 12/08/99 | Updated Payment History Screens for Policy No. 925 207 0015 A [MP] |
| ML-R | 09/10/03 | Deposition of Ronald Gonda (with Exhibits) |
| ML-S | 10/17/03 | Deposition of William Gerald Friedt (with Exhibits) |
| ML-T | 04/00/81 | Accelerated Payment Plan brochure [M129770180954-M129770180956] |
| ML-U | 06/05/85 | Letter to Field Force re: Cash Value Transfers to Universal Life [MP925000124053-MP925000124054] |
| ML-V | 07/05/88 | Memorandum from Alan Knepper to the Field Force re: L-95 and the Competitive Edge [M069702430269-M069702430272] |
| ML-W | 07/02/90 | Letter to SEHO Managers and Supervisors re: UL waiver of premium load [M099730520433- M099730520434] |
| ML-X | 09/00/90 | Manual of Instructions for Account Representatives  Clause 31 - Accel Pay Instructions for Notice Business Policies [MP9365005866; MP9365005939- MP9365005949] |
| ML-Y | 08/00/92 | Manual of Instructions for Account Representatives  Clause 31 - Accel Pay Instructions (Excluding Survivorship Whole Life (SWL) and Flexible Whole Life (FWL)) [M129765770828; M129765770904-M129765770911] |
| ML-Z | 11/23/92 | Email from Cheryl Fager to All Sales Offices re: AP Eligibility Quotes [M109766910705] |
| ML-AA | 02/14/94 | Memorandum to the Field Force re: Accelerated Payment Plan (APP) Arrangement [M099755790010-M099755790011] |

| No. | Date | Description |
|---|---|---|
| ML-BB | 01/00/94 | MetLife Outlook: Special Edition No. 8 [M109759250024-M109759250027] |
| ML-CC | 03/25/94 | Memorandum to the Field Force re: "The ABC's of Dividends" Brochure [M099730610246] |
| ML-DD | 02/00/94 | The ABC's of Dividends brochure [M119712710286-M119712710293] |
| ML-EE | 10/26/94 | Memorandum to the Field Force re: Accelerated Payment (AP) Arrangement [MP925000086581-MP925000086585] |
| ML-FF | 11/14/94 | Memorandum to the Field Force re: MetLife's Accelerated Payment Arrangement Brochure (PL-1303) [MP925000093602-MP92500093603] |
| ML-GG | 10/00/94 | MetLife's Accelerated Payment Arrangement brochure [MP925000086023-MP925000086029] |
| ML-HH | 03/10/95 | Memorandum to the Field Force re: Accelerated Payment (AP) Arrangement Customer Communications [MP0004005643-MP0004005667] |
| ML-II | 03/27/95 | Memorandum to the Field Force re: Accelerated Payment (AP) Arrangement Customer Communications [MP925000157798-MP925000157800] |
| ML-JJ | 10/25/95 | Memorandum to the Field Force re: Accelerated Payment (AP) Arrangement Customer Communications [MP925000121158-MP925000121163] |
| ML-KK | 12/14/95 | Memorandum to the Field Force re: Accelerated Payment (AP) Arrangement Customer Communications [MP925000121244-MP925000121258] |
| ML-LL | 12/28/95 | Memorandum to the Field Force re: Accelerated Payment (AP) Arrangement Customer Communications [MP0004004957-MP0004004971] |
| ML-MM | 08/18/97 | Memorandum to the Field Force re: Accelerated Payment Arrangement (AP) Option Program [MP925000108107-MP925000108116] |
| ML-NN | 03/00/97 | Answers to Your Questions About the Accelerated Payment Arrangement and Your MetLife Policy [MP925000145315-MP925000145322] |

| No. | Date | Description |
|---|---|---|
| ML-OO | 10/26/94 | Memorandum to the Field Force re: Sales Illustrations – Explanation Pages [M109758660043-M109758660044] |
| ML-PP | 01/12/95 | Memorandum to the Field Force re: Signature Requirement on Sales Illustrations [M099749060082-MP099749060083] |
| ML-QQ | 04/28/95 | Memorandum to the Field Force re: Proposed NAIC Illustration Regulation [M099730850091] |
| ML-RR | 12/08/95 | Memorandum to the Field Force re: Signature Requirements on Sales Illustrations [M099720291871-M099720291874] |
| ML-SS | 06/30/97 | Memorandum to the Field Force re: Signature Requirement on Illustrations Procedural Change [MP925000074433-MP925000074436] |
| ML-TT | 05/00/86 | Branch/District Office Audit Program [M049700141654-M049700141691] |
| ML-UU | 01/00/89 | Office of Consumer Relations manual [MP0004025479-MP0004025521] |
| ML-VV | 09/00/91 | Audit Manual – An Administrative Guide to Auditing Department Policies and Procedures [M049700142005-M049700142218] |
| ML-WW | 06/00/87 | Policy Guide for Business Conduct [MP925000293708-MP925000293730] |
| ML-XX | 00/00/90 | Policy Guide for Business Conduct [MP0004032321-MP0004032344] |
| ML-YY | 09/00/86 | Manual of Instructions for Sales Management - Clause 50-A - Responsibilities and Accountabilities of Branch Managers/District Sales Managers [MP925000004896-4917, MP92500004919-4932] |
| ML-ZZ | 04/03/80 | Memorandum to District Sales Management re: Form 228…Falsification of Company Records or Reports [MP4011161601-MP4011161603] |
| ML-AAA | 11/00/82 | Audit Committee Charter Memorandum from J. Creedon to All Metropolitan Officers Re: Auditing Statement of Policy |

4

| No. | Date | Description |
| --- | --- | --- |
| ML-BBB | 12/22/83 | Memorandum from J.P. Maurer to District Sales Managers re: Management Compensation Arrangements for the Year 1984 [MP0004006033-MP0004006038] |
| ML-CCC | 10/22/86 | Memorandum from Charles E. Lavezzoli to the Field Force re: Honesty, Integrity and Fair Play [M109712990432] |
| ML-DDD | 10/16/90 | Memorandum from Harry P. Kamen to All Department Heads (MLI and MP&C) re: Procedures for Dealing with Employee Misconduct [MP925000060366-MP925000060367] |
| ML-EEE | 03/03/92 | Memorandum from Richard W. Abele re: Employee Misconduct Procedures [MP0004032888-MP0004032889] |
| ML-FFF | 12/14/92 | Memorandum from Richard N. Maurer to Regional Executives re: Honesty and Integrity - Our Basis for Doing Business [MP925000069240-MP925000069241] |
| ML-GGG | 12/15/92 | Memorandum from Richard N. Maurer to Branch Managers and District Sales Management re: Honesty and Integrity - Our Basis for Doing Business [MP925000071488-MP925000071493] |
| ML-HHH | 12/16/92 | Memorandum from Richard N. Maurer to the Field Force re: Honesty and Integrity - Our Basis for Doing Business [MP925000033100-MP925000033107] |
| ML-III | 12/22/92 | Memorandum from Harry P. Kamen to All Officers re: Misconduct [MP925000299077-MP925000299078] |
| ML-JJJ | 04/00/93 | Audit of Sales Outlets [M049700141555-M049700141577] |
| ML-KKK | 12/01/93 | Memorandum from Richard N. Maurer to the Field Force re: Ethical Business Conduct and Local Customer Service [M019807570122] |
| ML-LLL | 01/14/94 | MetLife's Response to the PA Market Conduct Report [MP0004033080-MP0004033127] |
| ML-MMM | 02/00/94 | MetLife Enhanced Compliance Program - February 1994 [MP925000059631-MP925000059676] |

5

| No. | Date | Description |
|---|---|---|
| ML-NNN | | Manual of Instructions for Account Representatives [M099740000032] |
| | 02/00/93 | Clause 1A - Honesty and Integrity - Our Basis for Doing Business [M099740000053- M099740000058] |
| | 07/00/94 | Clause 1B - Standards for Business Conduct [M099740000059- M099740000060] |
| ML-OOO | 01/03/94 | Memorandum to the Field Force re: Accelerated Payment Plan (APP) Arrangement, with attachment [M129759740061-M129759740062, M129779250354-M129779250356.001] |
| ML-PPP | 10/26/94 | Memorandum to the Field Force re: Sales Illustrations – Explanation Pages [M109758660043-M109758660044] |
| ML-QQQ | 12/26/94 | Memorandum to the Field Force re: Accelerated Payment (AP) Arrangement [M129759740281-M129759740285] |
| ML-RRR | 10/16/95 | Memorandum to the Field Force re: Accelerated Payment (AP) Arrangement Customer Communications, with attachments [MP1298006674-MP1298006685] |
| ML-SSS | 03/04/94 | MetLife Enhanced Compliance Program Personal Insurance Workplan [M08971220028-M089712200092] |
| ML-TTT | 07/09/80 | Memorandum from V. Stanley Benfell to the Field Force re: Replacement of In Force Business [MP925000189379- MP925000189380] |

| No. | Date | Description |
|---|---|---|
| ML-UUU | 08/03/81 | Memorandum to District Sales Management and Branch Management re: Replacement Business Rules [MP925000034478-MP925000034480] |
| ML-VVV | 12/05/83 | Memorandum from George B. Trotta to Branch Managers and District Sales Managers re: Universal Life – Replacement Activity [MP925000142414] |
| ML-WWW | 02/15/85 | Memorandum to the Field: Piggybacking and Replacement Business [M119737720279-280] |
| ML-XXX | 11/25/85 | Memorandum from G. Trotta to Agency Vice Presidents, Regional Sales Managers, Branch Managers and District Sales Managers re: Piggybacking and Replacement Business [MP925000034577] |
| ML-YYY | 01/00/86 | "Piggybacking / Replacement" Guided Conference Outline [MP925000094761-MP925000094771] |
| ML-ZZZ | 10/22/86 | Memorandum to the Field: Honesty, Integrity and Fair Play [M109712990432] |
| ML-AAAA | 02/01/89 | Memorandum from Anthony C. Cannatella to the Field Force re: Replacement Business [M109739390052-M109739390054] |
| ML-BBBB | 03/13/95 | Memorandum from A. Cannatella to the Field Force re: Policy Replacement Information Guide [MP925000122539-2542] |
| ML-CCCC | 06/00/95 | Weighing The Options: Policy Replacement [MP925000061759-MP925000061840] |
| ML-DDDD | 08/21/95 | Memorandum from Stephen G. Orluck to Sales Office Management re: Enhancements to the FIP Tracking Process [MP925000122824] |
| ML-EEEE | 09/21/95 | Memorandum to the Field Force re: "Policy Replacement: Weighing The Options" [MP925000190197-MP92500019201] |

| No. | Date | Description |
|---|---|---|
| ML-FFFF | 08/00/96 | Agent's Replacement Guide<br>[MP0004026810-MP0004026973] |
| ML-GGGG | 10/28/96 | Memorandum to the Field Force re: New Training Module on Replacement<br>[MP925000262040-41] |
| ML-HHHH | 03/00/82 | Compensation Rules and Schedules - Clause 307 - Replacement Business Rules<br>[MP4011145995; MP4011146133-MP4011146142] |
| ML-IIII | 04/00/82 | Manual of Instructions for District Sales Management, Including Manual of Instructions for Agents - Clause 150 - New Business<br>[MP92500003921-3945, 3999-4000] |
| ML-JJJJ | 02/00/88 | Manual of Instructions for Sales Management - Clause 50A - Responsibilities and Accountabilities of Branch Managers/ District Sales Managers<br>[MP925000004897; MP925000004919-MP925000004932] |
| ML-KKKK | 09/00/86, 07/00/88, 02/00/89 | Manual of Instructions for Sales Representatives - Clause 101 - New Business [M119769180465, M119769180540-563<br>M119769180449, M119769180454-464<br>M029845890085-100] |
| ML-LLLL | 08/00/92 | Manual of Instructions for Account Representatives - Clause 123 - Exchange of Life Insurance Policies Under Section 1035<br>[M099740000032, 243-256] |

| No. | Date | Description |
|---|---|---|
| ML-MMMM | 05/00/88 | Manual of Instructions for Account Representatives - Clause 123 - Exchange of Life Insurance Policies Under Section 1035 [M029845890001-5246] |
| ML-NNNN | 06/22/84 | Memorandum from George B. Trotta to the Field Force re: Field-Prepared Sales Materials [M109734450064] |
| ML-OOOO | 05/25/88 | Memorandum from Robert J. Crimmins to the Field Force re: Sales Materials - Use and Reproduction of Published Articles [MP925000068549] |
| ML-PPPP | 11/05/90 | Memorandum from M. S. Peress to Director of Marketing, Regional Executives, Branch Managers and District Sales Managers in Eastern Zone re: Unauthorized Sales Materials, Including Pre-Approach Letters [M019879360440] |
| ML-QQQQ | 11/27/92 | Memorandum from Steven G. Orluck to the Field Force re: Procedures for Requesting Approval of Locally Produced Sales Literature [MP925000282268-MP925000282271] |
| ML-RRRR | 03/22/93 | Memorandum from Stephen G. Orluck to the Field Force re: Sales Literature for Use in Professional Markets [MP925000071426] |
| ML-SSSS | 06/30/93 | Memorandum from Robert J. Crimmins to the Field Force re: Procedures for Approval of Locally Produced Sales Material and Use and Reproduction of Published Articles [M119762060985- M119762060987] |
| ML-TTTT | 09/13/93 | Memorandum from Richard N. Maurer to Branch Managers and District Sales Managers re: Procedures for Approval of Locally Produced Sales Material and Use and Reproduction of Published Articles [M109732480056- M109732480057] |
| ML-UUUU | 08/08/94 | Memorandum to the Field Force re: Procedures for the Approval of Locally Created Sales Material [MP925000261461- MP925000261466] |
| ML-VVVV | 07/00/94 | Manual of Instructions for Account Representatives - Clause 100-S - Sales and Training Materials Approval Requirements [M099740000032; M099740000140- M099740000142] |

9

| No. | Date | Description |
|---|---|---|
| ML-WWWW | 09/29/97 | Complaint in James L. Rayl v. Metropolitan Life Insurance Company, D.C. No. 97-CV-505-H (N.D. Okla). [MP2364004494-4513] |
| ML-XXXX | 04/19/06 | Civil Docket in James L. Rayl v. Metropolitan Life Insurance Company, D.C. No. 97-CV-505-H (N.D. Okla). [MP2364004533 – 4541] |
| ML-YYYY | 02/01/99 | Summary Judgment Order in James L. Rayl v. Metropolitan Life Insurance Company, D.C. No. 97-CV-505-H (N.D. Okla). [MP2364004514 – 4526] |
| ML-ZZZZ | 01/11/00 | Opinion by Tenth Circuit affirming Order in James L. Rayl v. Metropolitan Life Insurance Company, D.C. No. 97-CV-505-H (N.D. Okla). [MP2364004529 – 4532] |
| ML-AAAAA | 04/04/05 | Testimony of Harry Kamen in Kintner v. Metropolitan Life Insurance Co., Civil Action No. 01-1725 (p. 129-163) [MP2364004456 – 493] |
| ML-BBBBB | 08/09/73 | Prudential Policy No. D80 263 288 [RMG 000041 – RMG 000085] |
| ML-CCCCC | 08/03/92 | Request for Policy or Contract data re: Policy No. 925 207 015 A. [MP 2157000086] |