## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD GONDA, | : CIVIL ACTION NO. 00-2286 |
| Plaintiff, | : |
| v. | : CHIEF JUDGE AMBROSE |
| METROPOLITAN LIFE INSURANCE COMPANY and WILLIAM FRIEDT, JR., | : |
| Defendants. | : |

### ORDER OF COURT

On this _____ day of July, 2006, this matter having come before the Court upon Metropolitan Life Insurance Company's and William Friedt's Motion for Reconsideration of Their Motion in Limine to Exclude Evidence of Other Alleged "Bad Acts" by William Friedt, it is hereby ordered that the motion is GRANTED. Plaintiff is barred from introducing evidence of alleged "bad acts" by William Friedt at trial and is specifically barred from introducing into evidence plaintiff's Proposed Exhibits 33-40.

BY THE COURT:

_____

ME1\5729568.1