## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD M. GONDA, | ) | Civil Action No. 00-2286 |
| Plaintiffs, | ) | |
| v. | ) | Chief Judge Donetta W. Ambrose |
| METROPOLITAN LIFE INSURANCE COMPANY and WILLIAM FRIEDT, JR., | ) | |
| Defendants | ) | |

### AFFIDAVIT OF KEVIN M. MILLER

I, Kevin M. Miller, do hereby swear under oath that I am over the age of 18 years old and that of full age, the following statements are true and correct to the best of my knowledge:

1. I am an associate with the law firm of Behrend & Ernsberger, P.C.

2. At approximately 4:00 p.m., on June 26, 2006, I was admitted to the emergency ward of Allegheny General Hospital as a result of a mild stroke suffered that morning.

3. Prior to my admission to Allegheny General Hospital, I completed Briefs in Response to 15 Motions in Limine filed by Defendant MetLife in the above captioned case.

4. Prior to my admission to Allegheny General Hospital, I believed I had filed each of these 15 responses to Defendant MetLife's Motions in Limine with the Court through the Court's electronic filing system.

5. I was not released from Allegheny General Hospital until the afternoon of Thursday, June 29, 2006 and was instructed by my treating physician that I could not return to work until Wednesday, July 5, 2006.

1

Exhibit 1

6.    Upon my return to work, and subsequent review of this Court's Orders regarding the Motions in Limine, I learned for the first time that Plaintiff's Brief in Response to Defendants' Motion in Limine to Exclude Exhibit 95 and 107 had not been filed on June 26, 2006, as I had believed.

7.    It is my belief that Plaintiff's Response to the 15th Motion in Limine was inadvertently not filed as a result of the progressive symptoms of the stroke and my need for immediate emergency treatment at Allegheny General Hospital.

_____
Kevin M. Miller
July 5, 2006

Sworn to and subscribed before me
this _____ Day of July 2006