## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RONALD M. GONDA,              )

                  Plaintiff,   )

                  v.             )

METROPOLITAN LIFE INSURANCE  )
COMPANY and WILLIAM GERALD   )
FRIEDT, JR.,                 )

                Defendants.  )

Civil Action No. 00-2286

Chief Judge Donetta W. Ambrose

### ORDER OF COURT

AND NOW, this _____ day of July, 2006, it is ORDERED that Plaintiff's

Motion for Reconsideration is granted and the Order of June 28, 2006 is vacated.  A subsequent

Order on the Merits regarding Defendants' Motion *in Limine* to Exclude Exhibits 95 and 107 will

follow.

BY THE COURT:

_____
Donetta W. Ambrose
Chief U.S. District Judge