IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DONETTA W. AMBROSE,
CHIEF JUDGE

July 6, 2006

| | | |
|---|---|---|
| RONALD GONDA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CA 00-2286 |
| METROPOLITAN LIFE INSURANCE COMPANY, et al., | ) | |
| Defendants. | ) | |

# N O T I C E

Counsel:

Take notice that Defendants' Motion for Reconsideration of Their Motion In Limine to Exclude Evidence of Prior "Bad Acts" of William Friedt has been filed with the Court on July 5, 2006 at Document No.105 .

In addition, Plaintiff's Motion for Reconsideration of the Court's Order of June 28, 2006 Granting Defendants' Motion In Limine to Exclude Exhibits 95 and 107 has been filed with the Court on July 5, 2006 at Document No.107 .

The Responding parties are directed to file their Response in Opposition on or before **July 13, 2006.** Briefs in opposition are limited to 20 pages and any exhibits must be 20 pages or summarized within 20 pages. Briefs are not to incorporate by reference arguments contained in prior filings with the court. Reply briefs will not be accepted.

Failure of a Respondent to comply may result in that party being deemed not to oppose the motion.

The motion will be disposed of without hearing unless the Court deems it necessary.

Sincerely,

*Jack Hamilton*
Jack Hamilton
Deputy Clerk to Chief Judge Ambrose

cc:  All Counsel of Record