UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD GONDA | ) | CIVIL ACTION NO. 00-2286 |
| | ) | |
| Plaintiff, | ) | DONETTA W. AMBROSE |
| | ) | |
| v. | ) | CHIEF JUDGE |
| | ) | |
| METROPOLITAN LIFE | ) | |
| INSURANCE COMPANY | ) | |
| AND WILLIAM FRIEDT, JR. | ) | |
| | ) | |
| Defendants. | ) | |

ORDER OF COURT

AND NOW this __12th__ Day of July, 2006, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Motion for leave of court to file plaintiff's proposed jury instructions and verdict slip out of time ~~for extension of time to submit plaintiff's proposed Jury Instructions and verdict slip~~ is hereby GRANTED and the attached Plaintiff's Proposed Jury Instructions and verdict slip are accepted as filed timely.

*Donetta W. Ambrose*