UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD GONDA, | : CIVIL ACTION NO. 00-2286 |
| Plaintiff, | : |
| v. | : CHIEF JUDGE AMBROSE |
| METROPOLITAN LIFE INSURANCE COMPANY and WILLIAM FRIEDT, JR., | : |
| Defendants. | : |

## ORDER OF COURT

On this __18th__ day of July, 2006, this matter having come before the Court upon Metropolitan Life Insurance Company's and William Friedt's Motion for Reconsideration of Their Motion in Limine to Exclude Evidence of Other Alleged "Bad Acts" by William Friedt, it is hereby ordered that the motion is ~~GRANTED~~ _denied_. ~~Plaintiff is barred from introducing evidence of alleged "bad acts" by William Friedt at trial and is specifically barred from introducing into evidence plaintiff's Proposed Exhibits 33-40.~~

BY THE COURT:

_/s/ Donetta W. Ambrose_

ME1\5729568.1