# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Garda )
) Plaintiff, )
)
vs. ) No. 00-2286
)
MetLife )
) Defendant. )

TYPE OF CONFERENCE: Case Management / ~~Settlement Conference~~ / ~~Pre-Trial~~ — via phone

Before Judge Ambrose

Behrend, Ken                    Pendleton, John
_____            _____
Appear for Plaintiff            Appear for Defendant

Hearing begun: 9:20  7/19/06     Hearing adjourned to: _____

Hearing concluded C.A.V.: 9:28 7/19/06  Clerk: Sherry Halfhill / Carolyn Allen / Jack Hamilton
                                               ~~Anne Kurzweg~~ / Susan Schupansky

Set Settlement conf for 7/20/06 at 10:00 a.m. Parties must be present in person.