MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

Gonda
_Plaintiff_

vs.

Met Life
_Defendant_

No. CA 00-2286

HEARING ON: Conference Call

Before Judge: Ambrose

Ken Behrend, ESQ — Appear for Plaintiff
John Pendleton, ESQ — Appear for Defendant

Hearing begun: 11:50 AM 7/20/06
Hearing concluded C.A.V. 12:05 PM 7/20/06
Hearing adjourned to: _____

Clerk: Sherry Halfhill
Stenographer: Jack Hamilton

WITNESSES:
For Plaintiff — For Defendant

* The case has been settled. Trial Cancelled.
* A Global Settlement Conference has been scheduled for 8/3/06 @ 10:00 AM (for all remaining cases)
* All Counsel MUST have available settlement Authority.