UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD GONDA, | CIVIL ACTION NO. 00-2286 |
| Plaintiff, | |
| v. | CHIEF JUDGE AMBROSE |
| METROPOLITAN LIFE INSURANCE COMPANY and WILLIAM FRIEDT, JR., | |
| Defendants. | |

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS OR FEES

**IT IS HEREBY STIPULATED AND AGREED**, by, between, and among plaintiff, Ronald Gonda, and defendants, Metropolitan Life Insurance Company and William Friedt, Jr., as evidenced by the signatures of their duly authorized counsel, that this action is dismissed with prejudice and without costs or fees.

AGREED TO BY AND ON
BEHALF OF PLAINTIFFS

By: /s/ Kenneth R. Behrend
Kenneth R. Behrend, Esq.
Behrend & Ernsberger, P.C.
Union Bank Building, Suite 300
306 Fourth Avenue
Pittsburgh, PA 15222

Counsel For Plaintiff,
Ronald Gonda

AGREED TO BY AND ON
BEHALF OF DEFENDANT

By: /s/ B. John Pendleton, Jr.
B. John Pendleton, Jr., Esq.
McCarter & English, LLP
One Gateway Center
100 Mulberry Street
Newark, NJ 07102

Counsel For Defendants,
Metropolitan Life Insurance Company and
William Friedt, Jr.

**IT IS SO ORDERED** on this _____ day of August, 2006.

_____
DONETTA AMBROSE
CHIEF JUDGE